# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION, *et al.*,[1] | § § § | Case No. 20-33233 (DRJ) |
| Debtors. | § § § | (Joint Administration Requested) (Emergency Hearing Requested) |

## DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JUNE 29, 2020, AT 2:30 P.M. (PREVAILING CENTRAL TIME)

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file their amended Witness and Exhibit List for the hearing to be held on June 29, 2020, at 2:30 p.m. (prevailing Central Time) (the "Hearing") as follows:

## WITNESSES

The Debtors may call the following witnesses at the Hearing:

1. Domenic J. Dell'Osso, Jr., Executive Vice President and Chief Financial Officer of Chesapeake Energy Corporation;

2. Stephen Antinelli, Managing Director and Co-Head of Restructuring at Rothschild & Co.;

3. Any witness listed by any other party;

4. Rebuttal witnesses as necessary; and

5. The Debtors reserve the right to cross-examine any witness called by any other party.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

## **EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1 | Declaration of Domenic J. Dell'Osso, Jr., Executive Vice President and Chief Financial Officer of Chesapeake Energy Corporation in Support of Chapter 11 Petitions and First Day Motions [Docket No. 37] | | | | | | |
| 2 | Declaration of Stephen Antinelli In Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Existing Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief  [Docket No. 22, Exhibit A] | | | | | | |
| | Any document or pleading filed in the above-captioned main cases | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

## **RESERVATION OF RIGHTS**

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to hearing.

Houston, Texas
June 28, 2020

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Patrick J. Nash, Jr., P.C. (*pro hac vice* pending) |
| Jennifer F. Wertz (TX Bar No. 24072822) | Marc Kieselstein, P.C. (*pro hac vice* pending) |
| Kristhy M. Peguero (TX Bar No. 24102776) | Alexandra Schwarzman (*pro hac vice* pending) |
| Veronica A. Polnick (TX Bar No. 24079148) | 300 North LaSalle Street |
| 1401 McKinney Street, Suite 1900 | Chicago, Illinois 60654 |
| Houston, Texas 77010 | Telephone:   (312) 862-2000 |
| Telephone:   (713) 752-4200 | Facsimile:   (312) 862-2200 |
| Facsimile:   (713) 752-4221 | Email:   patrick.nash@kirkland.com |
| Email:   mcavenaugh@jw.com |          marc.kieselstein@kirkland.com |
|          jwertz@jw.com |          alexandra.schwarzman@kirkland.com |
|          kpeguero@jw.com | |
|          vpolnick@jw.com | |

*Proposed Co-Counsel to the Debtors*    *Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*              *and Debtors in Possession*

## Certificate of Service

      I certify that on June 28, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Matthew D. Cavenaugh*
                                                Matthew D. Cavenaugh