| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33233 |
|---|---|---|---|
| Debtor | In Re: | CHESAPEAKE ENERGY CORPORATION, et al. | |

This lawyer, who is admitted to the State Bar of  _____Louisiana_____ :

| | |
|---|---|
| Name | Mark J. Chaney, III |
| Firm | McGlinchey Stafford, PLLC |
| Street | 601 Poydras Street, 12th Floor |
| City & Zip Code | New Orleans, LA 70130 |
| Telephone | (504) 596-2784 |
| Licensed: State & Number | LA 35704 |

Seeks to appear as the attorney for this party:

| Automotive Rentals, Inc. and ARI Fleet LT |
|---|
| Dated: 06/29/2020     Signed: /s/ Mark J. Chaney, III |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____     Signed: _____
                                 Deputy Clerk

## Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                         United States Bankruptcy Judge