UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | | Main Case Number | |
|---|---|---|---|
| Debtor | In Re: | | |

This lawyer, who is admitted to the State Bar of _____:

|  |
|---|
| Name |
| Firm |
| Street |
| City & Zip Code |
| Telephone |
| Licensed: State & Number |

Seeks to appear as the attorney for this party:

| |
|---|
| |

| Dated: | Signed: |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
|  | Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                      United States Bankruptcy Judge