IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CHESAPEAKE ENERGY CORPORATION,** *et al.*,[1] | § | **Case No. 20-33233 (DRJ)** |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Akerman LLP hereby enters its appearance on behalf of ETC Texas Pipeline Ltd., Energy Transfer Fuel, LP, ETC Katy Pipeline, Ltd., Houston Pipe Line Company LP, and Oasis Pipeline L.P. (collectively, "ETC"), and requests notice of all hearings and conferences and service of all papers herein including all papers and notices pursuant to Bankruptcy Rule 2002 and Bankruptcy Code §§ 342 and 1109(b) (if applicable). All notices and papers in this case shall be served upon the party listed below at the following address:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

53668933;1

John E. Mitchell
David W. Parham
Yelena Archiyan
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX  75201
Telephone: (214) 720-4300
Facsimile:  (214) 981-9339
john.mitchell@akerman.com
david.parham@akerman.com
yelena.archiyan@akerman.com

Further, pursuant to Rule 2002 of the Bankruptcy Rules, ETC's request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telecopy, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that ETC intends that this Notice of Appearance and Request for Service and Notice shall not waive any rights, claims, actions, defenses, setoffs or recoupments to which ETC is or may be entitled to at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of ETC.

Dated: June 30, 2020

Respectfully submitted,

  /s/ John E. Mitchell

John E. Mitchell, State Bar No. 00797095,
S.D. Tex. No. 24214
David W. Parham, State Bar No. 15459500,
S.D. Tex. No. 7991
Yelena Archiyan, Texas Bar No. 24119035
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
john.mitchell@akerman.com
david.parham@akerman.com
yelena.archiyan@akerman.com

COUNSEL FOR ETC TEXAS PIPELINE LTD., ENERGY TRANSFER FUEL, LP, ETC KATY PIPELINE, LTD., HOUSTON PIPE LINE COMPANY LP, AND OASIS PIPELINE L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2020, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

  /s/ John E. Mitchell
John E. Mitchell

53668933;1