IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Chesapeake Energy Corporation, *et al.*, | : | Bankruptcy No. 20-33233-DRJ |
| | : | |
| Debtors | : | |

**NOTICE OF FILING IN THE SUPREME COURT OF PENNSYLVANIA
THE COMMONWEALTH OF PENNSYLVANIA'S RESPONSE
TO APPELLANTS CHESAPEAKE ENERGY CORPORATION, L.L.C.; CHESAPEAKE
APPALACHIA, L.L.C.; CHESAPEAKE OPERATING, L.L.C.; AND CHESAPEAKE
ENERGY MARKETING, L.L.C.'S NOTICE OF SUGGESTION OF PENDENCY OF
BANKRUPTCY AND AUTOMATIC STAY OF THESE PROCEEDINGS**

Notice is hereby given that on July 2, 2020, the Commonwealth of Pennsylvania filed in the Supreme Court of Pennsylvania, at No. 82 MAP 2019, its Response to Appellants Chesapeake Energy Corporation, L.L.C.; Chesapeake Appalachia, L.L.C.; Chesapeake Operating, L.L.C.; and Chesapeake Energy Marketing, L.L.C.'s Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of these Proceedings, such copy of said Response is attached hereto as Exhibit 1.

DATE: July 6, 2020

Respectfully submitted

JOSH SHAPIRO
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
Strawberry Square, 15th Floor
Harrisburg, PA 17120
Tel: (717) 705-7326
E-mail: jswartley@attorneygeneral.gov

BY: */s/ Jason L. Swartley*
Chief Deputy Attorney General
Financial Enforcement Section
PA I.D. No. 78213
Admitted *Pro Hac Vice*

1

## CERTIFICATE OF SERVICE

I, Jason L. Swartley, Chief Deputy Attorney General, do hereby certify that the foregoing Notice of Filing in the Supreme Court of Pennsylvania the Commonwealth of Pennsylvania's Response to Appellants Chesapeake Energy Corporation, L.L.C.; Chesapeake Appalachia, L.L.C.; Chesapeake Operating, L.L.C.; and Chesapeake Energy Marketing, L.L.C.'s Notice of Pendency of Bankruptcy and Automatic Stay of these Proceedings has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that I have served the foregoing document via email on the following:

Matthew D. Cavenaugh, Esquire
Kristhy M. Peguero, Esquire
JACKSON WALKER LLP
mcavenaugh@jw.com
kpeguero@jw.com
*Counsel for Debtors*

Winstol Dean Carter, Jr., Esquire
MORGAN LEWIS et al.
Winn.carter@morganlewis.com
*Counsel for Trustee*

Hector Duran, Jr., Esquire
Stephen Douglas Statham, Esquire
OFFICE of U.S. Trustee
Hector.Duran.Jr@usdoj.gov
Stephen.statham@usdoj.gov
*Counsel for U.S. Trustee*

DATE: July 6, 2020                                   Respectfully submitted

                                                     JOSH SHAPIRO
                                                     ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA                         BY: */s/ Jason L. Swartley*
OFFICE OF ATTORNEY GENERAL                           JASON L. SWARTLEY
Strawberry Square, 15th Floor                        Chief Deputy Attorney General
Harrisburg, PA 17120                                 PA I.D. No. 78213
Tel: (717) 705-7326                                  Admitted *Pro Hac Vice*
Fax: (717) 772-4526
E-mail: jswartley@attorneygeneral.gov