IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION, *et al.*,[1] | ) ) ) | Case no. 20-33233 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) in the above-captioned case as proposed counsel to the **OFFICIAL COMMITTEE OF ROYALTY OWNERS** in the above-captioned case, and request that, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, all notices given or required to be given in this case be given and served upon:

| | |
|---|---|
| J. Robert Forshey<br>Jeff P. Prostok<br>Suzanne K. Rosen<br>FORSHEY & PROSTOK, LLP<br>777 Main St., Suite 1550<br>Fort Worth, TX 76102<br>817-877-8855 telephone<br>817-877-4151 facsimile<br>bforshey@forsheyprostok.com<br>jprostok@forsheyprostok.com<br>srosen@forsheyprostok.com | Deirdre Carey Brown, pllc<br>FORSHEY & PROSTOK, LLP<br>1990 Post Oak, Suite 2400<br>Houston, TX 77056<br>832-367-5722 telephone<br>dbrown@forsheyprostok.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules and sections cited above, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/chesapeake.  The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, electronically or otherwise filed or served with regard to the referenced case and proceedings therein.

This Notice of Appearance shall not be deemed or construed to be a waiver of any rights, including, without limitation, the right (1) to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) any consent to the exercise of the Court's jurisdiction, or (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or any other rights, claims, actions, defenses, setoffs, or recoupment in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupment are hereby expressly reserved.

DATED:  July 26, 2020

Respectfully Submitted,

/s/ J. Robert Forshey
J. Robert Forshey
State Bar No. 07264200
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, Texas 76102
817-877-8855 telephone
817-877-4151 facsimile
bforshey@forsheyprostok.com
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

and

Deirdre Carey Brown, pllc
State Bar No. 24049116
Forshey & Prostok, LLP
1990 Post Oak, Suite 2400
Houston, TX 77056
832-367-5722 telephone

PROPOSED COUNSEL FOR THE OFFICIAL
COMMITTEE OF ROYALTY OWNERS

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon all parties receiving electronic notice via the Court's CM/ECF system on July 26, 2020.

                                        /s/ Suzanne K. Rosen
                                        Suzanne K. Rosen