**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| **CHESAPEAKE ENERGY** | § | **20-33233 (DRJ)** |
| **CORPORATION**, *et al.*, | § | **(Chapter 11)** |
| | § | **Jointly Administered** |
| **DEBTORS**[1] | § | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF ROYALTY OWNERS**

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

  COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Royalty Owners in this case:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

| Members | Counsel for Member |
|---|---|
| 1. B.D. Griffin<br>501 N. Thompson, Suite 300<br>Conroe, TX  77301<br>Tel. 936-520-7221/936-538-8202<br>Fax 936-760-6920<br>Email: bd.griffin@mctx.org | Circelli, Walter & Young, PLLC<br>George Parker Young, Esq.<br>500 East 4th Street, Suite 250<br>Fort Worth, TX  76102<br>Tel. 817-697-4942<br>Fax 817-697-4844<br>Email: gpy@cwylaw.com |
| 2. Jeff G. Snowden<br>Capex Consulting Group<br>3245 Main Street, Suite 235-171<br>Frisco, TX  75033<br>Tel. 214-619-0692/214-514-6382<br>Fax 214-619-0694<br>Email: jsnowden@capexconsulting.com | Circelli, Walter & Young, PLLC<br>George Parker Young, Esq.<br>500 East 4th Street, Suite 250<br>Fort Worth, TX  76102<br>Tel. 817-697-4942<br>Fax 817-697-4844<br>Email: gpy@cwylaw.com |
| 3. Ron Carlton<br>CTF, Ltd.<br>100 Cinder Road NE<br>Carrollton, OH  44615-9637<br>Tel. 330-738-4391<br>Email: suregroup2@gmail.com | Sharp Law, LLP<br>Rex Sharp, Esq.<br>Barbara Frankland, Esq.<br>5301 West 75th Street<br>Prairie Village, KS 66208<br>Tel. 913-222-2479/913-901-0505<br>Fax 913-901-0419<br>Email: bfrankland@midwest-law.com<br><br>and<br><br>Krugliak, Wilkins, Griffiths & Dougherty Co., LPA<br>Gregory Watts, Esq.<br>4775 Munson Street, N.W.<br>Canton, OH  44718<br>Tel. 330-497-0577<br>Fax 330-497-4020<br>Email: gwatts@kwgd.com |

| | |
|---|---|
| 4. Daniel A. Leis<br>Union Pacific Railroad Company<br>1400 Douglas Street, Stop 1690<br>Omaha, NE  68179<br>Tel. 402-544-8533<br>Email: daleis@up.com | Harris, Finley & Bogle PC<br>James E. Key, Esq.<br>777 Main Street, Suite 1800<br>Fort Worth, TX  76102<br>Tel. 817-870-8735<br>Email: jkey@hfblaw.com |
| 5. Ryan Watts<br>Addax Minerals Fund, L.P.<br>5950 Berkshire Lane, Suite 1250<br>Dallas, TX 75225<br>Tel. 972-861-0104/214-534-4100<br>Email: rwatts@springbokenergy.com | Burns Charest LLP<br>Daniel Charest, Esq.<br>Spencer Cox, Esq.<br>900 Jackson Street, Suite 500<br>Dallas, TX  75202<br>Tel. 469-904-4555/214-681-8444<br>Fax 469-444-5002<br>Email:  dcharest@burnscharest.com |
| 6. Clark A. Beebe<br>2092 Lakeside Drive West<br>P.O. Box 194<br>Highland Lakes, NJ  07422<br>Tel. 908-265-4019<br>Email: beebeinnj@gmail.com | Indik McNamara & Dallarda, PC<br>Thomas S. McNamara, Esq.<br>123 South Broad Street, Suite 2170<br>Philadelphia, PA  19109<br>Tel. 215-567-7125/732-821-2500<br>Fax 215-563-8330/484-930-0408<br>Email: tmcnamara915@gmail.com |
| 7. Michael D. Donovan<br>1885 Swedesford Road<br>Malvern, PA  19355<br>Tel. 610-647-6067<br>Fax 610-647-7215<br>Email: mdonovan@donovanlitigationgroup.com | Donovan Litigation Group, LLC<br>Michael D. Donovan, Esq.<br>1885 Swedesford Road<br>Malvern, PA  19355<br>Tel. 610-647-6067<br>Fax 610-647-7215<br>Email: mdonovan@donovanlitigationgroup.com |
| 8. Aaron D. Hovan<br>154 Warren Street<br>P.O. Box 336<br>Tunkhannock, PA  18657<br>Tel. 570-836-3121<br>Email: adh23@columbia.edu | Schnader Harrison Segal & Lewis LLP<br>Ira Richards, Esq.<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103<br>Tel. 215-751-2503<br>Email: irichards@schnader.com |

| | |
|---|---|
| 9. Charles E. Schaffer<br>510 Walnut Street, Suite 500<br>Philadelphia, PA  19106<br>Tel. 215-592-1500/215-518-0309<br>Email: cschaffer@lfsblaw.com | Levin Sedran & Berman<br>Charles E. Schaffer, Esq.<br>510 Walnut Street, Suite 500<br>Philadelphia, PA  19106<br>Tel. 215-592-1500/215-518-0309<br>Email: cschaffer@lfsblaw.com<br><br>Larry D. Moffett, Esq.<br>2086 Old Taylor Road, Suite 1012<br>Oxford, MS  38655<br>Email: larry@larrymoffett.com<br><br>Lieff, Cabraser, Heimann & Bernstein LLP<br>David S. Stellings, Esq.<br>Daniel Seltz, Esq.<br>250 Hudson Street, 8th Floor<br>New York, NY  10013<br>Email: dstellings@lchb.com<br>Email: dseltz@lchb.com<br><br>Cuneo Gilbert & LaDuca, LLP<br>Charles J. LaDuca, Esq.<br>507 C Street, NE<br>Washington, DC  20002<br>Email: charles@cuneolaw.com<br><br>Barrett Law Group<br>John W. ("Don") Barrett, Esq.<br>P.O. Drawer 927<br>Lexington, MS  39095<br>Email: dbarrett@barrettlawgroup.com<br><br>The O'Brien Law Group LLC<br>Michelle R. O'Brien, Esq.<br>3738 Birney Avenue<br>Moosic, PA  18507<br>Email: mobrien@theobrienlawgroup.com |

|  | Law Office of Francis P. Karam<br>Francis P. Karam, Esq.<br>Jerry Karam, Esq.<br>Doug Clark, Esq.<br>175 Varick Street<br>New York, NY 10014<br>Email: frank@fkaramlaw.com<br><br>Obermayer Rebmann Maxwell & Hippel LLP<br>D. Alexander Barnes, Esq.<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>Tel. 610-506-8000<br>Fax 215-665-3165<br>Email: alexander.barnes@obermayer.com |
|---|---|

Dated: July 24, 2020                Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:     /s/ Hector Duran
        Hector Duran
        Trial Attorney
        Texas Bar No. 00783996
        515 Rusk, Suite 3516
        Houston, TX 77002
        Telephone: (713) 718-4650 x 241
        Fax: (713) 718-4670

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 24th day of July, 2020.

/s/ Hector Duran
Hector Duran, Trial Attorney