

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/17/2020

| | |
|---|---|
| In re:<br><br>CHESAPEAKE ENERGY CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-33233 (DRJ)<br><br>(Jointly Administered) |

**ORDER GRANTING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE UNDER SEAL OBJECTION TO DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING, (II) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL, (III) GRANTING LIENS AND PROVIDING CLAIMS WITH SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (IV) GRANTING ADEQUATE PROTECTION TO THE EXISTING SECURED PARTIES, (V) MODIFYING THE AUTOMATIC STAY, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**
[Relates to Dkt. No. 512 ]

Upon the *Emergency Motion of the Official Committee of Unsecured Creditors to File Under Seal Objection to Debtors' Emergency Motion For Entry Of Interim And Final Orders (i) Authorizing The Debtors To Obtain Postpetition Financing, (ii) Authorizing The Debtors To Use Cash Collateral, (iii) Granting Liens And Providing Claims With Superpriority Administrative Expense Status, (iv) Granting Adequate Protection To The Existing Secured Parties, (V) Modifying The Automatic Stay, (vi) Scheduling A Final Hearing, And (vii) Granting Related Relief* (the "**Motion to Seal**");[2] and the Court having jurisdiction to consider the Motion to Seal and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion to Seal

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

1

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that

1. Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018, the Committee is authorized to file the Objection under seal.

2. The sealed Objection shall not be disseminated to anyone other than: (a) the Court; (b) the Debtors; (c) the other parties to the Confidentiality Agreement or Bylaws; and (d) the Office of the U.S. Trustee, without further order of the Court.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Committee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Seal.

5. The Court shall retain jurisdiction to resolve any dispute regarding the terms of this Order.

**Signed:  August 17, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**