## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHESAPEAKE ENERGY CORPORATION, *et al.*,[1] | ) Case No. 20-33233 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements") filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure  by management of the Debtors, with the assistance of the Debtors' advisors, and are unaudited.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements.  Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.  The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates.  There can be no assurance that such information is complete, and the Schedules and Statements may be subject to revision.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake.  The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

The Schedules and Statements have been signed by [William Buergler], [Senior Vice President and Chief Accounting Officer] of Chesapeake Energy Corporation. Accordingly, in reviewing and signing the Schedules and Statements, [Mr. Buergler] necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and advisors. [Mr. Buergler] has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

The Global Notes supplement is in addition to any specific notes contained in each Debtor's respective Schedules or Statements. Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to each of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to any of the Debtors' other Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

1.  *Description of Cases*. On June 28, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors' chapter 11 cases are jointly administered for procedural purposes only under the lead case caption *In re Chesapeake Energy Corporation., et al.*, Case No. 20-33233 (DRJ) (Bankr. S.D. Tex.). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On July 9, 2020, the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed a statutory committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 301]. On July 24, 2020, the U.S. Trustee appointed a statutory committee of royalty owners pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 488].

2.  *"As Of" Information Date*. To the best of the Debtors' knowledge, the information provided herein represents the asset data of the Debtors as of June 30, 2020, except available cash, which is provided as of the Petition Date. All other information including trade liabilities and principal and accrued interest on funded debt are provided as of the Petition Date. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3.  *General Reservation of Rights*. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions, as well as discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statements. The Debtors reserve all rights to

amend, supplement or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend, supplement or otherwise modify the Schedules and Statements with respect to any claim description, designation, or Debtor against which the claim is asserted; dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any claim, in each case, regardless of whether such claim is designated in the Schedules and Statements as "disputed," "contingent" or "unliquidated". Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of (a) liability or (b) amounts due or owed, if any, in each case, by the Debtor against which the claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including without limitation, issues involving or defenses against claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant nonbankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

4.   ***Basis of Presentation***.   Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. The Schedules and Statements have not, however, been subject to procedures that would typically be applied to financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") and are not intended to reconcile fully with any financial statements prepared under GAAP. Therefore, combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that are substantially different from financial information that would be prepared on a consolidated basis under GAAP. For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements on a consolidated basis. Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Moreover, given, among other things, the uncertainty surrounding the valuation, collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

5.   ***Confidential or Sensitive Information***.   There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to, among other things, concerns for the privacy of an individual. In addition, the very existence of certain agreements is (by the terms of such agreements) confidential. These agreements

have been noted, however, as "Confidential" in the Schedules and Statements, where applicable.  The alterations or redactions are limited only to what the Debtors believe is necessary to protect the Debtor or the applicable third-party.

6.    ***Causes of Action***.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements.  The Debtors reserve all of their rights with respect to any claims or causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

In the ordinary course of their business, from time to time, the Debtors become involved in litigation and informal disputes among third parties because the Debtors may hold funds on account of  mineral or other interests that are the subject of the dispute.  When such litigation or informal disputes arise, the Debtors hold the relevant funds in suspense. Because these funds may not be property of their estates, the Debtors do not believe they have any liability on account of such litigation, and such informal disputes are not included in the Schedules and Statements.

7.    ***Recharacterization***.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements.  Nevertheless, due to the size and complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items, or may have omitted certain items.  The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as necessary or appropriate.

8.    ***Classifications.***  Listing (a) a claim on Schedule D as "secured," (b) a claim on Schedule E/F as "priority," (c) a claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts or to setoff of such claims.

9.    ***Court Orders***.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, royalty holders, potential lien holders and taxing authorities.  Accordingly, these liabilities may have been or may be

satisfied in accordance with such First Day Orders and, therefore, generally are not listed in the Schedules and Statements. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to any order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary or appropriate.

10. ***Liabilities***. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend, supplement or otherwise modify the Schedules and Statements as they deem appropriate in this regard.

11. ***Excluded Assets and Liabilities***. The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements and certain accrued expenses. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist. In addition, certain immaterial or *de minimis* assets and liabilities may have been excluded. Finally, certain liabilities authorized to be paid pursuant to the First Day Orders are excluded from the Schedules and Statements.

12. ***Inventories***. Inventories are stated at cost or the lower of cost and market. The Debtors reserve all rights with respect to the valuation of any inventories.

13. ***Property Rights.*** Exclusion of certain property from the Schedules and Statements shall not be construed as an admission that such property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain property shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction.

14. ***Property and Equipment***. Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect thereto.

15. ***Intercompany Payables and Receivables***. Certain intercompany payables and receivables between the Debtors are set forth on Schedule F and Schedule A/B Part 11, Q. 77, respectively. The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance,

classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a claim, an interest, or not allowed at all.  The Debtors and all parties-in-interest reserve all rights with respect to such accounts.

16.   ***Estimates***.  To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend, supplement or otherwise modify the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

17.   ***Fiscal Year***.  Each Debtor's fiscal year ends on December 31.

18.   ***Currency***.  All amounts are reflected in U.S. dollars.

19.   ***Executory Contracts***.  Although the Debtors have made diligent attempts to properly identify the Debtor counterparty(ies) to each executory contract on Schedule G, it is possible that the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend, supplement or otherwise modify Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any claims held by any counterparty to such contract or lease.  Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

20.   ***Leases.***  The Debtors have not included the future obligations of any capital or operating leases in the Schedules and Statements.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.

In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, minerals, or other property interests and equipment from third-party lessors for use in the daily operation of their business.  Any known pre-petition obligations of the Debtors' pursuant to the same have been listed on Schedule F, the underlying lease agreements are listed on Schedule G, or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A.  Nothing in the Schedules or Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement or a real property interest), and the Debtors reserve all rights with respect to such issues. Moreover, the Debtors have omitted certain information relating to exploratory leases that are being held by a broker for the benefit of the Debtors.

21.   ***Insiders***.  The Debtors have attempted to include all payments made on or within 12 months before the Petition Date to any individual or entity deemed an "insider."  As to

each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to unqualifiably dictate corporate policy and the disposition of corporate assets.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission that those parties are insiders for purpose of section 101(31) of the Bankruptcy Code.  Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for:  (a) the purposes of determining (i) control of the Debtors; (ii) the extent to which any individual or entity exercised management responsibilities or functions; (iii) corporate decision-making authority over the Debtors; or (iv) whether such individual or entity could successfully argue that it is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (b) any other purpose,

Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the 12-month period, but the Debtors have included them herein out of an abundance of caution.  The Debtors reserve all rights with respect thereto.

22.    ***Totals***.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

23.    ***Unliquidated Claim Amounts.***  Claim amounts that could not be quantified by the Debtors are scheduled as "unliquidated."

24.    ***Undetermined Amounts***.  The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

25.    ***Setoffs***.  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, credits, rebates, returns, refunds, negotiations, and/or disputes between the Debtors and their customers and/or suppliers.  These normal, ordinary course setoffs and nettings are common to the industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware and/or of which the Debtors have approved to effectuate in the claims process of their chapter 11 cases.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

26. **_Credits and Adjustments_**.  The claims of individual creditors for, among other things, goods, products or services are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights respecting such credits, allowances and other adjustments.

27. **_Payments._**  Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System") (as more fully described in the _Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief_ (the "Cash Management Motion") [Docket No. 14]).  Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to amend, supplement or otherwise modify their Schedules and Statements to attribute any payments to a different legal entity, if appropriate.

28. **_Guaranties and Other Secondary Liability Claims_**.  The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in their executory contracts, unexpired leases, debt instruments, and other such agreements; however, a review of these agreements, specifically the Debtors' leases and contracts, is ongoing.  Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties.  The Debtors have reflected the Guaranty obligations for both the primary obligor and the guarantor with respect to their financings and debt instruments on Schedule D, F, and H.  The Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments, and similar agreements may exist and, to the extent they do, will be identified upon further review.  Therefore, the Debtors reserve their rights to amend, supplement or otherwise modify the Schedules to the extent additional Guaranties are identified.

29. **_Consolidated Identification of Interests_**.  As set forth above, the Schedules and Statements, in various instances, call for information that, if provided, would disclose the identities and personal contact information of certain individuals.  The Debtors elected to present such sensitive information as consolidated line items of similar interests.  The Debtors believe that producing information in this manner is necessary to both maintain valuable customer and vendor relationships and to protect the Debtors' propriety information.

30. **_Mechanics, Materialman and Other Similar Statutory Liens_**. The Schedules and Statements include mechanics', materialman's or other similar statutory liens where the Debtors have received notices of such purported liens.  The Debtors have not evaluated any of these notices and have not conducted any analysis with respect to such purported liens, including without limitation, the validity, perfection or immunity.  Such liens may apply, and the Debtors reserve their right to dispute or challenge the validity, perfection or immunity from the avoidance of any lien purported to be perfected by a creditor.

31.     ***Global Notes Control***.  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtors' Schedules**

32.     ***Schedule A/B:***  Real property is reported at book value, net of accumulated depreciation on buildings and improvements.  Amounts ultimately realized may vary from net book value and such variance may be material.  The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.  The Debtors reserve all of their rights to recategorize or recharacterize such asset holdings to the extent the Debtors determine that such holdings were listed incorrectly.

Under applicable state law, oil and gas leasehold interests, mineral and royalty interests, interests acquired by statutory force pooling procedures, overriding royalty interests, non-executive mineral interests, non-participating royalty interests, rights of way, and easements may be interests in real property.  The Debtors have included information about the instruments governing such interests on Schedule A, but have not duplicated such leases on Schedule G regardless of whether such instruments may be considered executory contracts within the meaning of section 365 of the Bankruptcy Code.

Certain of the instruments reflected on Schedule A may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule A.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A is an executory contract within the meaning of section 365 of the Bankruptcy Code.  The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A or Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditors' claim.

The Debtors' failure to list any rights in real property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their Causes of Action or potential Causes of Action against third parties as assets in the Schedules and Statements.  The Debtors reserve all of their rights with respect to any Causes of Action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

33.     ***Schedule A/B 3:***  Amounts listed are as of the Petition Date for the corresponding Debtor and reflect the bank balance, not the net book value.

34.     ***Schedule A/B 11:***  In the ordinary course of the Debtors' businesses, cash settlements must occur after the completion of an accounting settlement cycle, which typically takes 60 days

following the end of a production month for revenue and 90-120 days following the end of a production month for joint interest billing. The timeframe to calculate a net proceed for a given production month requires the following steps: (1) invoicing of joint interest partners and purchasers, (2) payment of capital and operating expenses, (3) receipt of gross sales revenues, (4) receipt of joint interest billing payments, and (5) disbursement of payments to mineral and other interest owners. Accordingly, there is a significant amount of accounts receivable owed to the Debtors as of the Petition Date which will be recouped or reimbursed in the ordinary course of business.

35.     ***Schedule A/B 47:*** Certain of the Debtors list vehicles subject to operating leases. Any liabilities on account of such leases are listed on Schedule F and such operating leases are listed on Schedule G.

36.     ***Schedule A/B 61:*** The Debtors have not listed all the URL names but retain their ownership rights over these assets.

37.     ***Schedule A/B 72.*** The Debtors file their federal income taxes on a consolidated return basis. Federal net operating loss ("NOL") carryforwards, general business credit carryforwards and other carryforwards are available to offset future taxable income or reduce future income tax liabilities of the consolidated group, of which Chesapeake Energy Corporation is the parent. Amounts listed for federal NOL carryforwards, general business credit carryforwards and other carryforwards are based on the Debtors' reasonable estimates and may be subject to review by the Internal Review Service. State NOL carryforwards are listed on either a pre-apportioned or post-apportioned basis whichever is required to be reported by the particular state tax authority.

