UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33233 (DRJ) |
|---|---|---|---|
| | Debtor | In Re: | Chesapeake Energy Corporation, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Gary E. English, Esq.<br>713 W Carolina Ave, Summerville, SC 29483<br>(843) 364-9610 gary.english@icloud.com<br>SC Bar 76101; DSC 10092<br>GA Bar 496846; SD GA 496846<br>TX Bar 24086366 |
|---|---|

FILED
AUG 20 2020
David J. Bradley, Clerk of Court

| Name of party applicant seeks to appear for: | 4E Holding, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: August 15, 2020 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | Good Standing / SC Bar |
|---|---|
| Dated: | Clerk's signature: |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                          United States Bankruptcy Judge