IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 20-33233 (DRJ) |
| | § | |
| CHESAPEAKE ENERGY CORPORATION, *et. al.*, | § § § | Jointly Administered |
| | § | Chapter 11 |
| Debtors. | § § | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO JUSTIN COBB, KRISTINE COBB, AND LINDA MILANOVICH TO LIQUIDATE PERSONAL INJURY AND WRONGFUL DEATH CLAIMS

CAME ON FOR CONSIDERATION that certain *Motion for Relief from the Automatic Stay* (the "Motion"), filed by Justin Cobb, individually and as next friend of M.C. and R.C., minors, Kristine Cobb, individually and as next friend of K.C. and M.C., minors, and Linda Milanovich (collectively, the "Movants"), creditors in the above styled and numbered jointly administered Chapter 11 case of Chesapeake Energy Corporation and its affiliated debtors and debtors-in-possession (the "Debtors"). Having considered the Motion, finding that service and notice thereof was sufficient and appropriate, and finding that cause for granting said relief exists, it is hereby:

ORDERED that the Motion is GRANTED as provided for herein; it is further

ORDERED that the automatic stay is modified so as to permit the Movants to liquidate their claims against the Debtors to finality in any court of appropriate jurisdiction; it is further

ORDERED that, notwithstanding the foregoing, the automatic stay shall remain in place with respect to any collection on any judgment or claim by the Movants as against the Debtors or their estates, but not as against any third party or insurance carrier.

SO ORDERED.

Houston, Texas.

Dated: _____, 2020

_____
Honorable David R. Jones
Chief United States Bankruptcy Judge

and file this their *Motion for Relief from the Stay* (the "Motion"), respectfully stating as follows: