ADAMS AND REESE LLP
(COUNSEL FOR CGG LAND (U.S.), INC.)
ATTN SCOTT R. CHEATHAM, ESQ.
701 POYDRAS STREET, SUITE 4500
NEW ORLEANS, LA 70139

ADDAX MINERALS FUND, L.P.
ATTN RYAN WATTS
5950 BERKSHIRE LANE, SUITE 1250
DALLAS, TX 75225

AKERMAN LLP
(COUNSEL FOR ETC)
ATTN JOHN E. MITCHELL, DAVID W. PARHARM, YELENA ARCHIYAN
2001 ROSS AVENUE, SUITE 3600
DALLAS, TX 75201

AKERMAN LLP
(COUNSEL TO ETC)
ATTN KATHERINE C. FACKLER
50 NORTH LAURA STREET, SUITE 3100
JACKSONVILLE, FL 32202

AKERMAN LLP
(COUNSEL FOR ETC)
ATTN EVELINA GENTRY
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CA 90071

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL FOR FRANKLIN ADVISERS, INC.)
ATTN: MARTY L. BRIMMAGE, JR.
2300 N. FIELD STREET, SUITE 2300
DALLAS, TX 75201

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL FOR FRANKLIN ADVISERS, INC.)
ATTN: MICHAEL S. STAMER, MEREDITH A. LAHAIE, GARY A. RITACCO
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK, NY 10036

AL. DEPT OF ENVIRONMENTAL MANAGEMENT
PO BOX 301463
MONTGOMERY, AL 36130-1463

ALABAMA DEPT OF CONSERVATION &
NATURAL RESOURCES
64 N UNION ST
MONTGOMERY, AL 36130

ALABAMA DEPT OF PUBLIC HEALTH
THE RSA TOWER
201 MONROE ST
MONTGOMERY, AL 36104

ALABAMA DEPT OF PUBLIC HEALTH
PO BOX 303017
MONTGOMERY, AL 36130-3017

ALASKA DEPT OF ENVIRONMENTAL
CONSERVATION
410 WILLOUGHBY AVE STE 303
PO BOX 111800
JUNEAU, AK 99811-1800

ALASKA ENVIRONMENTAL PROTECTION AGENCY
EPA ALASKA OPERATIONS OFFICE
222 W 7TH AVE #19
ANCHORAGE, AK 99513-7588

ANDERSON LEHRMAN BARRE & MARAIST, LLP
(COUNSEL TO ARCHROCK PARTNERS OPERATING LLC)
ATTN KEVIN M. MARAIST
GASLIGHT SQUARE
1001 THIRD STREET, STE. 1
CORPUS CHRISTI, TX 78404

ANDREW MYERS, P.C.
(COUNSEL FOR ENTERPRISE TEXAS PIPELINE LLC,
ENTERPRISE CRUDE OIL LLC, ENTERPRISE HYDROCARBONS
L.P.)
ATTN: . JOSH JUDD, EDWARD L. RIPLEY
1885 SAINT JAMES PLACE, 15Y FLOOR
HOUSTON, TX 77056

ANDREW MYERS, P.C.
(COUNSEL FOR CNOOC)
ATTN EDWARD L. RIPLEY, LISA M. NORMAN, PATRICK
KELLY
1885 SAINT JAMES PLACE, 15TH FLOOR
HOUSTON, TX 77056

ARKANSAS DEPT OF ENVIRONMENTAL QUALITY
5301 NORTHSHORE DRIVE
NORTH LITTLE ROCK, AR 72118-5317

ARKANSAS OIL AND GAS COMMISSION
301 NATURAL RESOURCES DR
SUITE 102
LITTLE ROCK, AR 72205

ARNOLD & PORTER KAYE SCHOLER LLP
(COUNSEL FOR GLAS USA)
ATTN: GINER CLEMENTS, ESQUIRE
70 WEST MADISON STREET, SUITE 4200
CHICAGO, IL 60602-4231

ARNOLD & PORTER KAYE SCOLER LLP
(COUNSEL FOR GLAS USA)
ATTN: JONATHAN I. LEVINE, ESQUIRE
250 WEST 55TH STREET
NEW YORK, NY 10019-9710

B&L PIPECO SERVICES INC
STEVE TAIT
20465 TEXAS 249 ACCESS RD #200
HOUSTON, TX 77070

B.D. GRIFFIN
501 N. THOMPSON, SUITE 300
CONROE, TX 77301

BAKER HUGHES A GE COMPANY LLC
LORENZO SIMONELLI
17021 ALDINE WESTFIELD RD
HOUSTON, TX 77073

BALCH & BINGHAM LLP
(COUNSEL FOR BANK OF AMERICA)
ATTN LLOYD A. LIM, RACHEL THOMPSON KUBANDA
811 LOUISIANA STREET, SUITE 1010
HOUSTON, TX 77002

BARRY BROUGHTON
(COUNSEL FOR HENRY NEWTON BELL, III)
P.O. BOX 152404
AUSTIN, TX 78715-2404

BLACK, MCCUSKEY, SOUERS & ARBAUGH, LPA
(COUNSEL FOR THE DOUGLAS HOUCKE TRUST)
ATTN CHRYSANTHE E. VASSILES
220 MARKET AVE., SOUTH, SUITE 1000
CANTON, OH 44702

BONDS ELLIS EPPICH SCHAFER JONES LLP
(COUNSEL TO CITY OF CLEBURNE)
ATTN JOHN Y. BONDS, III, BRYAN C. ASSINK
420 THROCKMORTON STREET, SUITE 1000
FORT WORTH, TX 76102

BONDS ELLIS EPPICH SCHAFER JONES LLP
(COUNSEL FOR MARATHON OIL COMPANY)
ATTN CLAY M. TAYLOR, J. ROBERTSON CLARKE
420 THROCKMORTON STREET, SUITE 1000
FORT WORTH, TX 76102

BONDS ELLIS EPPICH SCHAFTER JONES LLP
(PILOT THOMAS LOGISTICS, LLC)
ATTN JOSHUA N. EPPICH, BRYAN C. ASSINK
420 THROCKMORTON STREET, SUITE 1000
FORT WORTH, TX 76102

BRACEWELL LLP
(COUNSEL FOR KINDER MORGAN)
ATTN WILLIAM A. (TREY) WOOD III, ROBERT G. BURNS,
D. KIRK MORGAN II, JONATHAN L. LOZANO
711 LOUISIANA STREET, SUITE 2300
HOUSTON, TX 77002

BRADLEY ARANT BOULT CUMMINGS LLP
(COUNSEL FOR CACTUS WELLHEAD, LLC)
C/O N. CHRISTIAN GLENOS
1819 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35203

BRADLEY MURCHISON KELLY & SHEA LLC
(COUNSEL FOR J. FLEET AND MARTIN)
ATTN DAVID R. TAGGART
401 EDWARDS STREET, SUITE 1000
SHREVEPORT, LA 71101

BRANSCOMB PLLC
(COUNSEL TO MARY ANN WHEELER
ATTN PATRICK H. AUTRY
8023 VANTAGE DRIVE
SUITE 560
SAN ANTONIO, TX 78230

BROWN RUDNICK LLP
(COUNSEL TO THE UCC)
ATTN ROBERT J. STARK, BENNETT S. SILVERBERG
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN RUDNICK LLP
(COUNSEL FOR THE UCC)
ATTN JEFFREY L. JONAS, SUNNI P. BEVILLE
ONE FINANCIAL CENTER
BOSTON, MA 02111

BUREAU OF LAND MANAGEMENT
MONTANA STATE OFFICE
5001 SOUTHGATE DR
BILLINGS, MT 59101-4669

BURK & BURK
(COUNSEL FOR KINETIC)
ATTN ROBERT E. BURK
12835 E. ARAPAHOE ROAD
TOWER 2, SUITE 700
CENTENNIAL, CO 80112

BURLESON COUNTY
100 W BUCK ST STE 303
CALDWELL, TX 77836-1764

BURLESON COUNTY
100 WEST BUCK, SUITE 104
CALDWELL, TX 77836

CACTUS WELLHEAD LLC
SCOTT BENDER
920 MEMORIAL CITY WAY
SUITE 300
HOUSTON, TX 77024

CAPEX CONSULTING GROUP
ATTN CAPEX CONSULTING GROUP
3425 MAIN STREET, SUITE 235-171
FRISCO, TX 75033

CHAMBERLAIN HRDLICKA
(COUNSEL FOR TRIBUTARY RESOURCES LLC)
ATTN JARROD B. MARTIN
1200 SMITH STREET, SUITE 1400
HOUSTON, TX 77002

