UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION, *et al.*,[1] | ) ) ) | Case No. 20-33233 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**ORDER LIFTING STAY TO ALLOW MADISON HENDRIX; TRACI HENDRIX, INDIVIDUALLY AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF BRADLEY HENDRIX; NORMA LYN MALDONADO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BRIAN AMADOR MALDONADO; AND ERIKA BEDDINGFIELD, INDIVIDUALLY AND AS NEXT FRIEND OF M.B., A MINOR, AND AS REPRESENTATIVE OF THE ESTATE OF WINDELL BEDDINGFIELD, DECEASED FOR RELIEF FROM STAY TO CONCLUDE PENDING TEXAS STATE COURT LITIGATION**

On ___, 2020, this Court held a hearing on the Motion of Madison Hendrix; Traci Hendrix, Individually and as the Personal Representative of the Estate of Bradley Hendrix; Norma Lyn Maldonado, Individually and as Representative of the Estate of Brian Amador Maldonado; and Erika Beddingfield, Individually, and as Next Friend of M.B., a Minor, and as Representative of the Estate of Windell Beddingfield, Deceased for Relief from Stay to Conclude Pending Texas State Court Litigation (the "Motion")[2] filed by the Movants. After considering all evidence admitted at the hearing and the arguments of counsel, the Court finds that the Motion has merit and should be granted.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

37. IT IS THEREFORE ORDERED that the automatic stay is hereby lifted to allow the Movants to pursue the claims and causes of action asserted against the Texas Actions Defendant Debtors in the lawsuits styled *Madison Hendrix, Individually, and as the Personal Representative of the Estate of Brad Hendrix v. Chesapeake Energy Corporation, CC Forbes LLC, Forbes Energy Services, LLC, Eagle PCO LLC, Wildhorse Resources Management Company, LLC,* Cause No. DC-20-0679; *Traci Hendrix, Individually and as Next of Kin to the Estate of Bradley Hendrix, Deceased v. Chesapeake Energy Corporation, Chesapeake Operating LLC, Forbes Energy Services Delaware LLC, C.C. Forbes Energy Services Ltd., A&L Hot Oil Service, Inc., and SDS Petroleum Consultants, LLC*, Cause No. DC-20-06937; *Norma Lyn Maldonado, Individually and As Representative of Brian Amador Maldonado, Deceased v. Chesapeake Operating, L.L.C., Chesapeake Energy Corporation, SDS Petroleum Consultants, L.L.C., A&L Hot Oil Service, Inc., Eagle PCO, L.L.C., Forbes Energy Services, Ltd., C.C. Forces, L.L.C.,* Cause No. DC-20-06809; and *Erika Beddingfield, Individually and As Next Friend of M.B., a Minor, and As Representative of the Estate of Windell Beddingfield, Deceased*, Cause No. DC-20-07024 (the "Pending Claims") in the Texas Court to final judgment, including any appeals and to to collect from the proceeds of any available insurance policies on any judgment rendered; *provided*, however, that any recovery on the Pending Claims will be enforceable only (i) against proceeds of insurance policies or (ii) as an unsecured prepetition claim against the Debtors subject to all applicable terms, restrictions, and limitations of the

automatic stay, any confirmed chapter 11 plan, and any bankruptcy discharge injunction.

Dated: _____, 2020
Houston, Texas

                                                          _____
                                                          DAVID R. JONES
                                                          UNITED STATES BANKRUPTCY JUDGE