UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| **CHESAPEAKE ENERGY CORPORATION,** *et al.*,[1] | ) ) ) | Case No. 20-33233 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**MOVANTS WITNESS AND EXHIBIT LIST IN
CONNECTION WITH THE HEARING ON NOVEMBER 20, 2020
[Relates to D.I. 1558]**

Madison Hendrix ("Madison Hendrix"); Traci Hendrix ("Traci Hendrix"), individually and as the personal representative of the Estate of Bradley Hendrix; Norma Lyn Maldonado ("Maldonado"), individually and as representative of the Estate of Brian Amador Maldonado; and Erika Beddingfield, individually, and as next friend of M.B., a minor, and as representative of the Estate of Windell Beddingfield ("Beddingfield" and collectively with Madison Hendrix, Traci Hendrix, and Maldonado, the "Movants"), submit the following Witness and Exhibit List for the hearing scheduled on November 20, 2020 at 2:00 p.m. (CDT), in the above-styled, jointly administered bankruptcy cases (the "Bankruptcy Cases") before the Honorable David R. Jones, United States Bankruptcy Judge, 515 Rusk, Houston, Texas 77002.

**WITNESS LIST**

The Movants may call the following witnesses:

1. Any witness listed, offered, or called by any other party, including the Debtors.

2. Any witness required for rebuttal or impeachment.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Plaintiff's Original Petition filed on May 14, 2020 (*Madison Hendrix, et al. v. Chesapeake Energy Corporation, et al.*, Cause No. DC-20-06798) | | | | |
| 2. | Plaintiff's Original Petition filed on May 14, 2020 (*Norma Lyn Maldonado, et al. v. Chesapeake Energy Corporation, et al.*, Cause No. DC-20-06809) | | | | |
| 3. | Plaintiff's Original Petition filed May 15, 2020 (*Traci Hendrix, et al. v. Chesapeake Energy Corporation, et al.*, Cause No. DC-20-06937) | | | | |
| 4. | Plaintiff's Original Petition filed May 19, 2020 (*Erika Beddingfield, et al. v. Chesapeake Energy Corporation, et al.*, Cause No. DC-20-07024 | | | | |
| 5. | Order dated November 3, 2020, authorizing deposition of Omar Balboa (*Secretary of Labor v. Chesapeake Energy Corporation*, OSHRC Docket No. 20-1200) | | | | |
| 6. | Any exhibits listed, designated, or offered by any other party. | | | | |
| 7. | Any exhibits necessary for rebuttal. | | | | |

The Movants reserve the right to modify, amend, or supplement this Exhibit and Witness List at any time. The Movants reserve the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with these Bankruptcy Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the November 20, 2020 Hearing. Designation of any exhibit above does not waive any objections the Movants may have to any exhibit listed on any other party's exhibit list.

Dated:   November 18, 2020

By: */s/ Jason A. Itkin*
ARNOLD & ITKIN LLP
Noah Wexler (TX Bar No. 24060816)
Jason A. Itkin. (TX Bar No. 2403246)
6009 Memorial Drive
Houston, TX 77007
Telephone: (713) 222-3850

- AND -

Laura Davis Jones
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400

*Counsel for Madison Hendrix*

- AND -

By: */s/ Omar G. Alvarez w/permission*
O.G. ALVAREZ & ASSOCIATES, P.C.
Omar G. Alvarez (TX Bar No. 24045402)
21022 Gathering Oak
San Antonio, TX 78260
Telephone: (210) 354-3900
Facsimile: (800) 948-7571
Email: ogalvarez@ogalvarezlaw.com

*Counsel for Norma Lyn Maldonado*

Michael P. Lyons
Texas State Bar No. 24013074
mlyons@lyons-simmons.com
Christopher J. Simmons
Texas State Bar No. 24058796
csimmons@lyons-simmons.com
Stephen Higdon
Texas State Bar No. 24087719
shigdon@lyons-simmons.com
LYONS & SIMMONS, LLP
2101 Cedar Springs Road, Suite 1900
Dallas, Texas 75201
214-665-6900 (Main)
214-665-6950 (Fax)

- AND-

Clark O. Brewster
Texas State Bar No. 786841
cbrewster@brewsterlaw.com
Guy A. Fortney
Oklahoma State Bar No. 17027
gfortney@brewsterlaw.com
Montgomery L. Lair
Oklahoma State Bar No. 17546
mlair@brewsterlaw.com
BREWSTER & DE ANGELIS, PLLC
2617 E. 21st Street
Tulsa, OK  74114
918-742-2021 (Main)
918-742-2197 (Fax)

-AND-

4

                            Chad J. Kutmas, OBA #19505
                            ckutmas@nwlawok.com
                            NORMAN WOHLGEMUTH
                            401 S. Boston Avenue, Suite 3200
                            Tulsa, OK 74103
                            (918) 583-7571 (office)
                            (918) 584-7846 (facsimile)

                            Counsel for Traci Hendrix

                            -AND-

                            By: */s/ Chad Parker w/permission*
                            J. CHAD PARKER, PLLC
                            J. Chad Parker (Texas Bar. No. 00786153)
                            3808 Old Jacksonville Road
                            Tyler, TX 75701
                            Telephone: 903-509-3400
                            Facsimile: 903-509-3401

                            *Counsel for Erika Beddingfield*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served concurrently with filing (a) by ECF upon all persons who have filed ECF appearances in this case, including counsel of record for the Debtors, counsel of for the Official Committee of Unsecured Creditors, and all parties requesting notice.

Dated: November 18, 2020

                                                  */s/ Jason A. Itkin*
                                                  Jason A. Itkin