## TXSDdb_Houston_Operation

**From:**         Gaynell Spigner <gaynellspigner7@gmail.com>
**Sent:**         Wednesday, November 18, 2020 5:12 PM
**To:**           TXSDdb_ECF_Helpdesk
**Subject:**      Fwd: USTP.Fraud dockets _ 1147 attach 1817-1803 to fraud & ID Theft. #601 of Thousands -Based on 2020 0070515 copies first degree theft before the words I D theft was known.


==CAUTION - EXTERNAL:==                                  United States Courts
                                                   Southern District of Texas
                                                          FILED
==CAUTION - EXTERNAL:==                          *November 19, 2020*

                                              David J. Bradley, Clerk of Court

P.S. This forged sale of ours
and the many thousands are
those BIA allotted leases CHY
& LP' do not pay royalty; Tatum as
Proof of theft of RR. Leases go back
years, sold year after year as a fake but;
profitable fake sale from one LP to the other
These (CHY) are records of BIA lease agreements
the Trusts that are never paid, but claim billion in the TRUST
Those send trust royalties, should go to the tribes, billions &
no running water at their house. Not enough t have a royalty waiting
 Instead sold over and over paying fraud sales recipients.
Change this. Division of Interest to the leaseholder in pay status.
Audit the billions to release those to the owners.
This court has pulled back the curtain, so to speak at all that is Wrong
&; illegal
We need protection from the wrong & illegal acts.




G.Spigner* Sent from my iPad

Begin forwarded message:

> **From:** Gaynell Spigner <gaynellspigner7@gmail.com>
> **Date:** November 18, 2020 at 14:31:11 PST
> **To:** district_ecf_helpdesk@txs.uscourts.gov
> **Subject: USTP.Fraud dockets _ 1147 attach 1817-1803 to fraud & ID Theft. #601 of Thousands -Based on 2020 0070515 copies first degree theft before the words I D theft was known.**


> Letter to the Judge David R. Jones,
> Appellate Judges; USTP.Bankruptcy FRAUD

In my own true words.
The Tatum, Ok. Owners
Gaynell Spigner 1809 Dockets
Etal demand protection
of our rights.
Object to insider sales of stolen
Leases.
Object to this crime against
Inherited rights.
Order- To Object to fraud.
Case 20 33233
Chesapeake & LP' Etal.
CHY-unlawful report
202020 0070515
Speaks Volumes
& volumes of how
the Industry is in need
of over site,Regulations.
The thousands of un leased
& active is a duplicate of
Tatum, Oklahoma.
Debt relief assets.
No! the un paid  leases going back
Some 1979, 1981 and un leased
Speaks volumes they
are from experience
Only an asset to this CHY & LP'
With Share to CHY as the lease
holder & for an operator.
Land royalty owner -0
Nothing. business plan
Zero. Equal to a slum
Renter that won't pay
their rent, or in this case
ROYALTY.
ORDER- No Questionable
CHY-TFU P.  report-Tatum,
Possible illegal-NO
Assets assuming or; Sales of
Un lease or; asset sale Etal
This is An Exclusive Court
Order of this Court.
In my own true words,

The Honorable Judge with Exclusive Jurisdiction in The Southern District of Tx.
Bankruptcy Court,

David R, Jones

Tatum Rep.
G.Spigner- JustArt
503-660-7741
G.Spigner* Sent from my iPad

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.