IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION, *et al.*,[1] | § § § | Case No. 20-33233 (DRJ) |
| Debtors. | § § § | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR DECEMBER 14, 2020, AT 1:30 P.M. (PREVAILING CENTRAL TIME), BEFORE JUDGE DAVID R. JONES AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 400, 515 RUSK STREET, HOUSTON, TEXAS 77002**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file their agenda for matters set for hearing on December 14, 2020, at 1:30 p.m. (prevailing Central Time).

## PRE-TRIAL CONFERENCE

1. Second Amended Joint Chapter 11 Plan of Reorganization of Chesapeake Energy Corporation and Its Debtor Affiliates [Docket No. 1644].

## OTHER MATTERS.

2. ***Delasandro Stay Motion.*** Stefanie Delasandro's Motion for Relief from the Automatic Stay as to Esquisto Resources II, LLC, Wildhorse Resources Management, LLC, WHR Eagle Ford LLC and Chesapeake Operating, LLC [Docket No. 1293].

   Responses Received:

   A. Debtors' Objection to Stefanie Delasandro's Motion for Relief from the Automatic Stay as to Esquisto Resources I, LLC, Wildhorse Resources Management, LLC, WHR Eagle Ford Llc and Chesapeake Operating, LLC [Docket No. 1642].

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

Related Documents:

A. Notice of (1) Reset Hearing on Stefanie Delasandro's Motion for Relief from the Automatic Stay as to Esquisto Resources II, LLC, Wildhorse Resources Management, LLC, WHR Eagle Ford LLC and Chesapeake Opeating, LLC [Doc. 1293] and (2) Hearing on the Delasandros' Motion for Rehearing or to Alter or Amend That Certain "Stipulation and Order by the Debtors Granting Relief from Automatic Stay" [Doc. No. 1091], Entered September 3, 2020, Pursuant to Fed. R. Bankr. P. 9023, or in the Alternative, for Relief from Such Order Pursuant to Fed. R. Bankr. P. 9024 [Doc. 1175] [Docket No. 1596].

B. Notice of (1) Reset Hearing on Stefanie Delasandro's Motion for Relief from the Automatic Stay as to Esquisto Resources II, LLC, Wildhorse Resources Management, LLC, WHR Eagle Ford LLC and Chesapeake Opeating, LLC [Doc. 1293] and (2) Hearing on the Delasandros' Motion for Rehearing or to Alter or Amend That Certain "Stipulation and Order by the Debtors Granting Relif from Automatic Stay" [Doc. No. 1091], Entered September 3, 2020, Pursuant to Fed. R. Bankr. P. 9023, or in the Alternative, for Relief from Such Order Pursuant to Fed. R. Bankr. P. 9024 [Doc. 1175] [Docket No. 1970].

**Status**:  This matter is going forward.

3. ***Delasandro Reconsider Motion.*** The Delasandros' Motion for Rehearing or to Alter or Amend That Certain "Stipulation and Order by the Debtors Granting Relief from Automatic Stay" [Docket No. 1091], Entered September 3, 2020, Pursuant to Fed. R. Bankr. P. 9023, or in the Alternative, for Relief from Such Order Pursuant to Fed. R. Bankr. P. 9024 [Docket No. 1175].

Responses Received:

A. Debtors' Objection to the Delasandros' Motion for Rehearing or to Alter or Amend That Certain "Stipulation and Order by the Debtors Granting Relief from Automatic Stay" [Docket No. 1091], Entered September 3, 2020, Pursuant to Fed. R. Bankr. P. 9023, or in the Alternative, for Relief from Such Order Pursuant to Fed. R. Bankr. P. 9024 [Docket No. 1329].

Related Documents:

A. Reply to Debtors' Objection to the Delasandros' Motion for Rehearing or to Alter or Amend That Certain "Stipulation and Order by the Debtors Granting Relief from Automatic Stay" [Docket No. 1091], Entered September 3, 2020, Pursuant to Fed. R. Bankr. P. 9023, or in the Alternative, for Relief from Such Order Pursuant to Fed. R. Bankr. P. 9024 [Docket No. 1361].

B. Notice of (1) Reset Hearing on Stefanie Delasandro's Motion for Relief from the Automatic Stay as to Esquisto Resources II, LLC, Wildhorse Resources Management, LLC, WHR Eagle Ford LLC and Chesapeake Opeating, LLC [Doc. 1293] and (2) Hearing on the Delasandros' Motion for Rehearing or to Alter or

       Amend That Certain "Stipulation and Order by the Debtors Granting Relief from Automatic Stay" [Doc. No. 1091], Entered September 3, 2020, Pursuant to Fed. R. Bankr. P. 9023, or in the Alternative, for Relief from Such Order Pursuant to Fed. R. Bankr. P. 9024 [Doc. 1175] [Docket No. 1596].

