IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION § | | |
| et al, § | | CASE NO. 20-33233 (DRJ) |
| DEBTORS § | | (Jointly Administered) |

**ORDER GRANTING THE JOHNSON PARTIES
RELIEF FROM AUTOMATIC STAY AFTER HEARING**
(This Order Resolves Docket #____)

The Johnson Parties[1] filed a Motion for Relief from Stay. The Johnson Parties represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. After considering the Motion, Response and a hearing thereon, and for the reasons stated on the record, relief from stay is GRANTED.

Accordingly, it is **ORDERED** that the Johnson Parties are granted relief from the automatic stay to pursue the Pre-Petition Litigation to final judgment, including any appeals and to collect from the proceeds of any available insurance policies on any judgment rendered; and are granted such other and further relief as is just and proper.

**SIGNED** on _____, 2020.

_____
JUDGE PRESIDING

---

[1] Capitalized terms are defined in the Motion of Aarie Johnson, Individually and as Surviving Widow of Antorian Johnson, Dearrus Johnson, Individually and as Surviving Child of Antorian Johnson for Relief from the Automatic Stay to Continue Pending Louisiana District Court Litigation

Motion for Relief from Stay by the Johnson Parties
Chesapeake Energy Corporation, *et al.*, Debtors; Jointly Administered Under Case No. 20-33233
Page 1 of 1