IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION § | | |
| et al, § | | CASE NO. 20-33233 (DRJ) |
| DEBTORS § | | (Jointly Administered) |

ORDER GRANTING LUBA CASUALTY INSURANCE COMPANY[1]
RELIEF FROM AUTOMATIC STAY AFTER HEARING
(This Order Resolves Docket #____)

Luba Insurance filed a Motion for Relief from Stay seeking to allow it to pursue the Luba Action. Luba Insurance represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. After considering the Motion, Response and a hearing thereon, and for the reasons stated on the record, relief from stay is GRANTED.

Accordingly, it is **ORDERED** that Luba Insurance is granted relief from the automatic stay to pursue the Luba Action to final judgment, including any appeals, and to be reimbursed from the funds payable to the Johnson Parties; and granting Luba Insurance such other and further relief as is just and proper.

**SIGNED** on _____, 2020.

_____
JUDGE PRESIDING

---

[1] Capitalized terms are defined in the Luba Casualty Insurance Company Motion for Relief from the Automatic Stay