

ENTERED
02/23/2021

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CHESAPEAKE ENERGY CORPORATION, *et al.*,[1] | § | Case No. 20-33233 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | **Re Docket No. 2977** |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF KIRKLAND & ELLIS
LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD
FROM JUNE 28, 2020 THROUGH AND INCLUDING SEPTEMBER 30, 2020.**

Upon the *First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from June 28, 2020 Through and Including September 30, 2020* [Docket No. 2977] (the "Fee Application")[2] filed by Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "K&E"); and the Court having reviewed the Fee Application, the matters contained therein and exhibits thereto and finding that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, the Court orders as follows:

1.      Compensation to K&E for professional services rendered for the period from June 28, 2020 through and including September 30, 2020 (the "Fee Period"), is allowed on a final basis for the Debtors in the amount of $8,746,427.50.

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake.  The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

[2]     Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

2.      Reimbursement to K&E for expenses incurred during the Fee Period is allowed on a final basis for the Reorganized Debtors in the amount of $121,613.83.

3.      The Debtors are authorized to pay K&E all unpaid fees and expenses allowed pursuant to this Order.

**Signed:  February 23, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**