# IN THE UNITED STATES BANKRUTPCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re § | |
| § | |
| **Chesapeake Exploration, L.L.C.** § | **Case No. 20-33239** |
| § | |
| Debtor § | **(Chapter 11)** |

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Chesapeake Exploration L.L.C.   Case No. 20-33239 |
| Creditor Name and Address: | Jacqueline Elizabeth Ballard<br>c/o Patrick H. Autry<br>Branscomb PLLC |
| Court Claim Number (if known): | 16 |
| Date Claim Filed: | 10/13/2020 |
| Total Amount of Claim(s) Filed: | No amount |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: March 16, 2021       __/s/ Patrick H. Autry_____
                            Print Name: Patrick H. Autry
                            Title (if applicable): Attorney
                            Branscomb PLLC
                            Lockhill Crossing, Suite 206
                            4630 N. Loop 1604 E.
                            San Antonio, TX  78249

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

{C2416668.DOCX:1}

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the
debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near
the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be
withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

{C2416668.DOCX:1}