

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
04/21/2021

|  |  |
|---|---|
| In re:<br><br>CHESAPEAKE ENERGY CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-33233  (DRJ)<br><br>(Jointly Administered) |

**ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATION OF NORTON**
**ROSE FULBRIGHT US LLP FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**JULY 13, 2020 THROUGH FEBRUARY 9, 2021**
[RELATES TO DKT. NO. 3327]

Upon consideration of the *Second Interim and Final Fee Application of Norton Rose Fulbright US LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from July 13, 2020 through February 9, 2021* (the "Application"), pursuant to sections 328 and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy rules of the United States Bankruptcy Court for the Southern District of Texas and the Guidelines for Compensation and Expense Reimbursement of Professionals in Chapter 11 Cases located in Appendix F thereto (the "Local Rules"), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 656] (the "Interim Compensation Order"), for approval, allowance, and payment of compensation for professional services

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

101986672.1

rendered and reimbursement of actual and necessary expenses incurred during the period commencing July 13, 2020 through and including February 9, 2021; and the Court having jurisdiction to consider the Application and the relief requested herein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to all parties required under Bankruptcy Rule 2002(a)(6); and it appearing that no other or further notice need be provided; and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Application is GRANTED to the extent set forth;

2. The fees for professional services rendered during the time periods set forth in the Application are allowed in the amount of $1,961.573.50 pursuant to section 331 of the Bankruptcy Code and approved on an interim basis under section 330 of the Bankruptcy Code;

3. The reimbursement for expenses incurred during the time period set forth in the Application is allowed in the amounts of $56,486.80;

4. The Debtors are authorized to pay the "Fees Allowed," inclusive of any applicable holdback, and the "Expenses Allowed" in satisfaction of all such allowed fees and expenses that have not previously been paid pursuant to the Interim Compensation Order or otherwise, for a total amount of $2,018,060.30.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed:  April 20, 2021.**

_____

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

101986672.1