

ENTERED
04/21/2021

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION, *et al.*,[1] | Case No. 20-33233 (DRJ) |
| | (Jointly Administered) |
| Debtors. | (Docket No. 3324) |

**ORDER GRANTING ALIXPARTNERS, LLP'S JOINT (I) SECOND**
**INTERIM FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2020**
**THROUGH FEBRUARY 9, 2021 AND (II) FINAL FEE APPLICATION**
**FOR THE PERIOD JULY 14, 2020 THROUGH FEBRUARY 9, 2021 FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL**
**ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the fee application (the "Application")[2] of AlixPartners, LLP ("AlixPartners"), as

financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of

Chesapeake Energy Corporation and its affiliates (collectively, the "Debtors"), for entry of an order

(this "Order") approving the *AlixPartners, LLP's Application of Joint (i) for Allowance and Payment*

*of (i) Second Interim Fee Application for the Period October 1, 2020 through February 9, 2021;*

*and (ii) Final Fee Application for the Period July 14, 2020 through February 9, 2021 for Allowance*

*of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Financial*

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

*Advisor to the Official Committee of Unsecured Creditors*; and the Court having jurisdiction over the Application; and due and adequate notice of the Application having been given pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; and the Court having read and considered the Application; objections to the Application, if any, and arguments of counsel, if any; and any objections to the Application having been resolved or overruled; and after due deliberation and for good cause shown, it is HEREBY ORDERED THAT:

1. The Application is granted as set forth herein.

2. AlixPartners is hereby awarded, on an interim basis, the allowance of $5,110,709.50 as compensation for professional services rendered, and $2,036.96 for reimbursement of expenses incurred during the Second Interim Period;

3. AlixPartners is hereby awarded, on final basis, the allowance of $8,627,580.00 (including a Holdback of $1,725,516.00) as compensation for professional services rendered, and $18,927.26 for reimbursement of expenses incurred during the Final Period and Post-Effective Fees of $25,000.00, for a total amount $8,671,507.26;

4. The Debtors are hereby authorized to pay AlixPartners the outstanding amount of $2,295,992.80 within ten (10) business days of entry of this Order;

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  April 20, 2021.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

3