IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION, *et al.*,[1] | § § § | Case No. 20-33233 (DRJ) |
| Reorganized Debtors. | § § § § | (Jointly Administered) **RE: Docket Nos. 3543, 3544, 3545, 3546** |

## OMNIBUS CERTIFICATE OF NO OBJECTION

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel for the above-captioned reorganized debtors (before the Effective Date of the Plan, the "Debtors," and after the Effective Date of the Plan, the "Reorganized Debtors") certifies as follows:

1. On April 26, 2021, the Reorganized Debtors filed the following documents:

    a. *Reorganized Debtors' Eleventh Omnibus Objection to Certain Proofs of Claim (Amended Claims)* [Docket No. 3543] (the "Eleventh Omnibus Objection");

    b. *Reorganized Debtors' Twelfth Omnibus Objection to Certain Proofs of Claim (Duplicate Claims)* [Docket No. 3544] (the "Twelfth Omnibus Objection");

    c. *Reorganized Debtors' Thirteenth Omnibus Objection to Certain Proofs of Claim (Cross-Debtor Duplicate Claims)* [Docket No. 3544] (the "Thirteenth Omnibus Objection"); and

    d. *Reorganized Debtors' Fourteenth Omnibus Objection to Certain Proofs of Claim (Reclassified Equity Claims)* [Docket No. 3546] (the "Fourteenth Omnibus Objection," and collectively with the Eleventh Omnibus Objection, Twelfth Omnibus Objection, and Thirteenth Omnibus Objection, the "Omnibus Objections").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

2. The deadline for parties to file responses to the relief requested in the Omnibus Objections was May 26, 2021 (the "Objection Deadline"). Certain claimants (the "Responding Claimants") filed responses to the relief requested in the Thirteenth Omnibus Objections or contacted counsel for the Reorganized Debtors informally.

3. Other than those received from the Responding Claimants, no responses to the relief requested in the Omnibus Objections were filed on the docket or received informally by counsel for the Reorganized Debtors.

4. The claims of the Responding Claimants have been removed from the attached proposed order on the Thirteenth Omnibus Objection. A redline of the schedules to the revised proposed order the Thirteenth Omnibus Objection is attached reflecting these changes.

5. The Reorganized Debtors request that the Court enter the attached proposed orders at its earliest convenience.

Houston, Texas
May 28, 2021

*/s/ Kristhy M. Peguero*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Kristhy M. Peguero (TX Bar No. 24102776) | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice* ) |
| Veronica A. Polnick (TX Bar No. 24079148) | Alexandra Schwarzman (admitted *pro hac vice*) |
| Victoria Argeroplos (TX Bar No. 24105799) | 300 North LaSalle Street |
| 1401 McKinney Street, Suite 1900 | Chicago, Illinois 60654 |
| Houston, Texas 77010 | Telephone:     (312) 862-2000 |
| Telephone:     (713) 752-4200 | Facsimile:     (312) 862-2200 |
| Facsimile:     (713) 752-4221 | Email:     patrick.nash@kirkland.com |
| Email:     mcavenaugh@jw.com |         alexandra.schwarzman@kirkland.com |
|         kpeguero@jw.com | |
|         vpolnick@jw.com | |
|         vargeroplos@jw.com | |
| | |
| *Co-Counsel to the Reorganized Debtors* | *Co-Counsel to the Reorganized Debtors* |

**Certificate of Service**

  I certify that on May 28, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                    */s/ Kristhy M. Peguero*
                    Kristhy M. Peguero

29122300v.1