IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION, *et al.*,[1] | § § § | Case No. 20-33233 (DRJ) |
| Reorganized Debtors. | § § § § | (Jointly Administered) **Re: Docket No. __** |

**ORDER SUSTAINING REORGANIZED DEBTORS' THIRTEENTH
OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM
(CROSS-DEBTOR DUPLICATE CLAIMS)**

Upon the objection (the "Objection")[2] of the above-captioned reorganized debtors (before the Effective Date of the Plan, the "Debtors," and after the Effective Date of the Plan, the "Reorganized Debtors") for entry of an order (this "Order") disallowing the Cross-Debtor Duplicate Claims, identified on **Schedule 1** attached hereto; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found support for this Objection in the Nance Declaration; and this Court having found that the Reorganized

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Reorganized Debtor Chesapeake Energy Corporation's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

[2] Capitalized terms used but not otherwise defined herein shall have the same meaning ascribed to them in the Objection.

Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Each Cross-Debtor Duplicate Claim identified on **Schedule 1** attached to this Order is disallowed in its entirety; *provided* that this Order will not affect the Remaining Cross-Debtor Duplicate Claims identified on **Schedule 1** attached hereto.

2. Epiq Corporate Restructuring, LLC ("Epiq"), as claims, noticing and solicitation agent, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. To the extent a response is filed regarding any Cross-Debtor Duplicate Claim, each such Cross-Debtor Duplicate Claim, and the Objection as it pertains to such Cross-Debtor Duplicate Claim, will constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Cross-Debtor Duplicate Claim.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Reorganized Debtor entity; (b) a waiver of the Reorganized Debtors' right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified

or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Reorganized Debtors' rights under the Bankruptcy Code or any other applicable law.

5.      The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

6.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2021
Houston, Texas

                        DAVID R. JONES
                        UNITED STATES BANKRUPTCY JUDGE

**<u>Schedule 1</u>**

**Cross-Debtor Duplicate Claims**

Chesapeake Energy Corporation 20-33233 (DRJ)
Cross-Debtor Duplicate Claims
Thirteenth Omnibus Objection - Schedule 1

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 ANNE SCHREINER NELSON FREITAG LIV TRUST<br>C/O VINCENT P CIRCELLI<br>500 E 4TH ST, STE 250<br>FORT WORTH, TX 76102 | 10/30/20 | Chesapeake Energy Corporation 20-33233 (DRJ) | 3333 | $ 357.00 | ANNE SCHREINER NELSON FREITAG LIV TRUST<br>C/O VINCENT P CIRCELLI<br>500 E 4TH ST, STE 250<br>FORT WORTH, TX 76102 | 10/30/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 3334 | $ 357.00 |
| 2 ANNE SCHREINER NELSON FREITAG LIV TRUST<br>C/O VINCENT P CIRCELLI<br>500 E 4TH ST, STE 250<br>FORT WORTH, TX 76102 | 10/30/20 | Chesapeake Energy Marketing, L.L.C. 20-33244 (DRJ) | 3335 | $ 357.00 | ANNE SCHREINER NELSON FREITAG LIV TRUST<br>C/O VINCENT P CIRCELLI<br>500 E 4TH ST, STE 250<br>FORT WORTH, TX 76102 | 10/30/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 3334 | $ 357.00 |
| 3 ANNE SCHREINER NELSON FREITAG LIV TRUST<br>C/O VINCENT P CIRCELLI<br>500 E 4TH ST, STE 250<br>FORT WORTH, TX 76102 | 10/30/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 3336 | $ 357.00 | ANNE SCHREINER NELSON FREITAG LIV TRUST<br>C/O VINCENT P CIRCELLI<br>500 E 4TH ST, STE 250<br>FORT WORTH, TX 76102 | 10/30/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 3334 | $ 357.00 |
| 4 BELLADRO LTD<br>C/O CHRISTIAN SMITH & JEWELL LLP<br>ATTN JAMES WES CHRISTIAN<br>2302 FANNIN, STE 500<br>HOUSTON, TX 77002 | 10/21/20 | Chesapeake Energy Marketing, L.L.C. 20-33244 (DRJ) | 11317 | $ 96,837.43 | BELLADRO LTD<br>C/O CHRISTIAN SMITH & JEWELL LLP<br>ATTN JAMES WES CHRISTIAN<br>2302 FANNIN, STE 500<br>HOUSTON, TX 77002 | 10/21/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 11314 | $ 96,837.43 |
| 5 BELLADRO LTD<br>C/O CHRISTIAN SMITH & JEWELL LLP<br>ATTN JAMES WES CHRISTIAN<br>2302 FANNIN, STE 500<br>HOUSTON, TX 77002 | 10/21/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 11356 | $ 96,837.43 | BELLADRO LTD<br>C/O CHRISTIAN SMITH & JEWELL LLP<br>ATTN JAMES WES CHRISTIAN<br>2302 FANNIN, STE 500<br>HOUSTON, TX 77002 | 10/21/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 11314 | $ 96,837.43 |

