IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| | § | Case No. 20-33233 |
| CHESAPEAKE ENERGY | § | |
| CORPORATION *et al.*, | § | Jointly Administered |
| | § | |
| Reorganized Debtors. | § | |
| | § | |

## NOTICE OF HEARING ON MOTION
## FOR PERMISSIVE ABSTENTION

The Tyler/Mowry Lessors, a group of Pennsylvania oil and gas lessors (the "Tyler/Mowry Lessors"),[1] by way of motion seeking permissive abstention (the "Motion"), by and through their undersigned counsel, hereby state:

**PLEASE TAKE NOTICE** that on March 29, 2021, the Tyler/Mowry Lessors filed their motion seeking permissive abstention (the "Motion")

The hearing on the Motion is set for **July 21, 2021 at 2:00 p.m.** (prevailing Central Time) via telephone and video conference.

**INFORMATION FOR APPEARING BY TELEPHONE AND GOTOMEETING IS AVAILABLE AT**: https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judge-david-r-jones.

**PLEASE TAKE FURTHER NOTICE** that the Court will simultaneously use two technology methods to conduct electronic hearings. One method will provide audio communication. The other will provide video access to exhibits and materials presented to the Court. If a party wants to both view the documents presented to the Court and hear the proceeding, the party must 1) dial in through the audio system, and 2) log into the Court's video via join.me.

Hearing appearances should be made electronically and in advance of the hearing.

You may make your electronic appearance by:

1) Going to the Southern District of Texas website;

---

[1] The Tyler/Mowry Lessors are: Tim & Terri Tyler Family LP; Tyler 5 FLP; Timothy & Terri Tyler; and Rodney & Dianna Mowry.

2) Selecting "Bankruptcy Court" from the top menu;

3) Selecting "Judges' Procedures & Schedules";

4) Selecting "View Home Page" for Chief Judge David R. Jones;

5) Under "Electronic Appearance" select "Click here to submit electronic appearance;"

6) Select Chesapeake Energy Corporation, et al. from the list of electronic appearance links, and

7) Complete the required fields and hit the "Submit" button at the bottom of the page.

Submitting your appearance electronically in advance of the hearing will negate the need to make an appearance on the record at the hearing.

**Audio Communication**

Audio communication will be conducted by use of the Court's regular dial-in number: 832-917-1510. At the start of the call, the caller will be asked to enter a six-digit conference code. The six-digit conference code for this hearing is Judge Jones's conference room number: 205691. Each caller shall be responsible for its own long-distance charges. Parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website.

Attorneys, witnesses, and parties-in-interest wishing to participate in the hearing must connect to the hearing by audio communication. Any person who wishes to attend the hearing may also dial in to the audio conference dial-in number. Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

**Video Communication**

Parties may participate in electronic hearings by use of an internet connection. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeJones" in the GoToMeeting app or click the link on Judge Jones's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that any exhibit offered by the Debtors or the movants will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel to the Debtors or movants' counsel.

**PLEASE TAKE FURTHER NOTICE** that if any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2.

Dated: May 28, 2021          SCHNADER HARRISON SEGAL & LEWIS LLP

         By: /s/ Arleigh P. Helfer III
            Ira N. Richards (admitted *pro hac vice*)
            Richard A. Barkasy (admitted *pro hac vice*)
            Arleigh P. Helfer III (admitted *pro has vice*)
            Schnader Harrison Segal & Lewis LLP
            1600 Market Street
            Suite 3600
            Philadelphia, PA 19103-7286
            Telephone: (215) 751-2000
            Facsimile: (215) 751-2205
            irichards@schnader.com
            rbarkasy@schnader.com