38.     ***Schedule A/B 77:*** Certain of the Debtors list an aggregate book value of oil and natural gas properties held by the applicable Debtor. Oil and gas properties are comprised of both proved and unproved properties. Due to the voluminous nature of the numerous assets associated with these properties, including, but not limited to, leases, materials, and equipment, the Debtors have not provided an enumerated list of the individual assets, other than leases, which are set forth in Schedule A/B 55.

39.     ***Schedule D:*** Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed an admission as to the validity of any such lien. Conversely, the Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a

vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facility and other funded secured indebtedness, only the administrative agents or indenture trustees have been listed for purposes of Schedule D. The amounts reflected outstanding under the Debtors' prepetition funded indebtedness reflect approximate principal and accrued interest as of the Petition Date.

Schedule D includes parties who have filed notices of liens. As discussed herein, the Debtors have not evaluated these notices and have not conducted any analysis with respect to these purported liens.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of another Debtor, and no claim set forth on Scheduled D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

40. ***Schedule E/F, Part 1: Creditors Holding Priority Unsecured Claims***. The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time. All claims listed on the Debtors' Schedule E/F are claims arising from tax, wage or wage-related obligations to which the Debtors may potentially be liable. Certain of such claims, however, may be subject to ongoing audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the remaining claims listed on Schedule E/F. Accordingly, the Debtors have listed all such claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues. Additionally, as more fully set forth in the *Debtors' Emergency Motion For Entry Of An Order (I) Authorizing The Debtors To (A) Pay Prepetition Wages, Salaries, Other Compensation, And Reimbursable Expenses And (B) Continue Employee Benefits Programs And (Ii) Granting Related Relief* [Docket No. 10], claims against the Debtors on account of wage or wage-related obligations to independent contractors may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code. Further, to the extent such claims have been paid or may be paid pursuant to a court order, they may not be included on Schedule E.

41. ***Schedule E/F, Part 2: Creditors Holding Non-Priority Unsecured Claims.***

The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

The Debtors have attempted to relate all liabilities to each particular Debtor. Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, the Debtors may have valid setoff or recoupment rights with respect to such amounts. The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Debtors reserve all rights to assert any such setoff or recoupment rights. Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule E/F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding pending litigation involving the Debtors. In certain instances, the Debtor or related co-defendants that are the subject of the litigation may be unclear or undetermined. To the extent that litigation involving a particular Debtor or related co-defendant has been identified, such information is contained in the Schedule for that Debtor. Additionally, to the extent the identification of contingent co-defendants is unknown or unclear, the Debtors have listed only the underlying litigation. The amounts for these potential claims are listed as unknown and marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

The Debtors have made reasonable efforts to locate and identify Guaranties in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedules for the Debtor or Debtors affected by such Guaranties as a contingent and unliquidated obligation. The Debtors have placed the

Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation.  Guaranties were additionally placed on Schedule D or F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G.  It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted.  The Debtors reserve their rights to amend, supplement or otherwise modify the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable.  In addition, the Debtors reserve the right to amend, supplement or otherwise modify the Schedules and SOFAs and to re-characterize or reclassify any such contract or claim, whether by amending the Schedules and SOFAs or in another appropriate filing.  Additionally, failure to list any Guaranties in the Schedules and SOFAs, including in any future amendments to the Schedules and SOFAs, shall not affect the enforceability of any Guaranties not listed.

In addition, certain claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Additionally, as discussed in the *Debtors' Emergency Motion For Entry Of An Order (I) Authorizing Payment Of (A) Obligations Owed To Holders Of Mineral And Other Interests And Non-Op Working Interests And (B) Joint Interest Billings, And (II) Granting Related Relief* [Docket No. 16] (the "Mineral Interests Motion"), the Debtors maintain certain "suspended funds."  This amount includes approximately $150 million in "suspended funds" that are Royalties due and owing to certain holders of Mineral and Other Interests but are otherwise unpayable for a variety of reasons, including incorrect contact information, unmarketable title, and ongoing disputes over ownership of the underlying interest. Subject to applicable laws, when and to the extent the Debtors are provided evidence or sufficient notice that the issue preventing payment of the suspended funds to particular holders of Mineral and Other Interests is resolved, the Debtors may release the suspended funds in question. Accordingly, Schedule F does not list parties with potential interests in the suspended funds other than parties to litigation with respect to such suspended funds.

The Debtors are obligated under various agreements to market the oil and gas production of certain owners of working interests to potential purchasers and remit the amounts due to the appropriate parties. Specifically, following the sale of production and the receipt of proceeds attributable thereto, the Debtors are obligated to remit the net amount of those proceeds belonging to the owner of the working interest, net of all applicable mineral interests, gathering costs, processing and transportation expenses, and production taxes, as applicable. Certain agreements require the Debtors to process and forward to the appropriate parties, from funds otherwise belonging to third parties, the amounts due on account of such interests and expenses. The foregoing amounts were authorized to be paid under applicable First Day Orders, may not be property of the Debtors' estates, and are not included in Schedule E/F.

42.     ***Schedule G***.  While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and

although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend, supplement or otherwise modify Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for goods, supplies, product, services, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods, supplies, or product were delivered or services performed under purchase orders before the Petition Date, vendors' claims with respect to such delivered goods, supplies, or product and performed services are included on Schedule E/F. In the ordinary course of business, the Debtors may have issued numerous service orders or work orders pursuant to a master consulting agreement or master service agreement, which service orders or work orders are not listed individually on Schedule G. Each master consulting agreement or master service agreement listed on Schedule G shall include all service orders or work orders entered into pursuant to such master agreement unless otherwise noted.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement

agreements, supplemental agreements, amendments/letter agreements, title agreements, and division order agreements.  Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend, supplement or otherwise modify Schedule G as necessary.  The inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any claims held by the counterparty to such contract or lease, and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

Certain of the executory contracts and unexpired leases listed in Schedule G may have been assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors.  The Debtors have attempted to list the appropriate Debtor parties to each contract, agreement, and lease on Schedule G; however, there may be instances in which other Debtor entities that are not parties to the contracts, agreements, and leases have been the primary entities conducting business in connection with these contracts, agreements, and leases.  Accordingly, the Debtors have listed certain contracts, agreements, and leases on Schedule G of the Debtor entity corresponding to the applicable contracting entity which may, upon further review, differ from the primary entity conducting business with the counterparty to that particular contract, agreement, or lease. In instances where the Debtors were unable to determine which Debtor is the party to a contract, agreement, or lease, the Debtors have listed such contracts, agreements, or leases on Schedule G for Debtor Chesapeake Operating, L.L.C. or Chesapeake Energy Corporation depending on the type of agreement Moreover, in some instance the Debtors may not have be able to identify all Debtor entities associated with a particular agreement.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.  In the ordinary course of business, the Debtors also enter into marketing agreements with working interest owners, which, to the extent that such marketing agreements constitute executory contracts, are not listed individually on Schedule G.

In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

43.    ***Schedule H***.  The Debtors have not listed any litigation-related co-Debtors on Schedule H. Instead, such listings can be found on the Debtors' Schedules E/F.

### Specific Disclosures with Respect to the Debtors' Statements

1.  ***Statement 1 and Statement 2.***  Revenue amounts listed for current fiscal year are through June 30, 2020

2.  ***Statement 3***.  Payments to the Debtors' bankruptcy professionals for work related to the bankruptcy, debt consolidation or restructuring, payments to insiders, and payments on account of intercompany transactions are not included in the payments to creditors. Payments to the aforementioned parties are included in the following locations within the Statements: bankruptcy professionals (Statement 11), insiders (Statement 4), and intercompany transactions (Statement 4).  The listing of any individual or entity as an insider does not constitute an admission or determination that any such individual is or is not an insider.

3.  ***Statement 4.***  Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders, as applicable.  As described in the Cash Management Motion, in the ordinary course of business certain of the Debtor and non-Debtor entities and business divisions maintain business relationships with each other, resulting in intercompany receivables and payables (the "Intercompany Claims").  Any payments to another Debtor on account of Intercompany Claims are reflective of the difference between the opening balance and ending balance between July 1, 2019 and June 30, 2020.  With respect to the Intercompany Claims between Debtors, Statement 4 reflects the book value adjustment of such transfers rather than an actual transfer of funds from one Debtor entity to another.

    The insider disclosure includes personal use of the leased corporate plane based on the amount added to compensation for tax purposes.  The Debtors have not listed the non-taxable business use portion of the leased corporate plane.

    The listing of any individual or entity as an insider does not constitute an admission or a final determination that any such individual is or is not an insider.

4.  ***Statement 7.***  The Debtors have not included workers' compensation claims in response to this question because the Debtors maintain that this disclosure would be in violation of certain laws, including the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

5.  ***Statement 8.***  This response does not include single-purpose mineral receiverships created under Chapter 64 of the Texas Civil Practice & Remedies Code to facilitate development of a unit where a mineral owner(s) cannot be located.

6.  ***Statement 11.***  All payments for services of any entities that provided consultation concerning debt restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date were made by Chesapeake Operating, L.L.C. and are, therefore, listed on Chesapeake Operating, L.L.C.'s Statements.  The Debtors have endeavored to list only payments made for debt

restructuring services, however, these balances may include payments for services not related to restructuring or bankruptcy related matters. Additional information regarding the Debtors' retention of professionals is more fully described in the individual retention applications for those professionals.

7. ***Statement 13***. The Debtors may, from time to time and in the ordinary course of business, transfer equipment and other assets and/or sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed in Statement 13. Any values listed in the description of the property transferred are estimates and included for illustrative purposes only, as many transactions include adjustments to the purchase price post-closing. Further, the value of each transfer reflects an aggregate transaction value across all of the associated Debtor entities.

8. ***Statement 21.*** In connection with their oil and gas assets, the Debtors are obligated, pursuant to their oil and gas leases and other agreements or regulatory orders, to remit to the lessors of the oil and gas leases and potentially other parties their share of revenue from the producing wells located on the respective leases pursuant to the terms of their oil and gas lease. In addition, payments on account of overriding royalties must be remitted to the owners of those interests, and the holders of non-executive mineral interests, as well as the holders of nonparticipating royalty interests, must receive the proceeds due to them pursuant to the applicable agreement. The foregoing amounts were authorized to be paid under applicable First Day Orders, may not be property of the Debtors' estates, and are not included in Statement 21.

The Debtors are obligated under various agreements to market the oil and gas production of certain owners of working interests to potential purchasers and remit the amounts due to the appropriate parties. Specifically, following the sale of production and the receipt of proceeds attributable thereto, the Debtors are obligated to remit the net amount of those proceeds belonging to the owner of the working interest, net of all applicable mineral interests, gathering costs, processing and transportation expenses, and production taxes, as applicable. Certain agreements require the Debtors to process and forward to the appropriate parties, from funds otherwise belonging to third parties, the amounts due on account of such interests and expenses. The foregoing amounts were authorized to be paid under applicable First Day Orders, may not be property of the Debtors' estates, and are not included in Statement 21.

9. ***Statements 22-24***. The Debtors historically have operated over a substantial period of time and periodically have: (a) been party to judicial and administrative proceedings under environmental laws, (b) received notification from governmental units of potential liability under, or violations of, environmental laws, and (c) notified governmental units of releases of hazardous materials. The Debtors may no longer have active operations in a particular jurisdiction and may no longer have relevant records, or the records may no longer be complete or reasonably accessible or reviewable. In some cases, statutory document retention periods have passed. Further, some individuals who once possessed responsive information are no longer employed by the Debtors. For all these reasons, it may not be reasonably possible to identify and supply all of the requested information that is responsive to Statements 22-24. The Debtors have made commercially reasonable efforts

to provide responsive information for matters and issues that have arisen and/or that the Debtors consider to have been resolved.  The Debtors acknowledge the possibility that information related to proceedings, governmental notices, and reported releases of hazardous materials responsive to Statements 22-24 may be discovered subsequent to the filing of the Schedules and Statements.  The Debtors reserve the right to supplement or amend this response in the future if additional information becomes available.