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS &
AUGHTRY, PC
(COUNSEL FOR TRIBUTARY RESOURCES, LLC)
ATTN TYLER W. GREENWOOD
1200 SMITH STREET, 14TH FLOOR
HOUSTON, TX 77002

CHESAPEAKE ENERGY CORPORATION
6100 NORTH WESTERN AVENUE
OKLAHOMA CITY, OK 73118

CHIEF OIL & GAS LLC
JOHN HINTON
8111 WESTCHESTER DRIVE
SUITE 900
DALLAS, TX 75225

CHRISTENSEN LAW GROUP, P.L.L.C.
(COUNSEL FOR STONE CREEK OPERATING, LLC)
ATTN JEFFREY E. TATE
THE PARKWAY BUILDING
3401 N.W. 63RD STREET, SUITE 600
OKLAHOMA CITY, OK 73116

CIVIL DIVISION/LANDS & NATURAL RESOURCES
(COUNSEL FOR THE DEPARTMENT OF NATURAL RESOURCES,
OFFICE OF MINERAL RESOURCES)
ATTN RYAN M. SEIDEMANN
POST OFFICEBOX 94005
BATON ROUGE, LA 70804-9005

CLARK A. BEEBE
2092 LAKESIDE DRIVE WEST
PO BOX 194
HIGHLAND LAKES, NJ 07422

CLARK HILL STRASBURGER
(COUNSEL FOR WASTE MANAGEMENT)
ATTN ROBERT P. FRANKE, ANDREW G. EDSON, AUDREY L.
HORNISHER
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202-3794

CLARK HILL STRASBURGER
(COUNSEL FOR SEITEL DATA, LTD.)
ATTN DUANE J. BRESCIA
720 BRAZOS, SUITE 700
AUSTIN, TX 78701

CLEARY GOTTLIEB STEEN & HAMILTON, LLP
(COUNSEL FOR TOTAL)
ATTN JANE VANLARE
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COLE SCHOTZ, P.C.
(COUNSEL FOR GLAS USA)
ATTN: MICHAEL D. WARNER, ESQUIRE
301 COMMERCE STREET, SUITE 1700
FORT WORTH, TX 76102

COLORADO DEPARTMENT OF REVENUE
REGISTRATION CONTROL SECTION
PO BOX 17087
DENVER, CO 80217-0087

COLORADO DEPT OF PUBLIC HEALTH AND
ENVIRONMENT
4300 CHERRY CREEK DRIVE S
DENVER, CO 80246-1530

COLORADO OIL AND GAS CONSERVATION COMMISSION
1120 LINCOLN STREET
SUITE 801
DENVER, CO 80203

COLORADO STATE LAND BOARD
1127 SHERMAN STREET
SUITE 300
DENVER, CO 80203

COLORADO STATE LAND BOARD
1127 SHERMAN STREET
SUITE 300
DENVER, CO 80203

COMMONWEALTH OF PENNSLVANIA
OFFICE OF THE ATTORNEY GENERAL
ATTN CAROL E. MOMJIAN
THE PHOENIX BUILDING
1600 ARCH STREET, SUITE 300
PHILADELPHIA, PA 19103

COMPLETE ENERGY SERVICES
JAMES SPEXARTH
1001 LOUISIANA STREET
SUITE 2900
HOUSTON, TX 77002

CONNER & WINTERS, LLP
(COUNSEL FOR BIG STAR TRANSPORTATION LLC D/B/A
BIG STAR CRUDE CO., LLC & PLAINS MARKETING, L.P.)
ATTN KIRAN A. PHANSALKAR
1700 ONE LEADERSHIP SQUARE
211 N. ROBINSON AVE
OKLAHOMA CITY, OK 73102

CONTROL TECH USA LTD
BLAIR ALFRED
22025 ROUTE 14
TROY, PA 16947-8790

CRADY JEWETT MCCULLEY & HOUREN LLP
(COUNSEL FOR WELEY WEST MINTERALS, LTD., FAITH
OPERATING COMAPANY, LP, FAITH RANCH LP, AND JAMES
WENDELL WEST)
ATTN SHELLEY BUSH MARMON
2727 ALLEN PARKWAY, SUITE 1700
HOUSTON, TX 77019

CROWE & DUNLEVY, P.C.
(COUNSEL TO PELICAN ENERGY, LLC, ET AL.)
ATTN CHRISTOPHER M. STAINE
2525 MCKINNON STREET, SUITE 425
DALLAS, TX 75201

CROWE & DUNLEVY, P.C.
(COUNSEL FOR JAMESTOWN RESOURCES, LLC, LARCHMONT
RESOURCES, LLC, AND PELICAN ENERGY, LLC)
ATTN WILLIAM H. HOCH III, TIM J. GALLEGLY,
MARGARET M. SINE
BRANIFF BUILDING
324 NORTH ROBINSON AVENUE, SUITE 100
OKLAHOMA CITY, OK 73102

CROWE & DUNLEVY, P.C.
(COUNSEL FOR JAMESTOWN RESOURCES LLC, LARCHMONT
RESOURCES, LLC, AND PELICAN ENERGY, LLC)
ATTN VICKIE L. DRIVER
2525 MCKINNON ST., SUITE 425
DALLAS, TX 75201

CTF, LTD.
ATTN RON CARLTON
100 CINDER ROAD NE
CARROLLTON, OH 44615-9637

DALLAS/FORT WORTH INTN'L AIRPORT BRD
JIM JACKSON
PO BOX 619428
DFW AIRPORT, TX 75261-9428

DAVIDSON SUMMERS, APLC
(COUNSEL FOR BRP, LLC AND COVAL LEASING COMPANY
L.L.C.)
ATTN WM LAKE HEARNE JR., GRANT E SUMMERS
330 MARSHALL STREET, SUITE 1114
SHREVEPORT, LA 71101

DAVIDSON SUMMERS, APLC
(COUNSEL FOR SAUNDRA NELSON, ET AL)
ATTN WILLIAM LAKE HEARNE JR., ANDREW D. MARTIN
330 MARSHALL STREET, SUITE 1114
SHREVEPORT, LA 71101

DAVIDSON SUMMERS, APLC
(COUNSEL FOR MOSS AND MAGNOLIA, L.L.C., ET AL)
ATTN GRANT E. SUMMERS, WM LAKE HEARNE JR., ANDREW
D. MARTIN
330 MARSHALL STREET, SUITE 1114
SHREVEPORT, LA 71101

DAVIS POLK & WARDWELL LLP
ATTN: DAMIAN S. SCHAIBLE
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DAVIS POLK & WARDWELL LLP
(COUNSEL FOR AD HOC GROUP OF FLLO TERM LOAN
LENDERS)
ATTN: DAMIAN S. SCHAIBLE, BENJAMIN S. KAMINETSKY,
DARREN S. KLEIN, ARYEH ETHAN FALK, DANIEL RUDEWICZ
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DAVIS POLK & WARDWELL LLP
(COUNSEL FOR THE WILLIAMS COMPANIES, INC., ET AL)
ATTN: BRIAN M. RESNICK, LARA SAMET BUCHWALD,
ANGELA M. LIBBY
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DEIRDRE CAREY BROWN, PLLC
FORSHEY & PROSTOK, LLP
(COUNSEL FOR OFFICIAL COMMITTEE OF ROYALTY OWNERS)
1990 POST OAK, SUITE 2400
HOUSTON, TX 77056

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTN: CORP TEAM, C ENERGY CORP. SF0873
TRUST & AGENCY SRV MAIL STOP: NYC60-2407
60 WALL STREET, 24 FL
NEW YORK, NY 10005

DEUTSCHE BANK TRUST COMPANY AMERICAS
ATTN: CORPORATES DEAL TEAM MANAGE
CHESAPEAKE ENERGY CORPORATION TRUST & AG
M STOP: NYC60-1630 60 WALL STREET, 16 FL
NEW YORK, NY 10005

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DEUTSCHE BANK NATIONAL TRUST COMPANY
MAIL STOP: JCY03-0699
100 PLAZA ONE, 6TH FLOOR
JERSEY CITY, NJ 07311-3901

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O THOMPSON HINE
ATTN: ELIZABETH FRAYER
335 MADISON AVE, 12TH FL
NEW YORK, NY 10017-4611

DEUTSCHE BANK TRUST COMPANY AMERICAS
JAMES VON MOLTKE, CORP DEAL MANAGER-CHK
TRUST & AGENCY SERVICES
60 WALL ST, 16TH FLOOR MS: NYC60-1630
NEW YORK, NY 10005