    C.    Notice of (1) Reset Hearing on Stefanie Delasandro's Motion for Relief from the Automatic Stay as to Esquisto Resources II, LLC, Wildhorse Resources Management, LLC, WHR Eagle Ford LLC and Chesapeake Opeating, LLC [Doc. 1293] and (2) Hearing on the Delasandros' Motion for Rehearing or to Alter or Amend That Certain "Stipulation and Order by the Debtors Granting Relif from Automatic Stay" [Doc. No. 1091], Entered September 3, 2020, Pursuant to Fed. R. Bankr. P. 9023, or in the Alternative, for Relief from Such Order Pursuant to Fed. R. Bankr. P. 9024 [Doc. 1175] [Docket No. 1970].

    **Status**: This matter is going forward.

4.    ***Bedsole Stay Motion.*** John H. Bedsole and Bedsole Land Company's Motion to Lift Automatic Stay [Docket No. 1248].

    Responses Received:

    A.    Debtors' Objection to John H. Bedsole and Bedsole Land Company's Motion for Relief from the Automatic Stay as to Debtor Chesapeake Louisiana, L.P. [Docket No. 1635].

    Related Documents:

    A.    Notice of Reset Hearing on Motions to Lift the Automatic Stay of John H. Bedsole and Bedsole Land Company and Rosa M. Byers [Docket No. 1513].

    B.    Notice of Consent to Reset Hearing on Motion to Lift Automatic Stay of John H. Bedsole and Bedsole Land Company [Docket No. 1713].

    C.    Notice of Consent to Reset Hearing on Motion to Lift Automatic Stay of John H. Bedsole and Bedsole Land Company [Docket No. 2191].

    **Status**: This matter is going forward.

5.  ***Hendrix Stay Motion.*** Motion of Madison Hendrix; Traci Hendrix, Individually and as Next of Kin to the Estate of Bradley Hendrix; Norma Lyn Maldonado, Individually and as Representative of the Estate of Brian Amador Maldonado; and Erika Beddingfield, Individually and as Next Friend of M.B., A Minor, and as Representative of the Estate of Windell Beddingfield, Deceased for Relief from Stay to Conclude Pending Texas State Court Litigation [Docket No. 1558].

    Responses Received:

    A.  Debtors' Limited Objection and Reservation of Rights to the Motion of Madison Hendrix; Traci Hendrix, Individually and as Next of Kin to the Estate of Bradley Hendrix; Norma Lyn Maldonado, Individually and as Representative of the Estate of Brian Amador Maldonado; and Erika Beddingfield, Individually, and as Next Friend of M.B., A Minor, and as Representative of the Estate of Windell Beddingfield, Deceased for Relief from Stay to Conclude Pending Texas State Court Litigation [Docket No. 1813].

    Related Documents:

    B.  *Proposed* Agreed Order (I) Granting Relief from the Automatic Stay, Effective as of January 4, 2021, and (II) Granting Related Relief [Docket No. 2215].

    **Status**:  This matter is resolved pending entry of the proposed Agreed Order filed at Docket No. 2215.

6.  ***Ramirez Stay Motion.*** Motion for Relief from the Automatic Stay [Docket No. 1606].

    Responses Received:  None.

    Related Documents:

    A.  Notice of Reset Hearing on Motion for Relief from the Automatic Stay [Docket No. 2085].

    B.  *Proposed* Joint Stipulation and Agreed Order By and Among Debtors and Catherine Ramirez Granting Relief from the Automatic Stay [Docket No. 2281].

    **Status**:  This matter is resolved pending entry of the proposed Stipulation and Agreed Order filed at Docket No. 2281.

7.  ***Balboa Stay Motion.*** Motion of Omar Balboa for for Relief from Stay to Conclude Pending Texas State Court Litigation [Docket No. 2219].

    Responses Received:  None.

Related Documents:

A.   *Proposed* Agreed Order (I) Granting Relief from the Automatic Stay, Effective as of January 4, 2021, and (II) Granting Related Relief [Docket No. 2284].

**Status**:  This matter is resolved pending entry of the proposed Agreed Order filed at Docket No. 2284.

## WITNESS-EXHIBIT LISTS

8.   Debtors' Witness and Exhibit List for Hearing Scheduled for December 14, 2020, at 1:30 P.M. (Prevailing Central Time) [Docket No. 2209].

9.   Delasandros' Amended Witness and Exhibit List [Docket Nos. 2273, 2330].

Houston, Texas
December 14, 2020

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| Kristhy M. Peguero (TX Bar No. 24102776) | Marc Kieselstein, P.C. (admitted *pro hac vice*) |
| Veronica A. Polnick (TX Bar No. 24079148) | Alexandra Schwarzman (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 300 North LaSalle Street |
| Houston, Texas 77010 | Chicago, Illinois 60654 |
| Telephone:   (713) 752-4200 | Telephone:   (312) 862-2000 |
| Facsimile:   (713) 752-4221 | Facsimile:   (312) 862-2200 |
| Email:   mcavenaugh@jw.com | Email:   patrick.nash@kirkland.com |
|          jwertz@jw.com |          marc.kieselstein@kirkland.com |
|          kpeguero@jw.com |          alexandra.schwarzman@kirkland.com |
|          vpolnick@jw.com | |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

**Certificate of Service**

      I certify that on December 14, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    */s/ Matthew D. Cavenaugh*
                                                    Matthew D. Cavenaugh