Chesapeake Energy Corporation 20-33233 (DRJ)
Cross-Debtor Duplicate Claims
Thirteenth Omnibus Objection - Schedule 1

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 CARLA A CLONINGER C/O LAW OFFICES OF BRUCE SHAW PC 2735 TERWOOD RD WILLOW GROVE, PA 19090-1430 | 10/28/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 12284 | $ 2,241.28 | CARLA A CLONINGER C/O LAW OFFICES OF BRUCE SHAW PC 2735 TERWOOD RD WILLOW GROVE, PA 19090-1430 | 10/28/20 | Chesapeake Energy Corporation 20-33233 (DRJ) | 12279 | $ 2,241.28 |
| 7 ~~CATHERINE RAMIREZ C/O JOYCE W LINDAUER ATTORNEY PLLC 1412 MAIN ST, STE 500 DALLAS, TX 75202~~ | ~~10/05/20~~ | ~~Chesapeake Energy Corporation 20-33233 (DRJ)~~ | ~~1482~~ | ~~$ 7,000,000.00~~ | ~~CATHERINE RAMIREZ C/O JOYCE W LINDAUER ATTORNEY PLLC 1412 MAIN ST, STE 500 DALLAS, TX 75202~~ | ~~10/27/20~~ | ~~Chesapeake Operating, L.L.C. 20-33249 (DRJ)~~ | ~~2690~~ | ~~$ 7,000,000.00~~ |
| 8 ~~CATHERINE RAMIREZ C/O JOYCE W LINDAUER ATTORNEY PLLC 1412 MAIN ST, STE 500 DALLAS, TX 75202~~ | ~~10/05/20~~ | ~~Chesapeake Energy Marketing, L.L.C. 20-33244 (DRJ)~~ | ~~2593~~ | ~~$ 7,000,000.00~~ | ~~CATHERINE RAMIREZ C/O JOYCE W LINDAUER ATTORNEY PLLC 1412 MAIN ST, STE 500 DALLAS, TX 75202~~ | ~~10/27/20~~ | ~~Chesapeake Operating, L.L.C. 20-33249 (DRJ)~~ | ~~2690~~ | ~~$ 7,000,000.00~~ |
| 9 COUNTY OF ZAPATA C/O CHRISTIAN SMITH & JEWELL LLP ATTN JAMES WES CHRISTIAN 2302 FANNIN, STE 500 HOUSTON, TX 77002 | 10/20/20 | Chesapeake Energy Corporation 20-33233 (DRJ) | 11296 | $ 330,658.55 | COUNTY OF ZAPATA C/O CHRISTIAN SMITH & JEWELL LLP ATTN JAMES WES CHRISTIAN 2302 FANNIN, STE 500 HOUSTON, TX 77002 | 10/20/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 11298 | $ 330,658.55 |
| 10 COUNTY OF ZAPATA C/O CHRISTIAN SMITH & JEWELL LLP ATTN JAMES WES CHRISTIAN 2302 FANNIN, STE 500 HOUSTON, TX 77002 | 10/20/20 | Chesapeake Energy Marketing, L.L.C. 20-33244 (DRJ) | 11297 | $ 330,658.55 | COUNTY OF ZAPATA C/O CHRISTIAN SMITH & JEWELL LLP ATTN JAMES WES CHRISTIAN 2302 FANNIN, STE 500 HOUSTON, TX 77002 | 10/20/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 11298 | $ 330,658.55 |