This response covers proceedings, governmental notices, and reported releases of hazardous materials related to the primary applicable environmental laws and does not include proceedings, governmental notices, or reported releases related to non-environmental laws, such as occupational safety and health laws or general transportation laws.  This response is also limited to identifying circumstances in which governmental agencies have alleged in writing that particular operations of the Debtors are in violation of environmental laws and proceedings that have resulted from alleged violations of environmental laws.  This response does not cover:  (a) periodic information requests, investigations, or inspections from governmental units concerning compliance with environmental laws; or (b) routine reports and submissions concerning permitted discharges resulting from routine operations where such reports and submissions were made in compliance with regulatory requirements, such as monthly discharge monitoring reports, quarterly and annual air emissions reports, quarterly and annual groundwater monitoring reports, deviation/exceedance reports, and annual toxic release inventory reports.  In addition, Statement 7 may identify information that is also responsive to Statement 22.

10.     *Statement 26D.*  Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, Chesapeake Energy Corporation, has filed with the U.S. Securities and Exchange Commission (the "SEC") reports on Form 8-K, Form 10-Q, and Form 10-K.  These SEC filings contain consolidated financial information relating to the Debtors.  Additionally, consolidated financial information for the Debtors is posted on the company's website at http://investors.chk.com.  Because the SEC filings and the website are of public record, the Debtors do not maintain records of the parties that requested or obtained copies of any of the SEC filings from the SEC or the Debtors.  In addition, in the ordinary course of business, the Debtors provide financial statements that may not be part of a public filing to certain parties, such as financial institutions, investment banks, debtholders, auditors, potential investors, vendors, and financial advisors.  The Debtors do not maintain complete lists to track such disclosures.  As such, the Debtors have not provided lists of these parties in response to this question.

11.     *Statement 27.*  The Debtors have omitted the intermittent cycle counts conducted by Burleson Sand LLC, which are conducted every few weeks on particular materials.

12.     *Statement 28.*  The Debtors have listed those entities holding 5% shares of stock in Chesapeake Energy Corporation as of June 30, 2020.

\*      \*      \*

**Fill in this information to identify the case:**

Debtor name __Northern Michigan Exploration Company, L.L.C.__

United States Bankruptcy Court for the: __Southern_____ District of Texas

Case number (If known): __20-33271 (DRJ)_____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ...................................................................................

    $ _____120.00
    + undetermined amounts

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ..................................................................................

    $ _____0.00
    + undetermined amounts

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ....................................................................................

    $ _____120.00
    + undetermined amounts

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................

    $ 5,759,133,189.56
    + undetermined amounts

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..............................

    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..........................

    + $ 3,597,355,122.67
    + undetermined amounts

4. **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b

    $ 9,356,488,312.23
    + undetermined amounts

---

**Fill in this information to identify the case:**

Debtor name  Northern Michigan Exploration Company, L.L.C.

United States Bankruptcy Court for the: Southern                District of Texas

Case number (If known):   20-33271 (DRJ)

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**      $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*
   4.1. _____      $_____
   4.2. _____      $_____

5. **Total of Part 1**      $_____ 0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   7.1. _____      $_____
   7.2. _____      $_____

Debtor     Northern Michigan Exploration Company, L.L.C.         Case number *(if known)* 20-33271 (DRJ)
Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.       $_____ 0.00

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

<table>
<tr><td></td><td>Current value of debtor's interest</td></tr>
</table>

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ....➔ $_____
                   face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ....➔ $_____
                   face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $_____ 0.00

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:               % of ownership:

15.1. _____ _____% _____ $_____

15.2. _____ _____% _____ $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $_____

16.2. _____ _____ $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.       $_____ 0.00

Debtor    Northern Michigan Exploration Company, L.L.C.    Case number *(if known)*  20-33271 (DRJ)
          Name

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   [X] No. Go to Part 6.

   [ ] Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   $_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
   [ ] No
   [ ] Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   [ ] No
   [ ] Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   [ ] No
   [ ] Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   [X] No. Go to Part 7.

   [ ] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Northern Michigan Exploration Company, L.L.C.     Case number *(if known)* 20-33271 (DRJ)
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.     $_____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.     $_____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Northern Michigan Exploration Company, L.L.C.                    Case number (if known)    20-33271 (DRJ)
          Name

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number (if known) | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ 120.00 | | $ 120.00<br>+ undetermined amounts |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 120.00
+ undetermined amounts

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor   Northern Michigan Exploration Company, L.L.C.          Case number (if known)   20-33271 (DRJ)
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**

Description (include name of obligor)

None                 _____ − _____ = ➜  $_____ 0.00
                     Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None                                          Tax year _____   $_____ 0.00
_____          Tax year _____   $_____
_____          Tax year _____   $_____

73. **Interests in insurance policies or annuities**

See Attached Rider                                               $_____ 0.00
                                                                 + undetermined amounts

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None                                                             $_____ 0.00

**Nature of claim**      _____

**Amount requested**     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None                                                             $_____ 0.00

**Nature of claim**      _____

**Amount requested**     $_____

76. **Trusts, equitable or future interests in property**

None                                                             $_____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

None                                                             $_____ 0.00

                                                                 $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                $_____ 0.00
                                                                 + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number *(if known)* | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

---

**Part 12:**    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . .............................➜ | | $_____ 120.00<br>+ undetermined amounts |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $_____ 0.00<br>+ undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $_____ 0.00<br>+ undetermined amounts | **+** 91b. $_____ 120.00<br>+ undetermined amounts |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ...........................................................................

$_____ 120.00
+ undetermined amounts

| Debtor Name: | Northern Michigan Exploration Company, L.L.C. | | Case Number: | 20-33271 (DRJ) |

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Proved Acquisition Costs | | $120.00 | Net Book Value | $120.00 |
| Grantor: SLIGHLY, BRIAN C. AS TRUSTEE OF THE BRIAN G. SLIGHLY TRUST, County: ANTRIM State: MI Lease Number: MI0013213-011 Book: 762 Page: 1150 Entry: 200700000824 Execution Date: 11/27/2006 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: LICK, OLGA, A SINGLE WOMAN ACTING IN HER OWN RIGHT County: CHARLEVOIX State: MI Lease Number: MI0015261-002 Book: 866 Page: 696 Execution Date: 08/19/2008 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: ST/MI - DNR N-18275 County: GRAND TRAVERSE State: MI Lease Number: MI0015418-000 Book: 598 Page: 254 Execution Date: 02/10/1984 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: HALFACER SR., PAUL E. AND ESTHER HALFACER, HUSBAND AND WIFE County: OSCODA State: MI Lease Number: MI0015947-001 Book: 208 Page: 460 Execution Date: 02/06/2008 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: HICKS, RAYMOND L. & NANCY A. HICKS, H/W County: GRAND TRAVERSE State: MI Lease Number: MI0016175-001 Entry: 2009R-01400 Execution Date: 11/01/2008 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: SEBOLD, GEORGETTE REVOCABLE TRUST DATED SEPTEMBER 30, 1998, County: ANTRIM State: MI Lease Number: MI0016191-001 Book: 704 Page: 737 Execution Date: 11/07/2003 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |

Debtor Name:       Northern Michigan Exploration Company,       Case Number:       20-33271 (DRJ)
                   L.L.C.

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Grantor: LAWRENCE, GARY D. & BARBARA L. LAWRENCE, HUSBAND AND WIFE<br>County: MONTMORENCY State: MI<br>Lease Number: MI0017072-000<br>Book: 490<br>Page: 14<br>Entry: 200700029730<br>Execution Date: 03/03/2007 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: WILLIAMS, MARGARET L., A WIDOW<br>County: MONTMORENCY State: MI<br>Lease Number: MI0017132-000<br>Book: 494<br>Page: 816<br>Entry: 200700032888<br>Execution Date: 10/04/2007 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: YOUKER, DAVID W. & DOROTHY M. YOUKER, HUSBAND AND WIFE, HAR<br>County: GRAND TRAVERSE State: MI<br>Lease Number: MI0017385-000<br>Book: 556<br>Page: 412<br>Execution Date: 10/05/1982 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: DICELLO, MAGDALEN R., A SINGLE WOMAN ACTING IN HER OWN RIGHT<br>County: MONTMORENCY State: MI<br>Lease Number: MI0017729-000<br>Book: 495<br>Page: 836<br>Entry: 200700033509<br>Execution Date: 11/26/2007 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: WARD HEIRS MINERAL INTEREST, PAUL R. EVANCHO, AS AGENT<br>County: ANTRIM State: MI<br>Lease Number: MI0018186-000<br>Book: 804<br>Page: 141<br>Entry: 201000004502<br>Execution Date: 05/13/2010 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: HARRISON PIPING SUPPLY COMPANY, A MICHIGAN CORPORATION<br>County: OTSEGO State: MI<br>Lease Number: MI0018360-000<br>Book: 603<br>Page: 375<br>Execution Date: 12/21/1994 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |

| Debtor Name: | Northern Michigan Exploration Company, L.L.C. | | Case Number: | 20-33271 (DRJ) |

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| Grantor: GAVIGAN, BURKHART, FREEMAN & CO., P.L.L.C., A MICHIGAN PROFE<br>County: OTSEGO State: MI<br>Lease Number: MI0018442-000<br>Book: 578<br>Page: 70<br>Execution Date: 01/24/1995 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: LAMPERT, SCOTT D. TRUST, THE, UNDER TRUST DATED MARY 19, 200<br>County: OTSEGO State: MI<br>Lease Number: MI0018687-000<br>Book: 782<br>Page: 853<br>Execution Date: 12/20/2000 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: MELLING RESORTS INTERNATIONAL, INC., A MICHIIGAN CORPORATION<br>County: OTSEGO State: MI<br>Lease Number: MI0018692-001<br>Book: 483<br>Page: 535<br>Execution Date: 05/24/1991 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: CALVERT, FLOYD A. FAMILY TRUST, SECOND NATIONAL BANK OF<br>County: OSCEOLA State: MI<br>Lease Number: MI0019279-005<br>Book: 519<br>Page: 81<br>Execution Date: 06/23/1989 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: NICHOLL, KENNETH E. LIVING TRUST DATED JUNE 10, 1993<br>County: ANTRIM State: MI<br>Lease Number: MI0019315-000<br>Book: 769<br>Page: 430<br>Entry: 200700006713<br>Execution Date: 06/18/2007 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| Grantor: PETERS, RANDALL H. AND JULIE<br>County: ANTRIM State: MI<br>Lease Number: MI0019340-000<br>Book: 799<br>Page: 1805<br>Entry: 200900010299<br>Execution Date: 10/13/2009 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |

Debtor Name:    Northern Michigan Exploration Company,        Case Number:        20-33271 (DRJ)
                L.L.C.