DEUTSCHE BANK TRUST COMPANY AMERICAS
JAMES VON MOLTKE, CORP DEAL MANAGER-CHK
TRUST & AGENCY SERVICES
60 WALL ST, 16TH FLOOR MS: NYC60-1630
NEW YORK, NY 10005

DEUTSCHE BANK TRUST COMPANY AMERICAS
JAMES VON MOLTKE, CORP DEAL MANAGER-CHK
TRUST & AGENCY SERVICES
60 WALL ST, 16TH FLOOR MS: NYC60-1630
NEW YORK, NY 10005

DEUTSCHE BANK TRUST COMPANY AMERICAS
JAMES VON MOLTKE, CORP DEAL MANAGER-CHK
TRUST & AGENCY SERVICES
60 WALL ST, 16TH FLOOR MS: NYC60-1630
NEW YORK, NY 10005

DEUTSCHE BANK TRUST COMPANY AMERICAS
JAMES VON MOLTKE, CORP DEAL MANAGER-CHK
TRUST & AGENCY SERVICES
60 WALL ST, 16TH FLOOR MS: NYC60-1630
NEW YORK, NY 10005

DEUTSCHE BANK TRUST COMPANY AMERICAS
JAMES VON MOLTKE, CORP DEAL MANAGER-CHK
TRUST & AGENCY SERVICES
60 WALL ST, 16TH FLOOR MS: NYC60-1630
NEW YORK, NY 10005

DEUTSCHE BANK TRUST COMPANY AMERICAS
JAMES VON MOLTKE, CORP DEAL MANAGER-CHK
TRUST & AGENCY SERVICES
60 WALL ST, 16TH FLOOR MS: NYC60-1630
NEW YORK, NY 10005

DEUTSCHE BANK TRUST COMPANY AMERICAS
JAMES VON MOLTKE, CORP DEAL MANAGER-CHK
TRUST & AGENCY SERVICES
60 WALL ST, 16TH FLOOR MS: NYC60-1630
NEW YORK, NY 10005

DEUTSCHE BANK TRUST COMPANY AMERICAS
JAMES VON MOLTKE, CORP DEAL MANAGER-CHK
TRUST & AGENCY SERVICES
60 WALL ST, 16TH FLOOR MS: NYC60-1630
NEW YORK, NY 10005

DIVERSIFIED GAS & OIL, PLC
ATTN: ASHLEY BATTEN
414 SUMMERS STREET
CHARLESTON, WV 25301

DNOW LP
RICHARD ALARIO
7402 N. ELDRIDGE PARKWAY
HOUSTON, TX 77041

DORE ROTHBERG MCKAY, PC
(COUNSEL FOR HALLIBURTON ENERGY SERVICES, INC.)
ATTN ZACHARY MCKAY, ESQ.
17171 PARK ROW, SUITE 160
HOUSTON, TX 77084

DUANE MORRIS LLP
(COUNSEL FOR KINETIC)
ATTN COREY M. WEIDEMAN
1330 POST OAK BOULEVARD, SUITE 800
HOUSTON, TX 77056

DUANE MORRIS LLP
(COUNSEL FOR KINETIC)
ATTN JARRET P HITCHINGS
222 DELAWARE AVENUE, SUITE 1600
WILMINGTON, DE 19801

EAGLE FORD GATHERING LLC
BRUCE DARTER
1999 BRYAN ST.
STE. 900
DALLAS, TX 75201

EMMET, MARVIN & MARTIN, LLP
(COUNSEL FOR "BNYM")
ATTN: EDWARD P. ZUJKOWSKI, ESQ., THOMAS A. PITTA,
ELIZABETH TARAILA, ESQ.
120 BROADWAY, 32ND FLOOR
NEW YORK, NY 10271

ENERGY TRANSFER
ATTN JIM WRIGHT
1300 MAIN STREET, 20TH FLOOR
HOUSTON, TX 77002

ENERSTAR RENTALS AND SERVICES LTD
BILL BLAIR
3377 SOUTH MAIN STREET
MONAHANS, TX 79756

ENTERPRISE CRUDE OIL LLC
BRENT SECREST
1100 LOUISIANA ST
HOUSTON, TX 77002

ENVIROMENTAL FEDERATION OF OKLAHOMA INC
4 NE 10TH ST # 443
OKLAHOMA CITY, OK 73104-1402

FLORIDA DEPT OF ENVIRONMENTAL
PROTECTION
3900 COMMONWEALTH BLVD MS 49
TALLAHASSEE, FL 32399

FLORIDA DEPT OF HEALTH
4052 BALD CYPRESS WAY
BIN #A00
TALLAHASSEE, FL 32399-1701

FLYNN ENERGY TRANSPORT INC
BRYON MUSICK
342 EAST MACEDONIA RD
TOWANDA, PA 18848

FOLEY & LARDNER LLP
(COUNSEL FOR WILMINGTON SAVINGS)
ATTN HAROLD KAPLAN, MARK HEBBELN
321 NORTH CLARK STREET, SUITE 3000
CHICAGO, IL 60654-4762

FOLEY & LARDNER LLP
(COUNSEL FOR WILMINGTON SAVINGS)
ATTN JENNIFER HUCKLEBERRY
1000 LOUISIANA, SUITE 2000
HOUSTON, TX 77002

FOLEY & LARDNER LLP
(COUNSEL TO GULF SOUTH PIPELINE COMPANY, LLC)
ATTN JOHN MELCO, ESQ.
1000 LOUISIANA STREET, SUITE 2000
HOUSTON, TX 77002

FORSHEY & PROSTOK, LLP
(COUNSEL FOR OFFICIAL COMMITTEE OF ROYALTY OWNERS)
ATTN J. ROBERT FORSHEY, JEFF P. PROSTOK
777 MAIN ST., SUITE 1550
FORT WORTH, TX 76102

FRANKLIN ADVISERS, INC. ET AL
C/O AKIN GUMP STRAUSS HAUER & FELD
ATTN: MICHAEL S. STAMER
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

GIEGER, LABORDE & LAPEROUSE, L.L.C.
(COUNSEL FOR WESTERNGECO LLC)
ATTN ANDREW A BRAUN
SUITE 4800
701 POYDRAS STREET
NEW ORLEANS, LA 70139-0400

GLAS USA LLC
3 SECOND STREET, SUITE 206
JERSEY CITY, NJ 07311

GLAS USA LLC
C/O PAUL HASTINGS LLP
ATTN: JUSTIN RAWLINS
515 SOUTH FLOWER ST. 25TH FL
LOS ANGELES, CA 90071

GLASS MOUNTAIN PIPELINE LLC
MATT VINING
2626 COLE AVE
SUITE 900
DALLAS, TX 75204

GLASS MOUNTAIN PIPELINE, LLC
ATTN MINDY SHAVER
2626 COLE AVENUE, SUITE 900
DALLAS, TX 75204

GOWAN ELIZONDO LLP
(COUNSEL FOR JUAN CARLOS ALANIZ)
ATTN LUIS A. ELIZONDO, CHRISTOPHER A. GARZA
555 N. CARANCAHUA, SUITE 1400
CORPUS CHRISTI, TX 78401

GRAY REED & MCGRAW LLP
(COUNSEL FOR JACKALOPE GAS GATHERING SERVICES LLL
AND STAGECOACH PIPELINE & STORAGE COMPANY LLC)
ATTN: JASON S. BROOKNER, JONATHAN M. HYMAN, LYDIA
R. WEBB, AMBER M. CARSON
1300 POST OAK BLVD, UITE 2000
HOUSTON, TX 77056

GULF SOUTH PIPELINE COMPANY, LLC
ATTN ADINA OWEN
9 GREENWAY PLAZA, SUITE 2800
HOUSTON, TX 77046

HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, PC
(COUNSEL FOR TARGA PIPELINE MID-CONTINENT WESTOK
LLC)
ATTN STEVEN W. SOULE
320 SOUTH BOSTON AVENUE, SUITE 200
TULSA, OK 74103-3706

HALLIBURTON ENERGY SERVICES INC
JEFF MILLER
3000 N. SAM HOUSTON PKWY E.
HOUSTON, TX 77032

HALLIBURTON ENERGY SERVICES, INC.
C/O ROB CLOUD
3000 N. SAM HOUSTON PKWY. EAST
HOUSTON, TX 77032

HAMMER DOWN OILFIELD SERVICES LLC
TIMOTHY JIMENEZ
16731 HUEBNER RD.
SAN ANTONIO, TX 78248

HARRIS, FINLEY & BOGLE, P.C.
(COUNSEL FOR COB, MISD, GARANAK, AND UPR)
ATTN MICHAEL V. FITZPATRICK, JAMES E. KEY
777 MAIN STREET, SUITE 1800
FORT WORTH, TX 76102