Chesapeake Energy Corporation 20-33233 (DRJ)
Cross-Debtor Duplicate Claims
Thirteenth Omnibus Objection - Schedule 1

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 COUNTY OF ZAPATA C/O CHRISTIAN SMITH & JEWELL LLP ATTN JAMES WES CHRISTIAN 2302 FANNIN, STE 500 HOUSTON, TX 77002 | 10/21/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 11333 | $ 330,658.55 | COUNTY OF ZAPATA C/O CHRISTIAN SMITH & JEWELL LLP ATTN JAMES WES CHRISTIAN 2302 FANNIN, STE 500 HOUSTON, TX 77002 | 10/20/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 11298 | $ 330,658.55 |
| 12 ~~DIVERSIFIED GAS & OIL CORPORATION ATTN MICHELLE MATTHEWS 414 SUMMERS ST CHARLESTON, WV 25301~~ | ~~10/28/20~~ | ~~MidCon Compression, L.L.C. 20-33263 (DRJ)~~ | ~~12300~~ | ~~Undetermined*~~ | ~~DIVERSIFIED GAS & OIL CORPORATION ATTN MICHELLE MATTHEWS 414 SUMMERS ST CHARLESTON, WV 25301~~ | ~~10/28/20~~ | ~~Chesapeake Appalachia, L.L.C. 20-33247 (DRJ)~~ | ~~12297~~ | ~~Undetermined*~~ |
| 13 ~~EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193~~ | ~~10/19/20~~ | ~~Chesapeake Exploration, L.L.C. 20-33239 (DRJ)~~ | ~~11266~~ | ~~Undetermined*~~ | ~~EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193~~ | ~~10/19/20~~ | ~~Chesapeake Appalachia, L.L.C. 20-33247 (DRJ)~~ | ~~11267~~ | ~~Undetermined*~~ |
| 14 ~~EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193~~ | ~~10/19/20~~ | ~~Chesapeake Energy Marketing, L.L.C. 20-33244 (DRJ)~~ | ~~11272~~ | ~~Undetermined*~~ | ~~EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193~~ | ~~10/19/20~~ | ~~Chesapeake Appalachia, L.L.C. 20-33247 (DRJ)~~ | ~~11267~~ | ~~Undetermined*~~ |

* Indicates claim contains unliquidated and/or undetermined amounts

Chesapeake Energy Corporation 20-33233 (DRJ)
Cross-Debtor Duplicate Claims
Thirteenth Omnibus Objection - Schedule 1

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 15 EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193 | 10/19/20 | CHK Utica, L.L.C. 20-33250 (DRJ) | 11268 | Undetermined* | EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193 | 10/19/20 | Chesapeake Appalachia, L.L.C. 20-33247 (DRJ) | 11267 | Undetermined* |
| 16 EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193 | 10/19/20 | Chesapeake Royalty, L.L.C. 20-33251 (DRJ) | 11273 | Undetermined* | EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193 | 10/19/20 | Chesapeake Appalachia, L.L.C. 20-33247 (DRJ) | 11267 | Undetermined* |
| 17 EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193 | 10/19/20 | MC Mineral Company, L.L.C. 20-33256 (DRJ) | 11269 | Undetermined* | EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193 | 10/19/20 | Chesapeake Appalachia, L.L.C. 20-33247 (DRJ) | 11267 | Undetermined* |
| 18 EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193 | 10/19/20 | Chesapeake Land Development Company, L.L.C. 20-33262 (DRJ) | 11270 | Undetermined* | EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193 | 10/19/20 | Chesapeake Appalachia, L.L.C. 20-33247 (DRJ) | 11267 | Undetermined* |

* Indicates claim contains unliquidated and/or undetermined amounts

Chesapeake Energy Corporation 20-33233 (DRJ)
Cross-Debtor Duplicate Claims
Thirteenth Omnibus Objection - Schedule 1