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Grantor: VANBERGEN-RYLANDER, CAROLYN , A MARRIED WOMAN, JOINED BY BIL<br>County: ANTRIM State: MI<br>Lease Number: MI4800052-000<br>Book: 800<br>Page: 1491<br>Entry: 201000000335<br>Execution Date: 12/05/2009 | Oil and Gas Lease | Undetermined | Net Book Value | Undetermined |
| | | | **TOTAL** | **$120.00**<br>**+ undetermined amounts** |

Debtor Name: Northern Michigan Exploration Company, L.L.C.                    Case Number: 20-33271 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Affiliated FM | Property Liability | IB074 | Undetermined |
| AIG | Directors & Officers Liability | 39861369 | Undetermined |
| AIG (Bermuda) | Directors & Officers Liability | 17206079 | Undetermined |
| AIG (Bermuda) | Directors & Officers Liability | 17206080 | Undetermined |
| Allianz | Directors & Officers Liability | USF00002620 | Undetermined |
| Allianz | Directors & Officers Liability | USF00002720 | Undetermined |
| Allianz Global Risks US Insurance Company | Fiduciary Liability (1st Excess Policy) | USF00044520 | Undetermined |
| ANV | Directors & Officers Liability | ANV136206A | Undetermined |
| Arch | Directors & Officers Liability | ABX100002001 | Undetermined |
| Argo | Directors & Officers Liability | MLX-7601798-4 | Undetermined |
| Argonaut | Directors & Officers Liability | MLX42447220 | Undetermined |
| Asco | Directors & Officers Liability | MLXS201000000201 | Undetermined |
| AXIS | Directors & Officers Liability | P0010000028523001 | Undetermined |
| Beazley | Directors & Officers Liability | V135DE200801 | Undetermined |
| Beazley | Employment Practices Liability | V23A06180201 | Undetermined |
| Berkshire Hathaway | Directors & Officers Liability | 47-EPC-307083-02 | Undetermined |
| Berkshire Hathaway | Directors & Officers Liability | 47-EPC-150135-07 | Undetermined |
| Chubb (Bermuda) | Directors & Officers Liability | 13143007-A | Undetermined |
| Continental Casualty (CNA) | Directors & Officers Liability | 596868661 | Undetermined |
| Energy Insurance Mutual Limited | Umbrella Excess Liability | 254366-19GL | Undetermined |
| Energy Insurance Mutual Limited | Umbrella Excess Liability | TBD | Undetermined |
| Euclid | Directors & Officers Liability | EUW1522527 02 | Undetermined |
| Everest | Directors & Officers Liability | SC8EX00013-201 | Undetermined |
| Everest | Directors & Officers Liability | SC8EX00112-201 | Undetermined |
| Great American Insurance Company | Crime | 273611294 | Undetermined |
| Hanover Insurance Company | Property Liability (Commercial Inland Marine) | IHD D616673 02 | Undetermined |
| Hartford | Directors & Officers Liability | 83DA034707620 | Undetermined |
| Hartford | Fiduciary Liability (4th Excess Policy) | 83IA03483520 | Undetermined |
| Hiscox | Directors & Officers Liability | B0509FINMW2000062 | Undetermined |
| Ironshore Insurance Services LLC | Umbrella Excess Liability | 538909 | Undetermined |

Debtor Name: Northern Michigan Exploration Company, L.L.C.                    Case Number: 20-33271 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Ironshore Insurance Services LLC | Umbrella Excess Liability | TBD | Undetermined |
| Ironshore Specialty Insurance Company | Pollution Liability (Excess Policy) | 540509 | Undetermined |
| Ironshore Specialty Insurance Company | Pollution Liability (Excess Policy) | TBD | Undetermined |
| Lloyd's of London | Control of Well Liability | B1263EG0048419 | Undetermined |
| Lloyd's of London | Control of Well Liability | B0702GU3166600 | Undetermined |
| Lloyds | Directors & Officers Liability | B0509FINM2000080 | Undetermined |
| Markel Lloyds Syndicate # 3000 and various other Lloyds syndicates | Umbrella Excess Liability | B1263EG0329819 | Undetermined |
| Markel Lloyds Syndicate # 3000 and various other Lloyds syndicates | Umbrella Excess Liability | B0702GL3111400 | Undetermined |
| Munich Re | Directors & Officers Liability | B0509FINMW2000060 | Undetermined |
| National Union Fire Insurance Company of Pittsburg, Pa. | Directors & Officers Liability | 03-986-07-64 | Undetermined |
| National Union Fire Insurance Company of Pittsburg, Pa. | Fiduciary Liability | 39879741 | Undetermined |
| Old Republic | Directors & Officers Liability | ORPRO43927 | Undetermined |
| Old Republic | Directors & Officers Liability | ORPRO43939 | Undetermined |
| QBE | Directors & Officers Liability | 100005557 | Undetermined |
| QBE Insurance Corporation | Fiduciary Liability (3rd Excess Policy) | 100006178 | Undetermined |
| RSUI | Directors & Officers Liability | NHS685613 | Undetermined |
| Sompo | Directors & Officers Liability | DOX10008516904 | Undetermined |
| Starr Indemnity & Liability | Lead Umbrella Excess Liability | 1000095339191 | Undetermined |
| Starr Indemnity & Liability | Lead Umbrella Excess Liability | TBD | Undetermined |
| Starr Indemnity & Liability Company | Automobile Liability | 1000198809191 | Undetermined |
| Starr Indemnity & Liability Company | Automobile Liability | TBD | Undetermined |
| Starr Indemnity & Liability Company | Non-Owned Aviation Liability | 1000237637-02 | Undetermined |
| Starr Indemnity & Liability Company | Non-Owned Aviation Liability | TBD | Undetermined |
| Starr Indemnity & Liability Company | Commercial General Liability | 1000090505191 | Undetermined |
| Starr Indemnity & Liability Company | Commercial General Liability | TBD | Undetermined |
| Starr Indemnity & Liability Company | Workers' Compensation Liability | 100 0003275 | Undetermined |
| Starr Indemnity & Liability Company | Workers' Compensation Liability | TBD | Undetermined |
| Starr Tech | Property Liability (Burleson Sand leased equipment) | EPR N 43 37 61 1 | Undetermined |
| Steadfast Insurance Company | Pollution Liability | EPC 0198243-03 | Undetermined |

Debtor Name: Northern Michigan Exploration Company, L.L.C.                    Case Number: 20-33271 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Steadfast Insurance Company | Pollution Liability | TBD | Undetermined |
| Syndicate ASC 1414 at Lloyd's | Umbrella Excess Liability | EL19MM043N2X | Undetermined |
| Syndicate ASC 1414 at Lloyd's | Umbrella Excess Liability | EL20MM043Q3X | Undetermined |
| United States Fire Insurance Company | Special Events Liability | SRPGAPML-101-0719 | Undetermined |
| Various Lloyd's of London Syndicates | Umbrella Excess Liability | B1263EG0329919 | Undetermined |
| Various Lloyd's of London Syndicates | Umbrella Excess Liability | B0702GL3111500 | Undetermined |
| Westchester Fire Insurance Company | Umbrella Excess Liability | G27616100 005 | Undetermined |
| Westchester Fire Insurance Company | Umbrella Excess Liability | TBD | Undetermined |
| XL | Directors & Officers Liability | ELU16604620 | Undetermined |
| XL | Crime | ELU166265-20 | Undetermined |
| XL Specialty Insurance Company | Fiduciary Liability (2nd Excess Policy) | ELU16626320 | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

**Fill in this information to identify the case:**

Debtor name __Northern Michigan Exploration Company, L.L.C.__

United States Bankruptcy Court for the: __Southern__ District of __Texas__

Case number (If known): __20-33271 (DRJ)__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** **Creditor's name**
Deutsche Bank Trust Company Americas

**Describe debtor's property that is subject to a lien**

$ 2,330,156,000.00     $ Undetermined

**Creditor's mailing address**
ATTN: CORPORATE TEAM, CHESAPEAKE ENERGY CORP. SF0873 TRUST AND AGENCY SERVICES
60 WALL STREET,24TH FLOOR
MAIL STOP: NYC60-2407
NEW YORK. NY 10005

**Describe the lien**
Guarantor on 11.5% Senior Secured Second Lien Notes due 2025

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 12/19/2019

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**2.2** **Creditor's name**
DEUTSCHE BANK TRUST COMPANY AMERICAS

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$ Undetermined     $ Undetermined

**Creditor's mailing address**
AS COLLATERAL TTEE
60 WALL ST, 24TH FL, MS NYC60-2407
NEW YORK, NY 10005

**Describe the lien**
UCC - Lien Claim - As provided in UCC File Number 20191223000136-2 dated 12/23/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** Undetermined

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      See Schedule D Disclosures
   ☐ Yes. The relative priority of creditors is specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 5,759,133,189.56
+ undetermined amounts

Debtor    Northern Michigan Exploration Company, L.L.C.        Case number *(if known)*   20-33271 (DRJ)
      Name

| Part 1: | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially<br>from the previous page. | | | |

| 2.3 | **Creditor's name**<br>GLAS USA LLC | **Describe debtor's property that is subject to a lien** | $1,500,000,000.00 | $ Undetermined |

**Creditor's mailing address**
3 SECOND STREET, SUITE 206
JERSEY CITY, NJ 07311

**Describe the lien**
Guarantor on Term Loan due 2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**   12/19/2019
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

     [ ] No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

     [ ] Yes. The relative priority of creditors is specified on lines

---

| 2.4 | **Creditor's name**<br>MUFG UNION BANK NA | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
AS COLLATERAL TTEE
1100 LOUISIANA ST, STE 4850
HOUSTON, TX 77002-5216

**Describe the lien**
UCC - Lien Claim - As provided in UCC File Number
20191220000687-4 dated 12/20/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

     [ ] No. Specify each creditor, including this creditor, and its relative priority.
     See Schedule D Disclosures

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

     [ ] Yes. The relative priority of creditors is specified on lines

Debtor     Northern Michigan Exploration Company, L.L.C.
           Name

Case number (if known)  20-33271 (DRJ)

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5**

**Creditor's name**
MUFG Union Bank NA

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Guarantor on Letter of Credit Number 609837026, for the Benefit of BP Energy Company

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined     $ Undetermined

---

**2.6**

**Creditor's name**
MUFG Union Bank NA

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Guarantor on Letter of Credit Number 613337002, for the Benfit of Tennessee Gas Pipeline Co

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined     $ Undetermined

---

Debtor _____Northern Michigan Exploration Company, L.L.C.____      Case number *(if known)* __20-33271 (DRJ)__
    Name

| **Part 1:** | **Additional Page** | | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** | **Creditor's name**
MUFG Union Bank NA

**Describe debtor's property that is subject to a lien**

$ Underdetermined     $ Underdetermined

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Describe the lien**
Guarantor on Letter of Credit Number 933338072, In the Amount of $21,000,000.00 for the Benefit of Jackalope Gas Gathering

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of  creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

---

**2.8** | **Creditor's name**
MUFG Union Bank NA

**Describe debtor's property that is subject to a lien**

$ Underdetermined     $ Underdetermined

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Describe the lien**
Guarantor on Letter of Credit Number 934038074, In the Amount of $10,600,000.00 for the Benefit of Stagecoach Pipeline

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of  creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

---

Debtor ___Northern Michigan Exploration Company, L.L.C.___
     Name

Case number *(if known)* __20-33271 (DRJ)__

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.9**

**Creditor's name**
MUFG Union Bank NA

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[X] No

[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
    this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
    specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Guarantor on Letter of Credit Number 934638040, In the Amount
of $200,000.00 for the Benefit of Enable Midstream Partners

**Is the creditor an insider or related party?**

[X] No
[ ] Yes

**Is anyone else liable on this claim?**

[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

---

**2.10**

**Creditor's name**
MUFG Union Bank NA

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[X] No

[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
    this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
    specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Guarantor on Letter of Credit Number 3638035, In the Amount of
$475,000.00 for the Benefit of Midcontinent Exp Pipeline

**Is the creditor an insider or related party?**

[X] No
[ ] Yes

**Is anyone else liable on this claim?**

[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

---

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number (if known) | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11**

**Creditor's name**
MUFG Union Bank NA

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Guarantor on Letter of Credit Number 6638086, In the Amount of $900,000.00 for the Benefit of Anr Pipeline Company

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

**2.12**

**Creditor's name**
MUFG Union Bank NA

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Guarantor on Letter of Credit Number 6638058, In the Amount of $582,656.00 for the Benefit of Karnes Electric Coop

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

Debtor  Northern Michigan Exploration Company, L.L.C.
_____
Name

Case number *(if known)*  20-33271 (DRJ)
_____

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13**

**Creditor's name**
MUFG Union Bank NA

**Describe debtor's property that is subject to a lien**

$ Underdetermined | $ Underdetermined

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Describe the lien**
Guarantor on Letter of Credit Number 6638023, In the Amount of $160,000.00 for the Benefit of Bluebonnet Electric Coop