HARRISON & DUNCAN  PLLC
(COUNSEL FOR GMC, THE KINSEL TRUSTS)
ATTN MARY ELIZABETH HEARD
8700 CROWNHILL, SUTIE 505
SAN ANTONIO, TX 78209

HAYNES AND BOONE, LLP
(COUNSEL FOR THE WILLIAMS COMPANIES, INC. ET AL)
ATTN: CHARLES A. BECKHAM, JR., KELLI S. NORFLEET,
DAVID TRAUSCH
1221 MCKINNEY STREET, SUITE 2100
HOUSTON, TX 77010

HAYNES AND BOONE, LLP
(COUNSEL FOR TOTAL)
ATTN DAVID H. AMMONS
1221 MCKINNEY STREET, SUITE 4000
HOUSTON, TX 77010

HAYNES AND BOONE, LLP
(COUNSEL FOR ENABLE)
ATTN J. FRASHER MURPHY
2323 VICTORY AVENUE, SUITE 700
DALLAS, TX 75219

HEARD DUNCAN & REYES
(COUNSEL FOR PBMG PARTIES)
ATTN MARY ELIZABETH HEARD
8700 CROWNHILL, SUITE 505
SAN ANTONIO, TX 78209

HENDERSHOT COWART, P.C.
(COUNSEL FOR JASON DEAN)
ATTN SIMON W. HENDERSHOT,III, KATIE T. COWART
1800 BERING DRIVE, SUITE 600
HOUSTON, TX 77057

HI-CRUSH PARTNERS LP
PHIL MCCORMICK
1330 POST OAK BLVD.
SUITE 600
HOUSTON, TX 77056

HUSCH BLACKWELL LLP
(COUNSEL FORT THE COMMONWEALTH OF PENNSYVANIA)
ATTN LYNN HAMILTON BUTLER
111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TX 78701

IL. ENVIRONMENTAL PROTECTION AGENCY
1021 N GRAND AVE E
PO BOX 19276
SPRINGFIELD, IL 62794-9276

ILLINOIS DEPT OF NATURAL RESOURCES
ONE NATURAL RESEOURCES WAY
SPRINGFIELD, IL 62702-1271

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA, PA 19104-5016

INTERNAL REVENUE SERVICE
324 25TH ST
OGDEN, UT 84201-0059

JACKSON WALKER L.L.P.
(PROPOSED CO-COUNSEL FOR THE DEBTORS)
ATTN: MATTHEW D. CAVENAUGH; JENNIFER F. WERTZ,
KRISTHY M. PEGUERO, VERONICA A. POLNICK
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TX 77010

JAMES PAUL BARNETT, JR. & ASSOCIATES PC
(COUNSEL FOR GCCI AND GLOYNA)
ATTN JAMES PAUL BARNETT, JR.
14825 ST. MARY'S LANE SUITE 101
HOUSTON, TX 77079-2902

JASON A. STARKS
ASSISTANT COUNTY ATTORNEY
(COUNSEL FOR TRAVIS COUNTY)
P.O. BOX 1748
AUSTIN, TX 78767

JEAN PAUL P. OVERTON
ASSISTANT GENERAL COUNSEL
SUPERIOR ENERGY SERVICES, INC.
OBO WORKSTRINGS INTERNATIONAL, L.L.C.; COMPLETE
ENERGY SERVICES, INC.; SPN WELL SERVICES, INC.;
H.B. RENTALS, LC, 1001 LOUISIANA STREET, SUITE 2900
HOUSTON, TX 77002

JENNINGS, HAUG & CUNNINGHAM, LLP
(COUNSEL FOR LIBERTY MUTUAL INSURANCE COMPANY AND
SAFECO INSURACE COMPANY OF AMERICA)
ATTN CHAD L. SCHEXNAYDER, ALANA L. PORRAZO
2800 N. CENTRAL AVENUE, SUITE 1800
PHOENIX, AZ 85004

KANE RUSSELL COLEMAN LOGAN PC
(COUNSEL FOR VFS LEASING CO.)
ATTN MICHAEL P. RIDULFO
5051 WESTHEIMER ROAD, 10TH FLOOR
HOUSTON, TX 77056

KANSAS COROPORATION COMMISSION
CONSERVATION DIVISION
266 N. MAIN ST
SUITE 220
WICHITA, KS 67202-1513

KANSAS DEPT OF HEALTH & ENVIRONMENT
CURTIS STATE OFFICE BLDG
1000 SW JACKSON
TOPEKA, KS 66612

KATTEN MUCHIN ROSENMAN LLP
(COUNSEL FOR ETC TEXAS PIPELINE LTD., ENERGY
TRANSFER FUEL, LP, ETC KATY PIPELINE, LTD.,
HOUSTON PIPE LINE COMPANY LP, AND OASIS PIPELINE
L.P.)
ATTN JOHN E. MITCHELL
212 N. PEARSL ST. SUITE 1100
DALLAS, TX 75201

KEESAL, YOUNG & LOGAN
(COUNSEL FOR SEABOARD INTERNATIONAL INC.)
ATTN DAVID D. PIPER, STEFAN PEROVICH, BRYCE
CULLINAN
400 OCEANGATE, SUITE 1400
LONG BEACH, CA 90802

KENTUCKY DEPT OF
ENVIRONMENTAL PROTECTION
300 SOWER BLVD
FRANKFORT, KY 40601

KENTUCKY ENERGY AND ENVIRONMENT CABINET
300 SOWER BLVD
FRANKFORT, KY 40601

KESSLER & COLLINS
(COUNSEL FOR RANDY AND MELISSA WOOD)
ATTN HOWARD C. RUBIN
2100 ROSS AVENUE, SUITE 750
DALLAS, TX 75201

KEY ENERGY SERVICES LLC
ROB SALTIEL
1301 MCKINNEY
STE 1800
HOUSTON, TX 77010

KIRKLAND & ELLIS INTERNATIONAL LLP
(PROPOSED CO-COUNSEL TO THE DEBTORS)
300 NORTH LASALLE STREET
ATTN: PATRICK J. NASH, JR., P.C., MARC KIESELSTEIN
, P.C., ALEXANDRA SCHWARZMAN
CHICAGO, IL 60654

KREBS FARLEY & DRY, PLLC
(COUNSEL FOR RLI INSURANCE COMPANY)
ATTN RYAN D. DRY
909 18TH STREET
PLANO, TX 75074

KREBS FARLEY & DRY, PLLC
(COUNSEL FOR RLI INSURANCE COMPANY)
ATTN ELLIOT SCHARFENBERG, JON ORD
400 POYDRAS STREER, SUITE 2500
NEW ORLEANS, LA 70130

KUSTOM KONCEPTS INC
CAMERON WAGNER
1351 N. DERRICK DR.
CASPER, WY 82604

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
(COUNSEL FOR PLAINS MARKETING, L.P.)
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE COURT
NAVASOTA, TX 77868

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL FOR HOOD CAD, GREGG COUNTY, GRAYSON
COUNTY, PARKER CAD)
ATTN: LISA LARGE COCKRELL
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL FOR MATAGORDA COUNTY, LIBERTY COUNTY,
MADISON COUNTY, SABINE COUNTY, SAN AUGUSTINE
COUNTY, JASPER COUNTY, ANGELINA COUNTY, TYLER
COUNTY, HOUSTON CAD, SHELBY COUNTY, HARRIS COUNTY,
WASHINGTON COUNTY, FORT BEND COUNTY, MONTGOMERY
COUNTY, GALVESTON COUNTY, POLK COUNTY, CYPRESS-
FAIRBANKS ISD, ORANGE COUNTY)
ATTN TARA L. GRUNDMEIER
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL FOR JIM WELLS CAD, GOLIAD COUNTY, ZAPATA
COUNTY, NUECES COUNTY, DEWITT COUNTY, LEE COUNTY,
ROBERTSON COUNTY, WEBB CISD)
ATTN DIANE W. SANDERS
PO BOX 17428
AUSTIN, TX 78760-7428

LINEBARGER GOGGAN BLARI & SAMPSON, LLP
(COUNSEL FOR BEXAR COUNTY)
ATTN DON STECKER
112 E. PECAN STREET, SUITE 2200
SAN ANTONIO, TX 78205

LISKOW & LEWIS
(COUNSEL FOR BP AMERICA PRODUCTION COMPANY)
ATTN: MICHAEL D. RUBENSTEIN
1001 FANNIN STREET, SUITE 1800
HOUSTON, TX 77002

LOCKE LORD LLP
(COUNSEL FOR ALLEN JOHNSON, ET AL., AND RODNEY
HUDSON, ET AL.)
ATTN BRADLEY C. KNAPP
601 POYDRAS ST., SUITE 2660
NEW ORLEANS, LA 70130