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 ~~EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193~~ | ~~10/19/20~~ | ~~MidCon Compression, L.L.C. 20-33263 (DRJ)~~ | ~~11274~~ | ~~Undetermined*~~ | ~~EAP OHIO LLC C/O GIBSON DUNN & CRUTCHER LLP ATTN MICHAEL ROSENTHAL 200 PARK AVE NEW YORK, NY 10166-0193~~ | ~~10/19/20~~ | ~~Chesapeake Appalachia, L.L.C. 20-33247 (DRJ)~~ | ~~11267~~ | ~~Undetermined*~~ |
| 20 ESTATE OF FRANCES DILWORTH (DECEASED) C/O PERSON MOHRER MORALES, ET AL 7744 BROADWAY, STE 100 | 10/29/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 4082 | Undetermined* | FRANCES DIANE DILWORTH GATES C/O PERSON MOHRER MORALES, ET AL 7744 BROADWAY, STE 100 | 10/29/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 3931 | Undetermined* |
| 21 EXCO OPERATING COMPANY LP C/O HAYNES AND BOONE LLP ATTN J FRASHER MURPHY & TOM ZAVALA 2323 VICTORY AVE, STE 700 DALLAS, TX 75219 | 10/28/20 | Chesapeake AEZ Exploration, L.L.C. 20-33235 (DRJ) | 2737 | $ 5,772.92* | EXCO OPERATING COMPANY LP C/O HAYNES AND BOONE LLP ATTN J FRASHER MURPHY & TOM ZAVALA 2323 VICTORY AVE, STE 700 DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 2742 | $ 5,772.92* |
| 22 EXCO OPERATING COMPANY LP C/O HAYNES AND BOONE LLP ATTN J FRASHER MURPHY & TOM ZAVALA 2323 VICTORY AVE, STE 700 DALLAS, TX 75219 | 10/28/20 | Chesapeake E&P Holding, L.L.C. 20-33237 (DRJ) | 2738 | $ 5,772.92* | EXCO OPERATING COMPANY LP C/O HAYNES AND BOONE LLP ATTN J FRASHER MURPHY & TOM ZAVALA 2323 VICTORY AVE, STE 700 DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 2742 | $ 5,772.92* |

Chesapeake Energy Corporation 20-33233 (DRJ)
Cross-Debtor Duplicate Claims
Thirteenth Omnibus Objection - Schedule 1

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 23 EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Exploration, L.L.C.<br>20-33239 (DRJ) | 2739 | $ 5,772.92* | EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C.<br>20-33249 (DRJ) | 2742 | $ 5,772.92* |
| 24 EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Louisiana, L.P.<br>20-33242 (DRJ) | 2740 | $ 5,772.92* | EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C.<br>20-33249 (DRJ) | 2742 | $ 5,772.92* |
| 25 EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Royalty, L.L.C.<br>20-33251 (DRJ) | 2743 | $ 5,772.92* | EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C.<br>20-33249 (DRJ) | 2742 | $ 5,772.92* |
| 26 EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | MC Louisiana Minerals, L.L.C.<br>20-33253 (DRJ) | 2744 | $ 5,772.92* | EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C.<br>20-33249 (DRJ) | 2742 | $ 5,772.92* |

Chesapeake Energy Corporation 20-33233 (DRJ)
Cross-Debtor Duplicate Claims
Thirteenth Omnibus Objection - Schedule 1

| | NAME | DATE FILED | CLAIMS TO BE DISALLOWED<br>CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | REMAINING CLAIMS<br>CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Empress, L.L.C.<br>20-33255 (DRJ) | 2745 | $ 5,772.92* | EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C.<br>20-33249 (DRJ) | 2742 | $ 5,772.92* |
| 28 | EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | MC Mineral Company, L.L.C.<br>20-33256 (DRJ) | 2746 | $ 5,772.92* | EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C.<br>20-33249 (DRJ) | 2742 | $ 5,772.92* |
| 29 | EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Plains, LLC<br>20-33260 (DRJ) | 2747 | $ 5,772.92* | EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C.<br>20-33249 (DRJ) | 2742 | $ 5,772.92* |
| 30 | EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Land Development Company, L.L.C.<br>20-33262 (DRJ) | 2754 | $ 5,772.92* | EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C.<br>20-33249 (DRJ) | 2742 | $ 5,772.92* |