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

**2.14**

**Creditor's name**
MUFG Union Bank NA

**Describe debtor's property that is subject to a lien**

$ Underdetermined | $ Underdetermined

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Describe the lien**
Guarantor on Letter of Credit Number 7738012, In the Amount of $1,400,000.00 for the Benefit of Medina Electric

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number (if known) | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.15 | Creditor's name<br>MUFG Union Bank NA | Describe debtor's property that is subject to a lien | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Describe the lien**
Guarantor on Letter of Credit Number 8538172, In the Amount of $375,000.00 for the Benefit of Argonaut Insurance Co

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of  creditors is specified on lines

| 2.16 | Creditor's name<br>MUFG Union Bank NA | Describe debtor's property that is subject to a lien | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Describe the lien**
Guarantor on Letter of Credit Number 9438032, In the Amount of $2,000,000.00 for the Benefit of NY Dept Of Energy Conser

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of  creditors is specified on lines

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number (if known) | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

| Part 1: | **Additional Page** | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17** | **Creditor's name**
MUFG Union Bank NA

**Describe debtor's property that is subject to a lien**

$ Underdetermined     $ Underdetermined

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Describe the lien**
Guarantor on Letter of Credit Number 9938064, In the Amount of $500,000.00 for the Benefit of Wex Bank

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

---

**2.18** | **Creditor's name**
MUFG Union Bank NA

**Describe debtor's property that is subject to a lien**

$ Underdetermined     $ Underdetermined

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Describe the lien**
Guarantor on Letter of Credit Number TFTS-774772, In the Amount of $10,000,000.00 for the Benefit of EXCO Operating Company LP

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number (if known) | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.19 | **Creditor's name**<br>MUFG Union Bank NA | **Describe debtor's property that is subject to a lien** | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Describe the lien**
Guarantor on Letter of Credit Number NUSCGS033355, In the Amount of $7,400,000.00 for the Benefit of Shell Trading (US) Co

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

| 2.20 | **Creditor's name**<br>MUFG Union Bank NA | **Describe debtor's property that is subject to a lien** | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Describe the lien**
Guarantor on Letter of Credit Number S234957, In the Amount of $5,500,000.00 for the Benefit of Liberty Mutual Insurance

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number (if known) | 20-33271 (DRJ) |
|--------|------------------------------------------------|------------------------|----------------|
| | Name | | |

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|-------------|---------------------|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.21**

**Creditor's name**
MUFG Union Bank NA

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Guarantor on Letter of Credit Number S237093, In the Amount of $600,000.00 for the Benefit of Chevron NA Expl & Prod Co

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.22**

**Creditor's name**
MUFG Union Bank NA

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Guarantor on Letter of Credit Number S237094, In the Amount of $120,000.00 for the Benefit of Four Star Oil

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Debtor    Northern Michigan Exploration Company, L.L.C.          Case number *(if known)*    20-33271 (DRJ)
      Name

| **Part 1:** | **Additional Page** | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.23**

**Creditor's name**
MUFG Union Bank NA

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[X] No

[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Guarantor on Letter of Credit Number S331355M, In the Amount
of $10,552,289.00 for the Benefit of Liberty Mutual Insurance

**Is the creditor an insider or related party?**

[X] No
[ ] Yes

**Is anyone else liable on this claim?**

[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined    $ Undetermined

---

**2.24**

**Creditor's name**
MUFG Union Bank NA

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[X] No

[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Guarantor on Letter of Credit Number S337539M, In the Amount
of $1,200,000.00 for the Benefit of Starr Insurance Company

**Is the creditor an insider or related party?**

[X] No
[ ] Yes

**Is anyone else liable on this claim?**

[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined    $ Undetermined

---

Debtor   Northern Michigan Exploration Company, L.L.C.                    Case number *(if known)*   20-33271 (DRJ)
_____
Name

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

2.25

**Creditor's name**
MUFG Union Bank, N.A.

**Creditor's mailing address**
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

**Creditor's email address, if known**

**Date debt was incurred**   09/12/2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Guarantor on Revolving Credit Facility

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ 1,928,977,189.56 | $ Undetermined

---

2.26

**Creditor's name**
MUFG UNION BANK, NA

**Creditor's mailing address**
AS COLLATERAL AGENT
1251 AVE OF THE AMERICAS, 12TH FL
NEW YORK, NY 10020

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   See Schedule D Disclosures

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC - Lien Claim - As provided in UCC File Number 2016079843-4 dated 06/07/2016, as amended by UCC Financing Statement 20170127000683-7

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Undetermined | $ Undetermined

---

Debtor _____Northern Michigan Exploration Company, L.L.C._____
Name

Case number *(if known)* ___20-33271 (DRJ)___

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| None | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Northern Michigan Exploration Company, L.L.C.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <u>Southern</u>   District of <sup>Texas</sup></td></tr>
<tr><td colspan="2">Case number <u>20-33271 (DRJ)</u><br>(if known)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_)

Debtor **Northern Michigan Exploration Company, L.L.C.**                    Case number *(if known)* 20-33271 (DRJ)
Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
BEVIER, JOHN
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation, Case # 14-11789-CK

$_____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
BOWMAN, VERVANE
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation, Case # 14-11789-CK

$_____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
C&L LLC MURRAY
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation, Case # 14-11789-CK

$_____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
C&L PROPERTIES
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation, Case # 14-11789-CK

$_____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
CACTUS WELLHEAD, LLC
C/O BRADLEY ARANT BOULT CUMMINGS LLP
ATTN: SCOTT, JUSTIN T
JPMORGAN CHASE TOWER, 600 TRAVIS STREET, STE4800
HOUSTON, TX 77002

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Demand/Threatened Litigation

$_____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
CHESAPEAKE ENERGY CORPORATION
6100 N WESTERN AVE
OKLAHOMA CITY, OK73118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

$_____ 2,626,338.00

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number *(if known)* | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7**    **Nonpriority creditor's name and mailing address**      $260,068,784.67

CHESAPEAKE OPERATING, L.L.C.
6100 N WESTERN AVE
OKLAHOMA CITY, OK73118

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.8**    **Nonpriority creditor's name and mailing address**      $623,595,000.00

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTENTION: CORPORATES DEAL TEAM MANAGER– CHESAPEAKE
ENERGY CORPORATION
TRUST & AGENCY SERVICES
60 WALL STREET, 16TH FLOOR
MAIL STOP: NYC60-1630

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Guarantor on 7.00% Senior Notes due 2024

**Date or dates debt was incurred** 09/27/2018

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.9**    **Nonpriority creditor's name and mailing address**      $126,888,000.00

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTENTION: CORPORATES DEAL TEAM MANAGER– CHESAPEAKE
ENERGY CORPORATION
TRUST & AGENCY SERVICES
60 WALL STREET, 16TH FLOOR
MAIL STOP: NYC60-1630

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Guarantor on 5.375% Senior Notes due 2021

**Date or dates debt was incurred** 04/01/2013

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.10**    **Nonpriority creditor's name and mailing address**      $45,861,000.00

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTENTION: CORPORATES DEAL TEAM MANAGER– CHESAPEAKE
ENERGY CORPORATION
TRUST & AGENCY SERVICES
60 WALL STREET, 16TH FLOOR
MAIL STOP: NYC60-1630

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Guarantor on 8.00% Senior Notes due 2026

**Date or dates debt was incurred** 04/03/2019

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.11**    **Nonpriority creditor's name and mailing address**      $246,474,000.00

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTENTION: CORPORATES DEAL TEAM MANAGER– CHESAPEAKE
ENERGY CORPORATION
TRUST & AGENCY SERVICES
60 WALL STREET, 16TH FLOOR
MAIL STOP: NYC60-1630

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Guarantor on 8.00% Senior Notes due 2025

**Date or dates debt was incurred** 12/20/2016

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number *(if known)* | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** | **Nonpriority creditor's name and mailing address** | $252,747,000.00

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTENTION: CORPORATES DEAL TEAM MANAGER– CHESAPEAKE
ENERGY CORPORATION
TRUST & AGENCY SERVICES
60 WALL STREET, 16TH FLOOR
MAIL STOP: NYC60-1630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor on 8.00% Senior Notes due 2027

**Date or dates debt was incurred** 06/06/2017

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.13** | **Nonpriority creditor's name and mailing address** | $271,759,000.00

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTENTION: CORPORATES DEAL TEAM MANAGER– CHESAPEAKE
ENERGY CORPORATION
TRUST & AGENCY SERVICES
60 WALL STREET, 16TH FLOOR
MAIL STOP: NYC60-1630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor on 4.875% Senior Notes due 2022

**Date or dates debt was incurred** 04/24/2014

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.14** | **Nonpriority creditor's name and mailing address** | $1,064,225,000.00

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTENTION: CORPORATES DEAL TEAM MANAGER– CHESAPEAKE
ENERGY CORPORATION
TRUST & AGENCY SERVICES
60 WALL STREET, 16TH FLOOR
MAIL STOP: NYC60-1630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor on 5.5% convertible Senior Notes due 2026

**Date or dates debt was incurred** 10/05/2016

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.15** | **Nonpriority creditor's name and mailing address** | $167,743,000.00

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTENTION: CORPORATES DEAL TEAM MANAGER– CHESAPEAKE
ENERGY CORPORATION
TRUST & AGENCY SERVICES
60 WALL STREET, 16TH FLOOR
MAIL STOP: NYC60-1630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor on 5.75% Senior Notes due 2023

**Date or dates debt was incurred** 04/01/2013

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.16** | **Nonpriority creditor's name and mailing address** | $118,937,000.00

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTENTION: CORPORATES DEAL TEAM MANAGER– CHESAPEAKE
ENERGY CORPORATION
TRUST & AGENCY SERVICES
60 WALL STREET, 16TH FLOOR
MAIL STOP: NYC60-1630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor on 7.5% Senior Notes due 2026

**Date or dates debt was incurred** 09/27/2018

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number *(if known)* | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address** | $ Undetermined

GEERS, BERNARD
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | $ Undetermined

GUEST, MICHAEL
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | $ Undetermined

HALLEY, MAXINE
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | $ Undetermined

HANFORD, GRACE
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | $ Undetermined

HAYDEN, KELLY
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number *(if known)* | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

HAYMARSH GROUP
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

HILL, LAURA
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

HILL, RHONDA
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

HULL, DARRELL
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

HULL, KATHLEEN
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Northern Michigan Exploration Company, L.L.C.
          Name

Case number (if known) 20-33271 (DRJ)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** | Nonpriority creditor's name and mailing address | $ Undetermined

HUNT, CARL
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.28** | Nonpriority creditor's name and mailing address | $ Undetermined

HUNT, KAREN
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.29** | Nonpriority creditor's name and mailing address | $ Undetermined

JOHNSON, JUDITH
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.30** | Nonpriority creditor's name and mailing address | $ Undetermined

JOHNSON, MARCIA
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.31** | Nonpriority creditor's name and mailing address | $ Undetermined

LAKE FIVE, LLC
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 7 of 17

Debtor   Northern Michigan Exploration Company, L.L.C.        Case number *(if known)*  20-33271 (DRJ)
Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.32 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| --- | --- | --- |

LARSON, RICHARD
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| --- | --- | --- |

LONEY, JACK
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| --- | --- | --- |

LONEY, MICHAEL
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| --- | --- | --- |

LONEY, WILLIAM
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| --- | --- | --- |

MALONEY, ED
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number *(if known)* | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

| 3.37 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

MARCUSSE, DAVE
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

MULLER, MIKE
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

MURRARY, R. SMP
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

MURRAY PFLUM SUNSET SHORES
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

MURRAY, BOB
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Northern Michigan Exploration Company, L.L.C.      Case number *(if known)*   20-33271 (DRJ)
*Name*