LOCKE LORD LLP
(COUNSEL FOR ALLEN JOHNSON, ET AL. AND RODNEY
HUDSON, ET AL)
ATTN PHILIP G. EISENBERG
600 TRAVIS STREET, SUITE 2800
HOUSTON, TX 77002

LOEB & LOEB LLP
(COUNSEL FOR U.S. BANK NATIONAL ASSOCIATION)
ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN
345 PARK AVE
NEW YORK, NY 10154

LOOPER GOODWINE, P.C.
(COUNSEL FOR ARGONAUT INSURANCE COMPANY)
ATN PAUL J. GOODWINE, LINDSEY M. JOHNSON
650 POYDRAS STREET, SUITE 2400
NEW ORLEANS, LA 70130

LOUISIANA DEPT OF
ENVIRONMENTAL QUALITY
PO BOX 4302
BATON ROUGE, LA 70821-4302

LOUISIANA DEPT OF ENVIRONMENTAL QUALITY
OFFICE OF ENVIRONMENTAL SERVICES
PO BOX 4313
BATON ROUGE, LA 70821-4313

MAHAFFEY & GORE, P.C.
(COUNSEL FOR STONE CREEK OPERATING, LLC)
ATTN TRAVIS P. BROWN, CALEB A. HARTWELL
300 NE 1ST STREET
OKLAHOMA CITY, OK 73104-4004

MANIER & HEROD, P.C.
(COUNSELL FOR PHILADELPHIA INDEMNITY INSURANCE
COMPANY)
ATTN MICHAEL E. COLLINS, ESQ.
1201 DEMONBREUN ST., SUITE 900
NASHVILLE, TN 37219

MARYLAND DEPT OF NATURAL RESOURCES
580 TAYLOR AVE
ANNAPOLIS, MD 21401

MARYLAND DEPT OF THE ENVIRONMENT
1800 WASHINGTON BLVD
BALTIMORE, MD 21230

MATTHEWS, SHIELS, KNOTT, EDEN, DAVIS & BEANLAND,
L.L.P.
(COUNSEL FOR ELLIOTT ELECTRIC SUPPLY, INC.)
ATTN: MISTI L. BEANLAND
8131 LBJ FREEWAY, SUITE 700
DALLAS, TX 75251

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
(COUNSEL FOR THE "TEXAS TAXING AUTHORITIES"
ATTN: TARA LEDAY
P.O. BOX 1269
ROUND ROCK, TX 78680

MCGINNIS LOCHRIDGE LLP
(COUNSEL FOR KARNES ELECTRIC COOPERATIVE)
ATTN WILLIAM H. DANIEL
600 CONGTRESS AVENUE, SUITE 2100
AUSTIN, TX 78701

MCGINNIS LOCHRIDGE LLP
(COUNSEL FOR KARNES ELECTRIC COOPERATIVE)
ATTN CHRISTOPHER L. HALGREN
609 MAIN STREET, SUITE 2800
HOUSTON, TX 77002

MCGLINCHEY STAFFORD, PLLC
(COUNSEL FOR AUTOMOTIVERENTALS, INC. AND ARI FLEET
LT)
ATTN MARK J. CHANEY, ESQ.
601 POYDRAS STREET, 12TH FLOOR
NEW ORLEANS, LA 70130

MCGLINCHEY STAFFORD, PLLC
(COUNSEL AUTOMOTIVE RENTALS, INC. & ARI FLEET LT)
ATTN RUDY J. CERONE, ESQ.
601 POYDRAS STREET, 12TH FLOOR
NEW ORLEANS, LA 70130

MCGLINCHEY STAFFORD, PLLC
(COUNSELF FOR ARI)
ATTN RICHARD A. AGUILAR
601 POYDRAS STREET, 12TH FLOOR
NEW ORLEANS, LA 70130

MICHIGAN DEPARTMENT OF ENERGY GREAT LAKES
AND ENVIRONMENT, OIL, GAS, AND MINERALS DIVISION
CONSTITUTION HALL, 2ND FL
525 WEST ALLEGAN STREET
LANSING, MI 48933

MICHIGAN DEPT OF
ENVIRONMENTAL QUALITY
525 W ALLEGAN ST
PO BOX 30473
LANSING, MI 48909-7973

MILLER MENTZER WALKER, P.C.
(COUNSEL FOR J-W POWER COMPANY)
ATTN: JULIA A. WALKER
P.O. BOX 130
100 N. MAIN ST.
PALMER, TX 75152

MISSISSIPPI DEPT OF
ENVIRONMENTAL QUALITY
LEGAL DIVISION
PO BOX 2261
JACKSON, MS 39225

MISSISSIPPI STATE OIL AND GAS BOARD
500 GREYMONT AVE
SUITE E
JACKSON, MS 39202-3446

MOMENTUM PRESSURE CONTROL LLC
JODY KINDRED
199 CORPORATE RD
LONGVIEW, TX 75603

MONTANA DEPT OF ENVIRONMENTAL QUALITY
1520 E 6TH AVE
HELENA, MT 59620-0901

MONTANA DEPT OF ENVIRONMENTAL QUALITY
PO BOX 200901
HELENA, MT 59620-0901

MORGAN LEWIS & BOCKIUS LLP
(COUNSEL FOR DEUTSCHE BANK TRUST COMPANY AMERICAS)
ATTN WINN CARTER
1000 LOUISIANA STREET, SUITE 4000
HOUSTON, TX 77002

MORGAN LEWIS & BOCKIUS LLP
(COUNSEL FOR DEUTSCHE BANK TRUST COMPANY AMERICAS)
ATTN GLENN E. SIEGEL
101 PARK AVENUE
NEW YORK, NY 10178-0060

MORGAN, LEWIS & BOCKIUS LLP
(COUNSEL FOR DEUTSCHE BANK TRUST COMPANY AMERICAS)
ATTN RACHEL JAFFE MAUCERI
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921

MORGAN, LEWIS & BOCKIUS LLP
(COUNSEL FOR DEUTSCHE BANK TRUST COMPANY AMERICAS)
ATTN DAVID M. RILEY
2049 CENTURY PARK, SUITE 700
LOS ANGELES, CA 90067

MUFG UNION BANK NA
C/O SIDLEY AUSTIN LLP
ATTN: JENNIFER C HAGLE
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

MUFG UNION BANK, N.A.
ATTN: STEPHEN WARFEL
1100 LOUISIANA STREET, SUITE 4850
HOUSTON, TX 77002-5216

MUNSCH HARDT KOPF & HARR, P.C.
(COUNSEL FOR JUSTIN COBB, KRISTIN COBB, AND LINDA MILANOVICH)
ATTN DAVOR RUKAVINA
500 N. AKARD STREET, SUITE 3800
DALLAS, TX 75201

NAMAN, HOWELL, SMITH & LEE, PLLC
(COUNSEL FOR SARA HARRISON)
ATTN KERRY L. HALIBURTON
P.O. BOX 1470
WACO, TX 76703-1470

NEBRASKA DEPT OF ENVIRONMENTAL QUALITY
1200 N ST, STE 400
PO BOX 98922
LINCOLN, NE 68509

NEBRASKA OIL AND GAS CONSERVATION DIVISION
922 ILLINOIS
PO BOX 399
SIDNEY, NE 69162

NELIGAN LLP
(COUNSEL FOR STONE CREEK OPERATING, LLC)
ATTN JOHN D. GAITHER
325 N. ST. PAUL, SUITE 3600
DALLAS, TX 75201

NEW JERSEY DEPT OF ENVIRON. PROTECTION
MAIL CODE 401-04L
401 E STATE ST
PO BOX 402
TRENTON, NJ 08625

NEW MEXICO ENVIRONMENT DEPT
HAROLD RUNNELS BLDG
1190 ST FRANCIS DRIVE
STE N4050
SANTA FE, NM 87505

NEW MEXICO ENVIRONMENT DEPT
PO BOX 5469
SANTA FE, NM 87502-5469

NEW MEXICO OIL CONSERVATION DIVISION
1220 SOUTH ST. FRANCIS DR.
SANTE FE, NM 87505

NEW YORK STATE DEPT OF
ENVIRONMENTAL CONSERVATION
625 BRAODWAY
ALBANY, NY 12233-1011

NEWPARK FLUIDS SYSTEMS
GREGG PIONTEK
21920 MERCHANTS WAY
KATY, TX 77449

NORTH DAKOTA DEPT OF HEALTH
ENVIRONMENTAL HEALTH SECTION
918 E DIVIDE AVE
BISMARCK, ND 58501-1947

NORTH DAKOTA INDUSTRIAL COMMISSION OIL
AND GAS DIVISION
600 EAST BOULEVARD AVE
DEPT 405
BISMARK, ND 58505-0840

NORTON ROSE FULBRIGHT US LLP
(COUNSEL FOR THE UCC)
ATTN JASON L. BOLAND, WILLIAM R. GREENDYKE
1301 MCKINNEY, SUITE 5100
HOUSTON, TX 77010