Chesapeake Energy Corporation 20-33233 (DRJ)
Cross-Debtor Duplicate Claims
Thirteenth Omnibus Objection - Schedule 1

| | NAME | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 31 | EXCO OPERATING COMPANY LP C/O HAYNES AND BOONE LLP ATTN J FRASHER MURPHY & TOM ZAVALA 2323 VICTORY AVE, STE 700 DALLAS, TX 75219 | 10/28/20 | Chesapeake-Clements Acquisition, L.L.C. 20-33264 (DRJ) | 2757 | $ 5,772.92* | EXCO OPERATING COMPANY LP C/O HAYNES AND BOONE LLP ATTN J FRASHER MURPHY & TOM ZAVALA 2323 VICTORY AVE, STE 700 DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 2742 | $ 5,772.92* |
| 32 | EXCO OPERATING COMPANY LP C/O HAYNES AND BOONE LLP ATTN J FRASHER MURPHY & TOM ZAVALA 2323 VICTORY AVE, STE 700 DALLAS, TX 75219 | 10/28/20 | Empress Louisiana Properties, L.P. 20-33269 (DRJ) | 2748 | $ 5,772.92* | EXCO OPERATING COMPANY LP C/O HAYNES AND BOONE LLP ATTN J FRASHER MURPHY & TOM ZAVALA 2323 VICTORY AVE, STE 700 DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 2742 | $ 5,772.92* |
| 33 | EXCO PRODUCTION COMPANY (PA) LLC C/O HAYNES AND BOONE LLP ATTN J FRASHER MURPHY & TOM ZAVALA 2323 VICTORY AVE, STE 700 DALLAS, TX 75219 | 10/28/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 2751 | $ 5,772.92* | EXCO OPERATING COMPANY LP C/O HAYNES AND BOONE LLP ATTN J FRASHER MURPHY & TOM ZAVALA 2323 VICTORY AVE, STE 700 DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 2742 | $ 5,772.92* |
| 34 | EXCO RESOURCES (PA) LLC C/O HAYNES AND BOONE LLP ATTN J FRASHER MURPHY & TOM ZAVALA 2323 VICTORY AVE, STE 700 DALLAS, TX 75219 | 10/28/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 2753 | $ 5,772.92* | EXCO OPERATING COMPANY LP C/O HAYNES AND BOONE LLP ATTN J FRASHER MURPHY & TOM ZAVALA 2323 VICTORY AVE, STE 700 DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 2742 | $ 5,772.92* |

Chesapeake Energy Corporation 20-33233 (DRJ)
Cross-Debtor Duplicate Claims
Thirteenth Omnibus Objection - Schedule 1

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 35 EXCO RESOURCES INC<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Exploration, L.L.C.<br>20-33239 (DRJ) | 2749 | $ 5,772.92* | EXCO OPERATING COMPANY LP<br>C/O HAYNES AND BOONE LLP<br>ATTN J FRASHER MURPHY & TOM ZAVALA<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | 10/28/20 | Chesapeake Operating, L.L.C.<br>20-33249 (DRJ) | 2742 | $ 5,772.92* |
| 36 FRANCES DIANE DILWORTH GATES<br>C/O PERSON MOHRER MORALES, ET AL<br>7744 BROADWAY, STE 100 | 10/29/20 | Chesapeake Operating, L.L.C.<br>20-33249 (DRJ) | 3932 | Undetermined* | FRANCES DIANE DILWORTH GATES<br>C/O PERSON MOHRER MORALES, ET AL<br>7744 BROADWAY, STE 100 | 10/29/20 | Chesapeake Exploration, L.L.C.<br>20-33239 (DRJ) | 3931 | Undetermined* |
| 37 INDIGO MINERALS LLC<br>C/O PORTER HEDGES LLP<br>ATTN JOSHUA W WOLFSHOHL<br>1000 MAIN ST, 36TH FL<br>HOUSTON, TX 77002 | 10/30/20 | Chesapeake Louisiana, L.P.<br>20-33242 (DRJ) | 12839 | $ 218,589.48 | INDIGO MINERALS LLC<br>C/O PORTER HEDGES LLP<br>ATTN JOSHUA W WOLFSHOHL<br>1000 MAIN ST, 36TH FL<br>HOUSTON, TX 77002 | 10/30/20 | Chesapeake Plains, LLC<br>20-33260 (DRJ) | 12830 | $ 218,589.48 |
| 38 JC DILWORTH III GENERATION SKIPPING TR<br>FBO SERENA DAVIS<br>C/O PERSON MOHRER MORALES, ET AL<br>7744 BROADWAY, STE 100 | 10/29/20 | Chesapeake Operating, L.L.C.<br>20-33249 (DRJ) | 4255 | Undetermined* | J C DILWORTH III, GEN SKIPPING TRUST<br>FBO SERENA DAVIS<br>C/O PERSON MOHRER MORALES, ET AL<br>7744 BROADWAY, STE 100<br>SAN ANTONIO, TX 78209 | 10/29/20 | Chesapeake Exploration, L.L.C.<br>20-33239 (DRJ) | 3950 | Undetermined* |