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42**    **Nonpriority creditor's name and mailing address**        $ Undetermined

MURRAY, CHRISTINA
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.43**    **Nonpriority creditor's name and mailing address**        $ Undetermined

MURRAY, JR., ROBERT
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.44**    **Nonpriority creditor's name and mailing address**        $ Undetermined

MURRAY, JUDY
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.45**    **Nonpriority creditor's name and mailing address**        $ Undetermined

MURRAY, LAURA
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.46**    **Nonpriority creditor's name and mailing address**        $ Undetermined

MURRAY, PFLUM SUNSET SHORTS
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor___Northern Michigan Exploration Company, L.L.C.___ Case number _(if known)_ __20-33271 (DRJ)__
         Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.47** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MURRAY, ROBERT
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.48** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NETTLE, DAVID
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.49** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NORTHERN MICHIGAN EXPLORATION COMPANY, LLC
C/O LOOMIS, EWERT, PARSLEY, DAVIS & GOTTING, P.C.
ATTN: SARA L. CUNNINGHAM
124 WEST ALLEGAN, SUITE 700
LANSING, MI 48933

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.50** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PFLUM, FRANK
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.51** | **Nonpriority creditor's name and mailing address** | $ Undetermined

REDSKY LAND, LLC
C/O LOOMIS, EWERT, PARSLEY, DAVIS & GOTTING, P.C.
ATTN: SARA L. CUNNINGHAM
124 WEST ALLEGAN, SUITE 700
LANSING, MI 48933

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number *(if known)* | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** | **Nonpriority creditor's name and mailing address** | $ Undetermined

RJM ENT. INC.
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ROSE-SHAW, KIM
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SCHMITT, JOSEPH
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SILVER LAKE ENERGY LLC
C/O LOOMIS, EWERT, PARSLEY, DAVIS & GOTTING, P.C.
ATTN: SARA L. CUNNINGHAM
124 WEST ALLEGAN, SUITE 700
LANSING, MI 48933

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SMP INVESTMENT CORP
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____Northern Michigan Exploration Company, L.L.C._____     Case number *(if known)* __20-33271 (DRJ)__
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    | **Amount of claim** |

---

**3.57** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SPENCER, MELVIN
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**
☒ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SPENCER, NATHAN
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**
☒ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STRICKLER, WILLIAM J. REV TRUST
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**
☒ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SUNSET SHORES - LEARCH, VERN
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**
☒ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SUNSET SHORES DEV. - SCALF, LYNETTE
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**
☒ No
**Last 4 digits of account number**                  ☐ Yes

---

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number *(if known)* | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.62**   **Nonpriority creditor's name and mailing address**      $ Undetermined

SUNSET SHORES FINANCIAL
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.63**   **Nonpriority creditor's name and mailing address**      $ Undetermined

SUNSET SHORES
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.64**   **Nonpriority creditor's name and mailing address**      $ Undetermined

SZPYTEK, RICKY
C/O SCHLECTE LAW FIRM, P.C.
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.65**   **Nonpriority creditor's name and mailing address**      $176,483,000.00

THE BANK OF NEW YORK TRUST COMPANY, N.A.
2 N. LASALLE STREET
SUITE 1020
CHICAGO, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor on 6.625% Senior Notes due 2020

**Date or dates debt was incurred** 08/02/2010

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.66**   **Nonpriority creditor's name and mailing address**      $73,598,000.00

THE BANK OF NEW YORK TRUST COMPANY, N.A.
2 N. LASALLE STREET
SUITE 1020
CHICAGO, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor on 6.875% Senior Notes due 2020

**Date or dates debt was incurred** 11/08/2005

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Northern Michigan Exploration Company, L.L.C.          Case number *(if known)* 20-33271 (DRJ)
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** **Nonpriority creditor's name and mailing address**                                $166,350,000.00

THE BANK OF NEW YORK TRUST COMPANY, N.A.          **As of the petition filing date, the claim is:**
2 N. LASALLE STREET                               *Check all that apply.*
SUITE 1020
CHICAGO, IL 60602                                 ☒ Contingent
                                                  ☒ Unliquidated
                                                  ☐ Disputed

                                                  **Basis for the claim:** Guarantor on 6.125% Senior Notes due 2021

**Date or dates debt was incurred** 08/02/2010   **Is the claim subject to offset?**

**Last 4 digits of account number**              ☒ No
                                                  ☐ Yes

---

**3.68** **Nonpriority creditor's name and mailing address**                                $ Undetermined

VANDERWAL LIVING TRUST                            **As of the petition filing date, the claim is:**
C/O SCHLECTE LAW FIRM, P.C.                       *Check all that apply.*
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L                   ☒ Contingent
JACKSON, MI 49201                                 ☒ Unliquidated
                                                  ☒ Disputed

                                                  **Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined  **Is the claim subject to offset?**

**Last 4 digits of account number**              ☒ No
                                                  ☐ Yes

---

**3.69** **Nonpriority creditor's name and mailing address**                                $ Undetermined

WEST BRANCH GROUP, LLC                            **As of the petition filing date, the claim is:**
C/O SCHLECTE LAW FIRM, P.C.                       *Check all that apply.*
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L                   ☒ Contingent
JACKSON, MI 49201                                 ☒ Unliquidated
                                                  ☒ Disputed

                                                  **Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined  **Is the claim subject to offset?**

**Last 4 digits of account number**              ☒ No
                                                  ☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**                                $ Undetermined

WINN, DARRY                                       **As of the petition filing date, the claim is:**
C/O SCHLECTE LAW FIRM, P.C.                       *Check all that apply.*
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L                   ☒ Contingent
JACKSON, MI 49201                                 ☒ Unliquidated
                                                  ☐ Disputed

                                                  **Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined  **Is the claim subject to offset?**

**Last 4 digits of account number**              ☒ No
                                                  ☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**                                $ Undetermined

ZUIDERVEEN, LINDA                                 **As of the petition filing date, the claim is:**
C/O SCHLECTE LAW FIRM, P.C.                       *Check all that apply.*
ATTN: SCHLECTE, WILLIAM M.
761 WEST MICHIGAN AVE., SUITE L                   ☒ Contingent
JACKSON, MI 49201                                 ☒ Unliquidated
                                                  ☐ Disputed

                                                  **Basis for the claim:** Litigation, Case # 14-11789-CK

**Date or dates debt was incurred** Undetermined  **Is the claim subject to offset?**

**Last 4 digits of account number**              ☒ No
                                                  ☐ Yes

---

Debtor _____Northern Michigan Exploration Company, L.L.C._____  Case number *(if known)* _____20-33271 (DRJ)_____
                 Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor    Northern Michigan Exploration Company, L.L.C.                Case number (if known) 20-33271 (DRJ)
          Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $_____ 0.00 |
| 5b.  **Total claims from Part 2** | 5b. **+** | $_____ 3,597,355,122.67<br>+ undetermined amounts |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____ 3,597,355,122.67<br>+ undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  Northern Michigan Exploration Company, L.L.C.

United States Bankruptcy Court for the: Southern _____ District of Texas

Case number (If known):  20-33271 (DRJ) _____  Chapter  11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | ADDIE SUE FERRIS FAM TR ADDIE SUE FERRIS TRST ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | AGNES ANN HANSON ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | AGNES ANN HANSON ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | AGNES G BRESLIN ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | ALFRED B & JUNE E MCCLOSKEY JT ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  __Northern Michigan Exploration Company, L.L.C.__     Case number (if known) __20-33271 (DRJ)__
  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DR SPRING, TX 77380-1181 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DR SPRING, TX 77380-1181 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | ANSCHUTZ OIL CO LLC 555 17TH ST STE 2400 DENVER, CO 80202-3941 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | ARTESIA DOI BALANCING ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | ARTHUR G LINKLETTER ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | AUDREY NOYES ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | BARRETT WYOMING INTERESTS LTD PO BOX 171190 SAN ANTONIO, TX 78217-8190 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor        Northern Michigan Exploration Company, L.L.C.          Case number (if known)  20-33271 (DRJ)
                      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | BARRETT WYOMING INTERESTS LTD PO BOX 171190 SAN ANTONIO, TX 78217-8190 |
| | State the term remaining List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | BERNARD J SULLIVAN ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | CHARLES WILSON JAMES H LOPRETE AIF ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | CHERYL K MILLER ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | CHESAPEAKE AEZ EXPLORATION LLC PO BOX 18496 OKLAHOMA CITY, OK 73154-0496 |
| | State the term remaining List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | CHESAPEAKE AEZ EXPLORATION LLC PO BOX 18496 OKLAHOMA CITY, OK 73154-0496 |
| | State the term remaining List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | CHESAPEAKE EXPL LLC (CELP) PO BOX 18496 OKLAHOMA CITY, OK 73154-0496 |
| | State the term remaining List the contract number of any government contract | | |

Debtor ____Northern Michigan Exploration Company, L.L.C.____    Case number *(if known)* __20-33271 (DRJ)__
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | CHESAPEAKE EXPL LLC (CELP) PO BOX 18496 OKLAHOMA CITY, OK 73154-0496 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | CHEYENNE RIVER LLC 2626 HOWELL ST STE 800 DALLAS, TX 75204-0831 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | CNOOC ENERGY USA LLC - NIOBRARA 945 BUNKER HILL RD STE 1000 HOUSTON, TX 77024-1358 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | CNOOC ENERGY USA LLC - NIOBRARA 945 BUNKER HILL RD STE 1000 HOUSTON, TX 77024-1358 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | CONVERSE COUNTY LAND & MINERAL 2406 FOSSIL TRACE DR GOLDEN, CO 80401-6148 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | CROW PARTNERS LTD PO BOX 540988 HOUSTON, TX 77254-0988 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | D&B TR DTD 4-19-82 PO BOX 1114 REDLANDS, CA 92373-0341 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Northern Michigan Exploration Company, L.L.C.          Case number *(if known)* __20-33271 (DRJ)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | DENNIS TOWLE ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | DON BEAL ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | DON CORLEY ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | DONALD F LAPENNA ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | DONNA RAE MOWRER ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | DORCHESTER RESOURCES LP PO BOX 18879 OKLAHOMA CITY, OK73154-0879 |
| | State the term remaining List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | DOUGLAS & NANCY VAN HOWD ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |

Debtor  __Northern Michigan Exploration Company, L.L.C.__   Case number (if known) _20-33271 (DRJ)_____
 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | DOUGLAS & SARA G KITTREDGE ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | EGERTON S HARRIS IV ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | EOG RESOURCES INC JAMES C FLETCHER AIF PO BOX 840321 DALLAS, TX 75284-0321 |
| | State the term remaining List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | FAIRWAY RESOURCES INC WILLIAM G MILLS II AIF 100 SAINT PAUL ST STE 305 DENVER, CO 80206-5105 |
| | State the term remaining List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | FRANCES M HARRIS ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | FRANCIS B GILBERT ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | FRANK J BRESLIN ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |

Debtor    <u>Northern Michigan Exploration Company, L.L.C.</u>      Case number *(if known)* <u>20-33271 (DRJ)</u>
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | FRANK W KOENEN ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | GEORGE VAN AUKEN ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | GUNLIKSON PETROLEUM INC 17 BROOKHAVEN TRL LITTLETON, CO 80123-6686 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | GUNLIKSON PETROLEUM INC 17 BROOKHAVEN TRL LITTLETON, CO 80123-6686 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | HAROLD B LINDBERG TR ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | HAROLD B LINDBERG TR ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | HAROLD HUDSON ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Northern Michigan Exploration Company, L.L.C.          Case number *(if known)* 20-33271 (DRJ)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | I V MANAGEMENT CORP<br>6341 VAL COLINITA<br>RANCHO PALOS VERDES, CA 90274 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | IMPACT ENERGY RESOURCES LLC<br>PO BOX 1059<br>PARKER, CO 80134-1059 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | JAMES G MILLER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | JAMESTOWN RESOURCES LLC BLACK FALCON ENERGY LLC AIF<br>717 TEXAS ST STE 3100<br>HOUSTON, TX 77002-2761 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | JAMESTOWN RESOURCES LLC BLACK FALCON ENERGY LLC AIF<br>717 TEXAS ST STE 3100<br>HOUSTON, TX 77002-2761 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | JAY PETROLEUM LLC<br>1001 WEST LOOP S STE 750<br>HOUSTON, TX 77027-9046 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | JEAN BARSAM<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    Northern Michigan Exploration Company, L.L.C.      Case number *(if known)* __20-33271 (DRJ)__
<br>Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | JOAN L LEEDS<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | JOHN C HEERS & SONS<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | JOHN C TYLER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | JOHN H SEXTON<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | JOHN J TUTTLE<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | JOHN W GILBERT & BETTY GILBERT<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | JOYCE WILSON<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    <u>Northern Michigan Exploration Company, L.L.C.</u>      Case number (if known) <u>20-33271 (DRJ)</u>
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | JRG WORKING INTEREST LLC PO BOX 1605 RED LODGE, MT 59068-1605 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | JRG WORKING INTEREST LLC PO BOX 1605 RED LODGE, MT 59068-1605 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | JTT OIL LLC 2405 W 4J RD GILLETTE, WY 82718-9344 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | JTT OIL LLC 2405 W 4J RD GILLETTE, WY 82718-9344 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | K2T2 RESOURCES LLC 2993 S MILWAUKEE CIR DENVER, CO 80210-6755 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | K2T2 RESOURCES LLC 2993 S MILWAUKEE CIR DENVER, CO 80210-6755 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | KAISER FRANCIS OIL CO DEPT 637 TULSA, OK 74182 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___Northern Michigan Exploration Company, L.L.C.___          Case number (if known) __20-33271 (DRJ)__
　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | KARA INC PO BOX 1114 REDLANDS, CA 92373-0341 |
| | State the term remaining List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | KATHLEEN J BRESLIN ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | KELLY NOYES ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | KENNETH HARBACK ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | KERR MCGEE OIL &GAS ONSHORE LP PO BOX 730875 DALLAS, TX 75373-0875 |
| | State the term remaining List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | KHODY LAND & MINERALS CO PO BOX 660367 DALLAS, TX 75266-0367 |
| | State the term remaining List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | LARCHMONT RESOURCES LLC BLACK FALCON ENERGY AIF 717 TEXAS ST STE 3100 HOUSTON, TX 77002-2761 |
| | State the term remaining List the contract number of any government contract | | |

Debtor    <u>Northern Michigan Exploration Company, L.L.C.</u>     Case number *(if known)* <u>20-33271 (DRJ)</u>
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.76** | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | LARCHMONT RESOURCES LLC BLACK FALCON ENERGY AIF 717 TEXAS ST STE 3100 HOUSTON, TX 77002-2761 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.77** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | LAWRENCE H MCCLOSKEY ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.78** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | LEON L TOWELL ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.79** | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND DATED 05/03/2019 | LIBERTY MUTUAL GROUP 7900 WINDROSE AVENUE ATTN: ANDREW MINER PLANO, TX 75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.80** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | MATRIX PRODUCTION COMPANY 5725 COMMONWEALTH BLVD SUGAR LAND, TX 77479-3999 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.81** | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | MATRIX PRODUCTION COMPANY 5725 COMMONWEALTH BLVD SUGAR LAND, TX 77479-3999 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.82** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | MBI OIL & GAS LLC 103 5TH ST SE DICKINSON, ND 58601-6022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     Northern Michigan Exploration Company, L.L.C.        Case number *(if known)* _20-33271 (DRJ)_
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.83** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | MCCLOSKEY REV TR BRIAN P MCCLOSKEY TRST ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | MCCULLOUGH LIV TR ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.85** | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | MCCULLOUGH LIV TR ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.86** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | MORTON PRODUCTION CO LLC PO BOX 1100 DOUGLAS, WY 82633-1100 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.87** | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | MORTON PRODUCTION CO LLC PO BOX 1100 DOUGLAS, WY 82633-1100 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.88** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | NIWOT RESOURCES LLC 7053 S ONEIDA CIR CENTENNIAL, CO 80112-1125 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.89** | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | NIWOT RESOURCES LLC 7053 S ONEIDA CIR CENTENNIAL, CO 80112-1125 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____Northern Michigan Exploration Company, L.L.C.____    Case number (if known) __20-33271 (DRJ)__
                        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | PAUL J HUBBS ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | PELICAN ENERGY LLC BLACK FALCON ENERGY LLC AIF 717 TEXAS ST STE 3100 HOUSTON, TX 77002-2761 |
| | State the term remaining List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | PELICAN ENERGY LLC BLACK FALCON ENERGY LLC AIF 717 TEXAS ST STE 3100 HOUSTON, TX 77002-2761 |
| | State the term remaining List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | PRIMA EXPLORATION INC 250 FILLMORE ST UNIT 500 DENVER, CO 80206-5012 |
| | State the term remaining List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | PRIMA EXPLORATION INC 250 FILLMORE ST UNIT 500 DENVER, CO 80206-5012 |
| | State the term remaining List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | RED TECHNOLOGY ALLIANCE LLC HALLIBURTON ENERGY SRVCS INC 3000 N SAM HOUSTON PKWY E HOUSTON, TX 77032-3219 |
| | State the term remaining List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | RED TECHNOLOGY ALLIANCE LLC HALLIBURTON ENERGY SRVCS INC 3000 N SAM HOUSTON PKWY E HOUSTON, TX 77032-3219 |
| | State the term remaining List the contract number of any government contract | | |

Debtor      Northern Michigan Exploration Company, L.L.C.                    Case number (if known)  20-33271 (DRJ)
                      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | REDLANDS RESOURCES INC 28581 OLD TOWN FRONT ST TEMECULA, CA 92590-2724 |
| | State the term remaining List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | RGPG INVESTMENTS 1550 W DRY CREEK RD LITTLETON, CO 80120-4494 |
| | State the term remaining List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | RICHARD C BROWN ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | ROBERT B MCCULLOUGH ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGREEMENT DATED 05/03/2007 | ROBERT B MCCULLOUGH ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | ROCKY MOUNTAIN EXPLORATION INC 5441 PRESERVE PKWY S GREENWOOD VLG, CO 80121-2148 |
| | State the term remaining List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | SAM R RATCLIFF EST IRREV TR FIRST INTERSTATE BANK TRST FARMERS NATIONAL COMPANY AGT PO BOX 3480 OMAHA, NE 68103-0480 |
| | State the term remaining List the contract number of any government contract | | |

Debtor _____Northern Michigan Exploration Company, L.L.C._____
Name

Case number *(if known)* __20-33271 (DRJ)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.104** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | SCOTT NOYES ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.105** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT DATED 01/29/2014 | SHALE ENERGY COMPANY, LLC 954 BUSINESS PARK DRIVE, SUITE 5 TRAVERSE CITY, MI 49686 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.106** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT DATED 03/07/2014 | SHALE ENERGY COMPANY, LLC 954 BUSINESS PARK DRIVE, SUITE 5 TRAVERSE CITY, MI 49686 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.107** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | SINCLAIR OIL & GAS CO 550 E SOUTH TEMPLE SALT LAKE CITY, UT 84102-1005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.108** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | STAR INVESTMENT CORPORATION PO BOX 2306 GILLETTE, WY 82717-2306 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.109** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | STEWART GEOLOGICAL INC 2650 OVERLAND AVE BILLINGS, MT 59102-7407 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.110** | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DATED 08/12/2019 | SUBLIME ENERGY LLC 3243 ROGUE RIVER ROAD NE BELMONT, MI 49306 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____Northern Michigan Exploration Company, L.L.C._____
                              Name

Case number (if known) _20-33271 (DRJ)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | TED RAZOOK ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.112** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | THEDA & EMERSON HALL ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.113** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | THOMAS L JEFFRIES ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.114** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | UNLEASED INTEREST MISSING OR PARTIAL ADDRESS INFORMATION , OK |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.115** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | VALEEN ENERGY LLC 1120 N LINCOLN ST STE 908 DENVER, CO 80203-2138 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.116** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | VARTKES BARSAM ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.117** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | WAGNER TR ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _Northern Michigan Exploration Company, L.L.C._
Name

Case number *(if known)* _20-33271 (DRJ)_

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.118** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | WARRIOR RESOURCES I LP<br>14301 CALIBER DR STE 100<br>OKLAHOMA CITY, OK 73134-1016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.119** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | WAVE PETROLEUM LLC<br>103 5TH ST SE<br>DICKINSON, ND 58601-6022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.120** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | WILLIAM C & BENITA M BUSTER<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.121** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | WILLIAM F BLATNICK<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.122** | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEVELOPMENT AGREEMENT DATED 05/03/2007 | WILLIAM L PEASE<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  Northern Michigan Exploration Company, L.L.C.

United States Bankruptcy Court for the: Southern                District of Texas

Case number (if known):   20-33271 (DRJ)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | MidCon Compression, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D ☐ E/F ☐ G |
| 2.2 | MidCon Compression, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D ☒ E/F ☐ G |
| 2.3 | MidCon Compression, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D ☐ E/F ☐ G |
| 2.4 | MidCon Compression, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D ☐ E/F ☐ G |
| 2.5 | MidCon Compression, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D ☒ E/F ☐ G |
| 2.6 | Brazos Valley Longhorn Finance Corp. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D ☐ E/F ☐ G |

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number (if known) | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Brazos Valley Longhorn Finance Corp. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.8 | Brazos Valley Longhorn Finance Corp. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.9 | Chesapeake Exploration, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.10 | Chesapeake Exploration, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D<br>☒ E/F<br>☐ G |
| 2.11 | Chesapeake Exploration, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.12 | Chesapeake Exploration, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.13 | Chesapeake Exploration, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.14 | CHK Energy Holdings, Inc. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.15 | CHK Energy Holdings, Inc. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D<br>☒ E/F<br>☐ G |
| 2.16 | CHK Energy Holdings, Inc. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.17 | CHK Energy Holdings, Inc. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |

Debtor  Northern Michigan Exploration Company, L.L.C.          Case number *(if known)*  20-33271 (DRJ)
        Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | CHK Energy Holdings, Inc. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ❏ D  ☒ E/F  ❏ G |
| 2.19 | Nomac Services, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D  ❏ E/F  ❏ G |
| 2.20 | Nomac Services, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ❏ D  ☒ E/F  ❏ G |
| 2.21 | Nomac Services, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D  ❏ E/F  ❏ G |
| 2.22 | Nomac Services, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D  ❏ E/F  ❏ G |
| 2.23 | Nomac Services, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ❏ D  ☒ E/F  ❏ G |
| 2.24 | Brazos Valley Longhorn, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D  ❏ E/F  ❏ G |
| 2.25 | Brazos Valley Longhorn, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D  ❏ E/F  ❏ G |
| 2.26 | Brazos Valley Longhorn, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D  ❏ E/F  ❏ G |
| 2.27 | Chesapeake Land Development Company, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D  ❏ E/F  ❏ G |
| 2.28 | Chesapeake Land Development Company, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ❏ D  ☒ E/F  ❏ G |

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number *(if known)* | 20-33271 (DRJ) |
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.29 | Chesapeake Land Development Company, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D ☐ E/F ☐ G |
| 2.30 | Chesapeake Land Development Company, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D ☐ E/F ☐ G |
| 2.31 | Chesapeake Land Development Company, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D ☒ E/F ☐ G |
| 2.32 | CHK Utica, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D ☐ E/F ☐ G |
| 2.33 | CHK Utica, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D ☒ E/F ☐ G |
| 2.34 | CHK Utica, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D ☐ E/F ☐ G |
| 2.35 | CHK Utica, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D ☐ E/F ☐ G |
| 2.36 | CHK Utica, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D ☒ E/F ☐ G |
| 2.37 | Chesapeake Louisiana, L.P. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D ☐ E/F ☐ G |
| 2.38 | Chesapeake Louisiana, L.P. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D ☒ E/F ☐ G |
| 2.39 | Chesapeake Louisiana, L.P. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D ☐ E/F ☐ G |