NORTON ROSE FULBRIGHT US LLP
(COUNSEL FOR THE UCC)
ATTN LOUIS. R. STRUBECK, JR., KRISTIAN W. GLUCK
2200 ROSS AVENUE, SUITE 3600
DALLAS, TX 75201-7932

NYS DEPT OF ENVIRONMENTAL CONSERVATION
CHURCH ST STA
PO BOX 3782
NEW YORK, NY 10008-3782

OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
200 CONSTITUTION AVE NW
WASHINGTON, DC 20210

OFFICE OF THE ATTORNEY GENERAL
PO BOX 110300
DIAMOND COURTHOUSE
JUNEAU, AK 99811-0300

OFFICE OF THE ATTORNEY GENERAL
ALABAMA STATE HOUSE
11 SOUTH UNION STREET, THIRD FLOOR
MONTGOMERY, AL 36130

OFFICE OF THE ATTORNEY GENERAL
200 TOWER BUILDING
323 CENTER STREET, SUITE 200
LITTLE ROCK, AR 72201

OFFICE OF THE ATTORNEY GENERAL
1525 SHERMAN ST 5TH FL
DENVER, CO 80203

OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA
THE CAPITOL PL-01
TALLAHASSEE, FL 32399-1050

OFFICE OF THE ATTORNEY GENERAL
100 WEST RANDOLPH ST
CHICAGO, IL 60601

OFFICE OF THE ATTORNEY GENERAL
120 SW 10TH AVE 2ND FL
TOPEKA, KS 66612-1597

OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL, ROOM 116
700 CAPITOL AVENUE
FRANKFORT, KY 40601-3449

OFFICE OF THE ATTORNEY GENERAL
STATE CAPITOL, 24TH FLOOR
300 CAPITOL DRIVE
BATON ROUGE, LA 70802

OFFICE OF THE ATTORNEY GENERAL
PO BOX 94095
BATON ROUGE, LA 70804

OFFICE OF THE ATTORNEY GENERAL
200 ST. PAUL PLACE
BALTIMORE, MD 21202

OFFICE OF THE ATTORNEY GENERAL
G. MENNEN WILLIAMS BUILDING, 7TH FLOOR
525 W. OTTAWA ST.
PO BOX 30212
LANSING, MI 48909

OFFICE OF THE ATTORNEY GENERAL
CARROLL GARTIN JUSTICE BUILDING
450 HIGH STREET
JACKSON, MS 39201

OFFICE OF THE ATTORNEY GENERAL
PO BOX 220
JACKSON, MS 39205

OFFICE OF THE ATTORNEY GENERAL
JUSTICE BUILDING
215 N. SANDERS
HELENA, MT 59620

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
PO BOX 201401
HELENA, MT 59620-1401

OFFICE OF THE ATTORNEY GENERAL
STATE CAPITOL
600 E. BOULEVARD AVE., DEPT. 125
BISMARCK, ND 58505

OFFICE OF THE ATTORNEY GENERAL
STATE CAPITOL
PO BOX 98920
LINCOLN, NE 68509

OFFICE OF THE ATTORNEY GENERAL
DEPUTY AG JEFF KOZIAR
PO BOX 080
TRENTON, NJ 08625-0080

OFFICE OF THE ATTORNEY GENERAL
DEPUTY AG JEFF KOZIAR
25 MARKET ST
CN 080
TRENTON, NJ 08625

OFFICE OF THE ATTORNEY GENERAL
P.O. DRAWER 1508
SANTA FE, NM 87504-1508

OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL - 2ND FLOOR
ALBANY, NY 12224-0341

OFFICE OF THE ATTORNEY GENERAL
STATE OFFICE TOWER
30 E BROAD ST 17TH FL
COLUMBUS, OH 43215-3428

OFFICE OF THE ATTORNEY GENERAL
313 NE 21ST STREET
OKLAHOMA CITY, OK 73105

OFFICE OF THE ATTORNEY GENERAL
STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE ATTORNEY GENERAL
500 CHARLOTTE AVENUE
NASHVILLE, TN 37243

OFFICE OF THE ATTORNEY GENERAL
1412 MAIN STREET
SUITE 810
DALLAS, TX 75202

OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548- MC 008
AUSTIN, TX 78711-2548

OFFICE OF THE ATTORNEY GENERAL
STATE CAPITOL, ROOM 236
SALT LAKE CITY, UT 84114

OFFICE OF THE ATTORNEY GENERAL
UTAH STATE CAPITOL COMPLEX
EAST OFFICE BLDG, SUITE 320
SALT LAKE CITY, UT 84114-2320

OFFICE OF THE ATTORNEY GENERAL
900 EAST MAIN STREET
RICHMOND, VA 23219

OFFICE OF THE ATTORNEY GENERAL
1900 KANAWHA BLVD. EAST, ROOM 26E
CHARLESTON, WV 25305-9924

OFFICE OF THE ATTORNEY GENERAL
123 CAPITOL
200 W. 24TH STREET
CHEYENNE, WY 82002

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
BANKRUPTCY DIVISION
(COUNSEL FOR UNCLAIMED PROPERTY DIVISION OF THE
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS)
ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN
ASSISTANT ATTORNEYS GENERAL,PO BOX 12548-MC 008
AUSTIN, TX 78711-2548

OFFICE OF UNITED STATES TRUSTEE
515 RUSK STREET, SUITE 3516
ATTN: HECTOR DURAN, JR
HOUSTON, TX 77002

OHIO ATTORNEY GENERAL
(COUNSEL FOR OHIO DNR AND OHIO EPA)
ATTN MICHAEL E. IDZKOWSKI, TIMOTHY J. KERN
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH 43215

OHIO DEPT OF NATURAL RESOURCES
2045 MORSE ROAD
COLUMBUS, OH 43229-6693

OHIO ENVIRONMENTAL PROTECTION AGENCY
LAZARUS GOV'T CTR
50 W TOWN ST, STE 700
PO BOX 1049
COLUMBUS, OH 43216-1049

OK DEPARTMENT OF ENVIRONMENTAL QUALITY
PO BOX 2036
OKLAHOMA CITY, OK 73101-2036

OKIN ADAMS LLP
(COUNSEL FOR WELL WATER SOLUTIONS AND RENTALS INC)
ATTN MATTHEW S. OKIN, JOHN THOMAS OLDHAM
1113 VINE STREET, SUITE 240
HOUSTON, TX 77002

OKLAHOMA CORPORATION COMMISSION
2101 NORTH LINCOLN BLVD.
OKLAHOMA CITY, OK 73105

OKLAHOMA CORPORATION COMMISSION MOEA TR
2101 N LINCOLN BLVD RM 460
OKLAHOMA CITY, OK 73105-4904

OKLAHOMA COUNTY TREASURER
ATTN TAMMY JONES
320 ROBERT S. KERR, ROOM 307
OKLAHOMA, OK 73102

OKLAHOMA DEPARTMENT OF WILDLIFE CONSERVATION
1801 N LINCOLN
OKLAHOMA CITY, OK 73105

OKLAHOMA DEPT OF ENVIRONMENTAL QUALITY
707 N ROBINSON
OKLAHOMA CITY, OK 73102

OKLAHOMA DEPT OF ENVIRONMENTAL QUALITY
PO BOX 1677
OKLAHOMA CITY, OK 73101-1677

ORENSTEIN LAW GROUP, P.C.
COUNSEL FOR DALLAS/FORT WORTH INTERNATION AIRPORT
BOARD, CITY OF DALLAS, AND CITY OF FORT WORTH)
ATTN ROSA R. ORENSTEIN, NATHAN M. NICHOLS
1201 ELM STREET, SUITE 4020
DALLAS, TX 75270

ORRICK, HERRINGTON & SUTCLIFFE LLP
(COUNSEL FOR ROYAL BANK OF CANADA)
ATTN RYAN WOOTEN
609 MAIN STREET
40TH FLOOR
HOUSTON, TX 77002

ORRICK, HERRINGTON & SUTCLIFFE LLP
(COUNSEL FOR ROYAL BANK OF CANADA)
ATTN RANIERO D'AVERSA, LAURA METZGER
51ST WEST 52ND STREET
NEW YORK, NY 10019-6142