Chesapeake Energy Corporation 20-33233 (DRJ)
Cross-Debtor Duplicate Claims
Thirteenth Omnibus Objection - Schedule 1

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 39 JC DILWORTH III GENERATION SKIPPING TR<br>FBO DANIEL DAVIS<br>C/O PERSON MOHRER MORALES, ET AL<br>7744 BROADWAY, STE 100 | 10/29/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 4256 | Undetermined* | J C DILWORTH III, GEN SKIPPING TRUST FBO DANIEL DAVIS C/O PERSON MOHRER MORALES, ET AL 7744 BROADWAY, STE 100 SAN ANTONIO, TX 78209 | 10/29/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 3948 | Undetermined* |
| 40 JENNINGS PARTNERS LP C/O AARON D HOVAN 154 WARREN ST TUNKHANNOCK, PA 18657 | 10/30/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 12858 | $ 364,250.14 | JENNINGS PARTNERS LP C/O AARON D HOVAN 154 WARREN ST TUNKHANNOCK, PA 18657 | 10/30/20 | Chesapeake Appalachia, L.L.C. 20-33247 (DRJ) | 12866 | $ 364,250.14 |
| 41 JOHN N TYLER C/O SNOW & GREEN LLP ATTN HOLLY C HAMM PO BOX 549 HOCKLEY, TX 77447 | 10/30/20 | Chesapeake Energy Marketing, L.L.C. 20-33244 (DRJ) | 3656 | Undetermined* | JOHN N TYLER C/O SNOW & GREEN LLP ATTN HOLLY C HAMM PO BOX 549 HOCKLEY, TX 77447 | 10/30/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 3655 | Undetermined* |
| 42 JOHN N TYLER C/O SNOW & GREEN LLP ATTN HOLLY C HAMM PO BOX 549 HOCKLEY, TX 77447 | 10/30/20 | Chesapeake Energy Marketing, L.L.C. 20-33244 (DRJ) | 4062 | Undetermined* | JOHN N TYLER C/O SNOW & GREEN LLP ATTN HOLLY C HAMM PO BOX 549 HOCKLEY, TX 77447 | 10/30/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 3655 | Undetermined* |
| 43 JOHN N TYLER C/O SNOW & GREEN LLP ATTN HOLLY C HAMM PO BOX 549 HOCKLEY, TX 77447 | 10/30/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 4231 | Undetermined* | JOHN N TYLER C/O SNOW & GREEN LLP ATTN HOLLY C HAMM PO BOX 549 HOCKLEY, TX 77447 | 10/30/20 | Chesapeake Exploration, L.L.C. 20-33239 (DRJ) | 3655 | Undetermined* |

Chesapeake Energy Corporation 20-33233 (DRJ)
Cross-Debtor Duplicate Claims
Thirteenth Omnibus Objection - Schedule 1