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number *(if known)* | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.40 | Chesapeake Louisiana, L.P. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.41 | Chesapeake Louisiana, L.P. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.42 | Burleson Sand LLC | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.43 | Burleson Sand LLC | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.44 | Burleson Sand LLC | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.45 | Compass Manufacturing, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.46 | Compass Manufacturing, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D<br>☒ E/F<br>☐ G |
| 2.47 | Compass Manufacturing, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.48 | Compass Manufacturing, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.49 | Compass Manufacturing, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.50 | Petromax E&P Burleson, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |

| Official Form 206H | Schedule H: Codebtors | Page 5 of 17 |
|---|---|---|

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number (if known) | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.51 | Petromax E&P Burleson, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.52 | Petromax E&P Burleson, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.53 | Chesapeake Midstream Development, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.54 | Chesapeake Midstream Development, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D<br>☒ E/F<br>☐ G |
| 2.55 | Chesapeake Midstream Development, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.56 | Chesapeake Midstream Development, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.57 | Chesapeake Midstream Development, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.58 | EMLP, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.59 | EMLP, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D<br>☒ E/F<br>☐ G |
| 2.60 | EMLP, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.61 | EMLP, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number (if known) | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.62 | EMLP, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ❏ D<br>☒ E/F<br>❏ G |
| 2.63 | Burleson Water Resources, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>❏ E/F<br>❏ G |
| 2.64 | Burleson Water Resources, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>❏ E/F<br>❏ G |
| 2.65 | Burleson Water Resources, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>❏ E/F<br>❏ G |
| 2.66 | Sparks Drive SWD, Inc. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>❏ E/F<br>❏ G |
| 2.67 | Sparks Drive SWD, Inc. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ❏ D<br>☒ E/F<br>❏ G |
| 2.68 | Sparks Drive SWD, Inc. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>❏ E/F<br>❏ G |
| 2.69 | Sparks Drive SWD, Inc. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>❏ E/F<br>❏ G |
| 2.70 | Sparks Drive SWD, Inc. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ❏ D<br>☒ E/F<br>❏ G |
| 2.71 | Empress Louisiana Properties, L.P. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>❏ E/F<br>❏ G |
| 2.72 | Empress Louisiana Properties, L.P. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ❏ D<br>☒ E/F<br>❏ G |

| Official Form 206H | Schedule H: Codebtors | Page 7 of 17 |
|---|---|---|

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number *(if known)* | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.73 | Empress Louisiana Properties, L.P. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.74 | Empress Louisiana Properties, L.P. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.75 | Empress Louisiana Properties, L.P. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.76 | Chesapeake NG Ventures Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.77 | Chesapeake NG Ventures Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D<br>☒ E/F<br>☐ G |
| 2.78 | Chesapeake NG Ventures Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.79 | Chesapeake NG Ventures Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.80 | Chesapeake NG Ventures Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.81 | Chesapeake AEZ Exploration, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.82 | Chesapeake AEZ Exploration, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D<br>☒ E/F<br>☐ G |
| 2.83 | Chesapeake AEZ Exploration, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number (if known) | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.84 | Chesapeake AEZ Exploration, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.85 | Chesapeake AEZ Exploration, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.86 | WHE AcqCo., LLC | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.87 | WHE AcqCo., LLC | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.88 | WHE AcqCo., LLC | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.89 | Empress, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.90 | Empress, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D<br>☒ E/F<br>☐ G |
| 2.91 | Empress, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.92 | Empress, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.93 | Empress, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.94 | Chesapeake Operating, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |

Debtor    Northern Michigan Exploration Company, L.L.C.            Case number *(if known)* 20-33271 (DRJ)
          _____
          Name

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.95 | Chesapeake Operating, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ❏ D  ☒ E/F  ❏ G |
| 2.96 | Chesapeake Operating, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D  ❏ E/F  ❏ G |
| 2.97 | Chesapeake Operating, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D  ❏ E/F  ❏ G |
| 2.98 | Chesapeake Operating, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ❏ D  ☒ E/F  ❏ G |
| 2.99 | WHR Eagle Ford, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D  ❏ E/F  ❏ G |
| 2.100 | WHR Eagle Ford, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D  ❏ E/F  ❏ G |
| 2.101 | WHR Eagle Ford, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D  ❏ E/F  ❏ G |
| 2.102 | Chesapeake Appalachia, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D  ❏ E/F  ❏ G |
| 2.103 | Chesapeake Appalachia, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ❏ D  ☒ E/F  ❏ G |
| 2.104 | Chesapeake Appalachia, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D  ❏ E/F  ❏ G |
| 2.105 | Chesapeake Appalachia, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D  ❏ E/F  ❏ G |

Debtor    Northern Michigan Exploration Company, L.L.C.
          Name

Case number *(if known)*   20-33271 (DRJ)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.106 | Chesapeake Appalachia, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ❏ D  ☒ E/F  ❏ G |
| 2.107 | Esquisto Resources II, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D  ❏ E/F  ❏ G |
| 2.108 | Esquisto Resources II, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D  ❏ E/F  ❏ G |
| 2.109 | Esquisto Resources II, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D  ❏ E/F  ❏ G |
| 2.110 | Chesapeake Plains, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D  ❏ E/F  ❏ G |
| 2.111 | Chesapeake Plains, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ❏ D  ☒ E/F  ❏ G |
| 2.112 | Chesapeake Plains, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D  ❏ E/F  ❏ G |
| 2.113 | Chesapeake Plains, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D  ❏ E/F  ❏ G |
| 2.114 | Chesapeake Plains, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ❏ D  ☒ E/F  ❏ G |
| 2.115 | WildHorse Resources II, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D  ❏ E/F  ❏ G |
| 2.116 | WildHorse Resources II, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D  ❏ E/F  ❏ G |

| Debtor | Northern Michigan Exploration Company, L.L.C. | | Case number *(if known)* | 20-33271 (DRJ) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.117 | WildHorse Resources II, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.118 | Chesapeake E&P Holding, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.119 | Chesapeake E&P Holding, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D<br>☒ E/F<br>☐ G |
| 2.120 | Chesapeake E&P Holding, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.121 | Chesapeake E&P Holding, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.122 | Chesapeake E&P Holding, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.123 | GSF, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.124 | GSF, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D<br>☒ E/F<br>☐ G |
| 2.125 | GSF, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.126 | GSF, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.127 | GSF, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | Northern Michigan Exploration Company, L.L.C. | | Case number *(if known)* | 20-33271 (DRJ) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.128 | WildHorse Resources Management Company, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D  ☐ E/F  ☐ G |
| 2.129 | WildHorse Resources Management Company, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D  ☐ E/F  ☐ G |
| 2.130 | WildHorse Resources Management Company, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.131 | Chesapeake Royalty, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D  ☐ E/F  ☐ G |
| 2.132 | Chesapeake Royalty, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D  ☒ E/F  ☐ G |
| 2.133 | Chesapeake Royalty, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D  ☐ E/F  ☐ G |
| 2.134 | Chesapeake Royalty, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.135 | Chesapeake Royalty, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D  ☒ E/F  ☐ G |
| 2.136 | Chesapeake Energy Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D  ☐ E/F  ☐ G |
| 2.137 | Chesapeake Energy Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D  ☒ E/F  ☐ G |
| 2.138 | Chesapeake Energy Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D  ☐ E/F  ☐ G |

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number *(if known)* | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.139 | Chesapeake Energy Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D ☐ E/F ☐ G |
| 2.140 | Chesapeake Energy Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D ☒ E/F ☐ G |
| 2.141 | MC Louisiana Minerals, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D ☐ E/F ☐ G |
| 2.142 | MC Louisiana Minerals, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D ☒ E/F ☐ G |
| 2.143 | MC Louisiana Minerals, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D ☐ E/F ☐ G |
| 2.144 | MC Louisiana Minerals, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D ☐ E/F ☐ G |
| 2.145 | MC Louisiana Minerals, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D ☒ E/F ☐ G |
| 2.146 | Winter Moon Energy Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D ☐ E/F ☐ G |
| 2.147 | Winter Moon Energy Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D ☒ E/F ☐ G |
| 2.148 | Winter Moon Energy Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D ☐ E/F ☐ G |
| 2.149 | Winter Moon Energy Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D ☐ E/F ☐ G |

Debtor      Northern Michigan Exploration Company, L.L.C.                    Case number *(if known)*   20-33271 (DRJ)
            Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.150 Winter Moon Energy Corporation | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.151 Chesapeake VRT, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.152 Chesapeake VRT, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D<br>☒ E/F<br>☐ G |
| 2.153 Chesapeake VRT, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.154 Chesapeake VRT, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.155 Chesapeake VRT, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.156 Chesapeake Energy Louisiana, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D<br>☐ E/F<br>☐ G |
| 2.157 Chesapeake Energy Louisiana, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D<br>☒ E/F<br>☐ G |
| 2.158 Chesapeake Energy Louisiana, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.159 Chesapeake Energy Louisiana, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.160 Chesapeake Energy Louisiana, LLC | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | Northern Michigan Exploration Company, L.L.C. | Case number (if known) | 20-33271 (DRJ) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.161 | MC Mineral Company, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D ☐ E/F ☐ G |
| 2.162 | MC Mineral Company, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D ☒ E/F ☐ G |
| 2.163 | MC Mineral Company, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D ☐ E/F ☐ G |
| 2.164 | MC Mineral Company, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D ☐ E/F ☐ G |
| 2.165 | MC Mineral Company, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D ☒ E/F ☐ G |
| 2.166 | Chesapeake-Clements Acquisition, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D ☐ E/F ☐ G |
| 2.167 | Chesapeake-Clements Acquisition, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☐ D ☒ E/F ☐ G |
| 2.168 | Chesapeake-Clements Acquisition, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D ☐ E/F ☐ G |
| 2.169 | Chesapeake-Clements Acquisition, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D ☐ E/F ☐ G |
| 2.170 | Chesapeake-Clements Acquisition, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ☐ D ☒ E/F ☐ G |
| 2.171 | Chesapeake Energy Marketing, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ☒ D ☐ E/F ☐ G |

Debtor   _Northern Michigan Exploration Company, L.L.C._   Case number *(if known)*  _20-33271 (DRJ)_
         Name

<table>
<tr><td colspan="2" style="background:black"></td><td colspan="3"><strong>Additional Page if Debtor Has More Codebtors</strong></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.172 | Chesapeake Energy Marketing, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | Deutsche Bank Trust Company Americas | ❏ D <br> ☒ E/F <br> ❏ G |
| 2.173 | Chesapeake Energy Marketing, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | GLAS USA LLC | ☒ D <br> ❏ E/F <br> ❏ G |
| 2.174 | Chesapeake Energy Marketing, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | MUFG Union Bank, N.A. | ☒ D <br> ❏ E/F <br> ❏ G |
| 2.175 | Chesapeake Energy Marketing, L.L.C. | 6100 N Western Ave Oklahoma City, OK 73118 | The Bank of New York Trust Company, N.A. | ❏ D <br> ☒ E/F <br> ❏ G |

---

**Fill in this information to identify the case and this filing:**

Debtor Name __Northern Michigan Exploration Company, L.L.C.__

United States Bankruptcy Court for the: __Southern_____ District of Texas

Case number (*If known*): __20-33271 (DRJ)_____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/21/2020__
　　　　　　　MM / DD / YYYY

✘ /s/ William M. Buergler
Signature of individual signing on behalf of debtor

William M. Buergler
Printed name

Senior Vice President and Chief Accounting Officer
Position or relationship to debtor

Official Form 202　　　　**Declaration Under Penalty of Perjury for Non-Individual Debtors**　　　　145