PA DEPT OF ENVIRONMENTAL PROTECTION
PO BOX 2833
HARRISBURG, PA 17105-2833

PADFIELD & STOUT, L.L.P.
(COUNSEL FOR JOHN E. JOHNSON AND JOHNSON OIL
PARTNERSHIP)
ATTN JOHN E. JOHNSON
705 ROSS AVENUE
DALLAS, TX 75202

PARK ENERGY SERVICES LLC
JOHN D. SELDENRUST
1015 NORTH BROADWAY AVENUE
SUITE 301
OKLAHOMA CITY, OK 73102

PATEL GAINES, PLLC
(COUNSEL FOR KIDWILL, STOCKYARDS, FFW, AND TCB)
ATTN LANCE H. "LUKE" BESHARA
221 WEST EXCHANGE, SUITE 206A
FORT WORTH, TX 76164

PATTERSON-UTI DRILLING COMPANY LLC
ANDREW HENDRICKS
10713 WEST SAM HOUSTON PKW NORTH
SUITE 800
HOUSTON, TX 77064

PATTTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL FOR BRANDES INVESTMENT PARTNERS, L.P.)
ATTN DANIEL K. LOWENTHAL, LANCE M. KODISH
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

PAUL HASTINGS LLP
(COUNSEL FOR MUFG)
ATTN BROOCKS M. WILSON
600 TRAVIS STREET, FIFTY-EIGHTH FLOOR
HOUSTON, TX 77002

PAUL HASTINGS LLP
(COUNSEL FOR MUFG)
ATTN JUSTIN RAWLINS, AARON GOBER-SIMS
515 SOUTH FLOWER STREET
TWENTY-FIFTH FLOOR
LOS ANGELES, CA 90071

PENNSYLVANIA DEPT OF
ENVIRONMENTAL PROTECTION
RACHEL CARSON STATE OFFICE BLDG
400 MARKET ST
HARRISBURG, PA 17101

PENNSYLVANIA FISH & BOAT COMMISSION
PO BOX 67000
HARRISBURG, PA 17106-7000

PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
ATTN JOSH SHAPIRO
SENIOR DEPUTY ATTORNEY GENERAL
STRAWBERRY SQUARE, 14TH FLOOR
HARRISBURG, PA 17120

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
(COUNSEL FOR SHELDON INDEPENDENT SCHOOL DISTRICT)
ATTN OWEN M. SONIK
1235 NORTH LOOP WEST
SUITE 600
HOUSTON, TX 77008

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
(COUNSEL FOR DAWSON COUNTY CENTRAIL APPRAISAL
DISTRICT, MIDLAND COUNTY, UPTON COUNTY APPRAISAL
DISTRICT)
ATTN LAURA J. MONROE
PO BOX 817
LUBBOCK, TX 79408

PINNERGY LTD
JUSTIN TAYLOR
111 CONGRESS AVENUE
SUITE 2020
AUSTIN, TX 78701

PORTER HEDGES LLP
(COUNSEL TO GLASS MOUNTAIN PIPELINE, LLC)
ATTN JOSHUA WOLFHOHL, ESQ.
1000 MAIN STREET, 36TH FLOOR
HOUSTON, TX 77002

PRA RECEIVABLES MANAGEMENT
(ON BEHALF OF SYNCHRONY BANK)
ATTN VALERIE SMITH
PO BOX 41021
NORFOLK, VA 23541

QUINN EMANUEL URQUHART & SULLIVAN LLP
(COUNSEL FOR BRIGAGE)
ATTN PATRICA B. TOMASCO, CHRISTOPHER PORTER, DEVI
VAN DER HAHN
711 LOUISIANA STREET, SUITE 500
HOUSTON, TX 77002

QUINN EMANUEL URQUHART & SULLIVAN, LLP
(COUNSEL FOR BRIGADE)
ATTN BENJAMIN I. FINESTONE, KATE SCHERLING
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010

RAILROAD COMMISSION OF TEXAS
OIL & GAS DIVISION
PO BOX 12967
AUSTIN, TX 78711-2967

RAILROAD COMMISSION OF TEXAS
OIL & GAS DIVISION
1701 N. CONGRESS
AUSTIN, TX 75701

REEVES COUNTY APPRAISAL DISTRICT
PO BOX 1229
PECOS, TX 79772-1229

RITCHESON, LAUFFER & VINCENT, P.C.
(COUNSEL FOR FRANK BLAZEK)
ATTN CHARLES E. LAUFFER, JR.
TWO AMERICAN CENTER
821 ESE LOOP 323, SUITE 530
TYLER, TX 75701

ROLFSON OIL LLC
JASON BURGER
2414 SCHILKE DR
WATFORD CITY, ND 58854

ROSS & SMITH, PC
(COUNSEL TO PETTY BUSINESS ENTERPISES, LP)
ATTN ROSS & SMITH, PC
700 N. PEARL STREET, SUITE 1610
DALLAS, TX 75201

ROSS, BANKS, MAY, CRON & CAVIN, P.C.
(COUNSEL FOR CATERPILLAR FINANCIAL SERVICES CORP.)
ATTN JOHN MAYER
7700 SAN FELIPE, SUITE 550
HOUSTON, TX 77063

SCHLUMBERGER TECHNOLOGY CORP
OLIVIER LE PEUCH
3600 BRIARPARK DRIVE
HOUSTON, TX 77042

SCOTT, DOUGLASS & MCCONNICO, LLP
(COUNSEL FOR CHASPEAKE EXPLORATION, LLC AND
CHESAPEAKE OPERATING, LLC)
ATTN CHRISTOPHER D. SILEO, AMY L. DASHIELL,
ANTHONY J. ARGUIJO
303 COLORADO STREET, SUITE 2400
AUSTIN, TX 78701

SEABOARD INTERNATIONAL INC
TERRI CONNER
13822 FURMAN ROAD
SUITE J
HOUSTON, TX 77047

SEARCY & SEARCY, P.C.
(COUNSEL FOR GENESIS ENDEAVORS, LLC)
ATTN CALLAN C. SEARCY
P.O. BOX 3929
LONGVIEW, TX 75606

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES AND EXCHANGE COMMISSION
200 VESEY STREET
SUITE 400
NEW YORK, NY 10281

SHIPMAN & GOODWIN LLP
(COUNSEL FOR GARTNER, INC.)
ATTN ERIC S. GOLDSTEIN, ESQ.
0NE CONSTITUTIONAL PLAZA
HARTFORD, CT 06103-1919

SIDLEY AUSTIN LLP
(COUNSEL FOR MUFG UNION BANK, N.A.)
ATTN: DUSTON MCFAUL, MAEGAN QUEJADA
1000 LOUISIANA STREET, SUITE 5900
HOUSTON, TX 77002

SIDLEY AUSTIN LLP
(COUNSEL FOR MUFG UNION BANK, N.A.)
ATTN: JENNIFER C. HAGLE, ALLISON ROSS STROMBERG,
JACKSON T. GARVEY
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

SOUTH TEXAS FENCING & TRENCHING SVS
ARMANDO BENAVIDES
3248 W HIGHWAY 44
ALICE, TX 78332

STATE OF ALABAMA OIL & GAS BOARD
420 HACKBERRY LANE
TUSCALOOSA, AL 35401

STATE OF LOUISIANA OFFICE OF
CONSERVATION
617 N 3RD STREET
LASALLE BUILDING
BATON ROUGE, LA 70802

STATE OF NEW JERSEY DIVISION OF TAXATION
PO BOX 666
TRENTON, NJ 08646-0666

SUSQUEHANNA GAS FIELD SERVICES LLC
BILL RUARK
131 FRANTZ ROAD, BOX 127
MESHOPPEN, PA 18630

SUSQUEHANNA RIVER BASIN COMMISSION
4423 NORTH FRONT STREET
HARRISBURG, PA 17110

TAX EXECUTIVES INSTITUTE OKLAHOMA CITY CHAPTER
1200 G ST NW, STE 300
WASHINGTON, DC 20005

TENNESSEE DEPT OF
ENVIRONMENT & CONSERVATION
312 ROSA L PARK AVE
TN TOWER - 2ND FL
NASHVILLE, TN 37243

TETRA TECHNOLOGIES
ELIJIO V. SERRANO
24955 INTERSTATE 45 NORT
THE WOODLANDS, TX 77380

TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY
12100 PARK 35 CIRCLE
AUSTIN, TX 78753

TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY
PO BOX 13087
AUSTIN, TX 78711-3087