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 44 ~~KAREN M KOHLER C/O HOUSTON HARBAUGH PC ATTN ROBERT J BURNETT 3 GATEWAY CENTER, 401 LIBERTY AVE, FL 22 PITTSBURGH, PA 19002~~ | ~~10/29/20~~ | ~~Chesapeake Operating, L.L.C. 20-33249 (DRJ)~~ | ~~12467~~ | ~~$ 13,500.00*~~ | ~~KAREN M KOHLER C/O HOUSTON HARBAUGH PC ATTN ROBERT J BURNETT 3 GATEWAY CENTER, 401 LIBERTY AVE, FL 22 PITTSBURGH, PA 15222-1005~~ | ~~10/29/20~~ | ~~Chesapeake Appalachia, L.L.C. 20-33247 (DRJ)~~ | ~~12457~~ | ~~$ 13,500.00*~~ |
| 45 ~~KEVIN P KOHLER C/O HOUSTON HARBAUGH PC ATTN ROBERT J BURNETT 3 GATEWAY CENTER, 401 LIBERTY AVE, FL 22 PITTSBURGH, PA 15222~~ | ~~10/29/20~~ | ~~Chesapeake Operating, L.L.C. 20-33249 (DRJ)~~ | ~~12478~~ | ~~$ 13,500.00*~~ | ~~KEVIN P KOHLER C/O HOUSTON HARBAUGH PC ATTN ROBERT J BURNETT 3 GATEWAY CENTER, 401 LIBERTY AVE, FL 22 PITTSBURGH, PA 15222-1005~~ | ~~10/29/20~~ | ~~Chesapeake Appalachia, L.L.C. 20-33247 (DRJ)~~ | ~~12463~~ | ~~$ 13,500.00*~~ |
| 46 LESLEY PENSWORTH JTWROS C/O AARON D HOVAN 154 WARREN ST TUNKHANNOCK, PA 18657 | 10/30/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 12931 | $ 121,416.04 | LESLEY PENSWORTH JTWROS C/O AARON D HOVAN 154 WARREN ST TUNKHANNOCK, PA 18657 | 10/30/20 | Chesapeake Appalachia, L.L.C. 20-33247 (DRJ) | 12950 | $ 121,416.04 |
| 47 MILLS PTR LP C/O AARON D HOVAN 154 WARREN ST TUNKHANNOCK, PA 18657 | 10/30/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 12889 | $ 331,525.07 | MILLS PTR LP C/O AARON D HOVAN 154 WARREN ST TUNKHANNOCK, PA 18657 | 10/30/20 | Chesapeake Appalachia, L.L.C. 20-33247 (DRJ) | 12904 | $ 331,525.07 |
| 48 ROBERTA BAKER JTWROS C/O AARON D HOVAN 154 WARREN ST TUNKHANNOCK, PA | 10/30/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 12919 | $ 121,416.04 | ROBERTA BAKER JTWROS C/O AARON D HOVAN 154 WARREN ST TUNKHANNOCK, PA | 10/30/20 | Chesapeake Appalachia, L.L.C. 20-33247 (DRJ) | 12930 | $ 121,416.04 |

Chesapeake Energy Corporation 20-33233 (DRJ)
Cross-Debtor Duplicate Claims
Thirteenth Omnibus Objection - Schedule 1

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 49 TEETSEL FAMILY TRUST C/O AARON D HOVAN 154 WARREN ST TUNKHANNOCK, PA 18657 | 10/30/20 | Chesapeake Operating, L.L.C. 20-33249 (DRJ) | 13184 | $ 285,386.32 | TEETSEL FAMILY TRUST C/O AARON D HOVAN 154 WARREN ST TUNKHANNOCK, PA 18657 | 10/30/20 | Chesapeake Appalachia, L.L.C. 20-33247 (DRJ) | 13200 | $ 285,386.32 |
| 50 VFS LEASING CO ATTN BANKRUPTCY GROUP PO BOX 26131 GREENSBORO, NC 27402 | 03/09/21 | WildHorse Resources Management Company, LLC 20-33266 (DRJ) | 4745 | $ 48,047.00 | VFS LEASING CO ATTN BANKRUPTCY GROUP PO BOX 26131 GREENSBORO, NC 27402 | 03/09/21 | Burleson Sand LLC 20-33252 (DRJ) | 4743 | $ 48,047.00 |