TEXAS FUELING SERVICES INC
MASON DUNCAN
4220 LAURA KOPPE
HOUSTON, TX 77016-5029

TEXAS RAILROAD COMMISSION
RAILROAD COMMISSSION OF TEXAS
1701 N. CONGRESS
AUSTIN, TX 78701

THE BANK OF NEW YORK MELLON TRUST CO, NA
THOMAS P. GIBBONS
2 N. LASALLE STREET
SUITE 1020
CHICAGO, IL 60602

THE BANK OF NEW YORK MELLON TRUST CO, NA
THOMAS P. GIBBONS
2 N. LASALLE STREET
SUITE 1020
CHICAGO, IL 60602

THE BANK OF NEW YORK MELLON TRUST CO, NA
THOMAS P. GIBBONS
2 N. LASALLE STREET
SUITE 1020
CHICAGO, IL 60602

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
ATTN GARY BUSH
240 GREENWICH STREET, 7TH FLOOR
NEW YORK, NY 10286

THE BANK OF NEW YORK TRUST COMPANY, N.A.
2 N. LASALLE STREET
SUITE 1020
CHICAGO, IL 60602

THE LAW OFFICE OF MARK A. WEISBART
(COUNSEL FOR MESA NATURAL GAS SOLUTIONS, LLC)
ATTN MARK A. WEISBART, ESQ.
12770 COIT RD., SUITE 541
DALLAS, TX 75251

THE WILLIAMS COMPANIES, INC.
ATTN TYLER EVANS
ONE WILLIAMS CENTER, SUITE 4700
TULSA, OK 74172

THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
(COUNSEL FOR MANSFIELD OIL COMPANY OF GAINESVILLE INC)
ATTN: ALBERT F. NASUTI, ESQ.
40 TECHNOLOGY PARKWAY SOUTH, SUITE 300
PEACHTREE CORNERS, GA 30092

THRU TUBING SOLUTIONS INC
ROGER SCHULTZ
11515 S. PORTLAND AVE.
OKLAHOMA CITY, OK 73170

TOTAL E&P USA INC
JEAN-PIERRE SBRAIRE
1201 LOUISIANA STREET
SUITE 1800
HOUSTON, TX 77002

TREVINO HAYNES, LLP
(COUNSEL FOR HOWLAND ENGINEERING AND SURVEYING CO)
ATTN ALISON WHITE HAYNES
3910 E. DEL MAR BLVD., SUITE 107
LAREDO, TX 78045

U.S. ATTORNEY'S OFFICE, SOUTHERN DISTRICT OF TX
(COUNSEL FOR FERC)
ATTN RICHARD A. KINCHELOE
1000 LOUISIANA ST., SUITE 2300
HOUSTON, TX 77002

U.S. BANK NATIONAL ASSOCIATION
ANDREW CECERE
8 GREENWAY PLAZA, SUITE 1100
CORPORATE TRUST SERVICES
HOUSTON, TX 77046

U.S. DEPARTMENT OF JUSTICE
(COUNSEL FOR THE U.S. DEPARTMENT OF THE INTERIOR)
ATTN TIFFINEY CARNEY
CIVIL DIVISION
P.O. BOX 875 - BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

UNION PACIFIC RAILROAD COMPANY
ATTN DANIEL A. LEIS
1400 DOUGLAS STREET, STOP 1690
OMAHA, NE 68179

UNION PACIFIC RAILROAD COMPANY
ATTN TONYA W. CONLEY, LILA L. HOWE
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179

UNITED STATES BUREAU OF INDIAN AFFAIRS
DEPARTMENT OF THE INTERIOR
1849 C STREET NW
MS-4606
WASHINGTON, DC 20240

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
1200 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20460

UNITED STATES ENVIRONMENTAL SERVICES, L.L.C.
14950 HEATHROW FOREST PARKWAY STE 470
HOUSTON, TX 77032

UNITED STATES ENVIRONMENTAL SERVICES, L.L.C.
365 CANAL STREET, SUITE 2500
NEW ORLEANS, LA 70130

UNITED STATES SECURITY AND EXCHANGE COMMISSION
ATTN JOLENE M. WISE
75 W. JACKSON BLVD. SUITE 1450
CHICAGO, IL 60604

US ARMY CORPS OF ENGINEERS
441 G STREET NW
WASHINGTON, DC 20314-1000

US ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA STE 2300
HOUSTON, TX 77002

USA COMPRESSION PARTNERS LLC
JIM JONES
111 CONGRESS AVENUE
SUITE 2400
AUSTIN, TX 78701

USDA OFFICE OF THE GENERAL COUNSEL
(COUNSEL FOR THE US FOREST SERVICE)
ATTN STEVE HIRSCH
ROOM 107W WHITTEN BUILDING
1400 INDEPENDENCE AVE, SW
WASHINGTON, DC 20250-1400

UTAH DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL, GAS, AND MINING
1594 WEST NORTH TEMPLE, SUITE 1210
PO BOX 145801
SALT LAKE CITY, UT 84114

UTAH DEPT OF ENVIRONMENTAL QUALITY
195 NORTH 1950 WEST
SALT LAKE CITY, UT 84114

UTAH DEPT OF ENVIRONMENTAL QUALITY
PO BOX 144810
SALT LAKE CITY, UT 84114-4810

VALVEWORKS USA INC
RICK ROBERTS
1650 SWAN LAKE ROAD
BOSSIER CITY, LA 71111

VICTORIA COUNTY TAX A/C
PO BOX 2569
VICTORIA, TX 77902-2569

Master Service List as of 10/19/2020 17:00:31

VIRGINIA DEPT OF ENVIRONMENTAL QUALITY
629 E MAIN ST
RICHMOND, VA 23218

VIRGINIA DEPT OF ENVIRONMENTAL QUALITY
PO BOX 1105
RICHMOND, VA 23218

VIRIGNIA DEPARTMENT OF MINES MINERALS AND ENERGY
DIVISION OF GAS AND OIL
3405 MOUNTAIN EMPIRE RD
PO DRAWER 900
BIG STONE GAP, VA 24219

WALLER LANSDEN DORTCH & DAVIS, LLP
(COUNSEL TO BRISCOE RANCH, INC AND RANCHO LA
COCHINA MINERALS, LTD.)
ATTN MARK C. TAYLOR
100 CONGRESS AVE., SUITE 1800
AUSTIN, TX 78701

WEST VIRGINIA DIVISION OF
ENVIRONMENTAL PROTECTION
601 57TH ST SE
CHARLESTON, WV 25304

WEST VIRGINIA SECRETARY OF STATE
CORPORATIONS DIVISION
1900 KANAWHA BLVD EAST BLDG 1 STE 157K
CHARLESTON, WV 25305-0770

WHITAKER CHALK SWINDLE & SCHWARTZ PLLC
(COUNSEL FOUR P FAMILY HOLDINGS, LP AND BYRD
FAMILY LIMITED PARTNERSHIP)
ATTN D. PRICHARD BEVIS, JR.
301 COMMERCE STREET, SUITE 3500
FORT WORTH, TX 76102

WIENER, WEISS & MADISON, APC
(COUNSEL FOR CADDO PARISH)
ATTN PATRICK L. MCCUNE
445 LOUISIANA AVENUE
BATON ROUGE, LA 70802

WIENER, WEISS & MADISON, APC
(COUNSEL FOR CADDO PARISH, IDB OF CADDO PARISH)
P.O. BOX 21990
SHREVEPORT, LA 71120-1990

WILLIAMS COMPANIES INC
ALAN S. ARMSTRONG
ONE WILLIAMS CENTER
PO BOX 2400
TULSA, OK 74102-2400

WILMINGTON SAVINGS FUND SOCIETY, FSB
ATTN PATRICK J. HEALY
500 DELAWARE AVENUE
WILMINGTON, DE 19801

WINSTEAD PC
(COUNSEL FOR WELLS FARGO BANK, NA)
ATTN: PHILLIP LAMBERSON, ANNMARIE CHIARELLO
500 WINSTEAD BUILDING
2728 N. HARWOOD STREET
DALLAS, TX 75201

WV OIL & GAS CONSERVATION COMM
601 57TH ST SE
CHARLESTON, WV 25304-2300

WY OFFICE OF STATE LANDS
122 W 25TH ST
CHEYENNE, WY 82001-3004

WY OIL & GAS CONSERVATION FUND
PO BOX 2640
CASPER, WY 82602-2640

WYOMING BUREAU OF LAND MANAGEMENT
2987 PROSPECTOR DR
CASPER, WY 82604-2968

WYOMING DEPT OF ENVIRONMENTAL QUALITY
200 W 17TH ST
CHEYENNE, WY 82002

WYOMING OIL AND GAS
CONSERVATION COMMISSION
2211 KING BOULEVARD
CASPER, WY 82602