United States Courts Southern
District of Texas
FILED

*July 7, 2021*

Nathan Ochsner, Clerk of Court

**20-33233**

EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, (i) EAGLE FORD ROYALTY LITIGATION MDL PLAINTIFFS, (ii) Circelli & Walter, PLLC, and (iii) Vincent Circelli (collectively (i), (ii) and (iii), the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Jefferies Leveraged Credit Products, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its portion of the general unsecured claim and the administrative claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) filed under those certain PROOFS OF CLAIMS referenced herein and attached as Schedule I, against Chesapeake Energy Corporation (the "Company"), and together with certain affiliated companies, and certain of its affiliates (the "Debtor"), Chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases") filed by the Debtor in the United States Bankruptcy Court for the Southern District of Texas, case 20-33233(the "Bankruptcy Case").  Reference is also made to any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim.  Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.  Assignor further represents and warrants that he has full power and authority to transfer the Claims referenced in Schedule 1.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2nd DAY OF JUNE, 2021.

4141-9747-3071.1

**EAGLE FORD ROYALTY LITIGATION MDL PLAINTIFFS,**
c/o Circelli & Walter, PLLC

By: _____
Name: Vincent Circelli
Title: Lead Counsel

**Circelli & Walter, PLLC**

By: _____
Name: Vincent Circelli
Title: Partner

Vincent Circelli, solely in his capacity
as limited power of attorney on behalf
of the Eagle Ford Royalty Litigation MDL Plaintiffs

By: _____
Name: Vincent Circelli
Title: Limited Power of Attorney

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

DocuSigned by:
William McLoughlin
BCDDAF2A49754DD...

NAME: _____

William McLoughlin

SVP

4141-9747-3071.1

Address of Jefferies Leveraged Credit Products, LLC:

Jefferies – Claims Group
520 Madison Ave 3rd Fl
New York, NY 10022
Attn:  Mike Richards/Benjamin Hirsch
Mrichards@jefferies.com
bhirsch@jefferies.com

Wire Instructions of Jefferies Leveraged Credit Products, LLC:

| | |
|---|---|
| Currency: | US Dollar |
| Bank Name: | Bank of New York – New York, NY |
| ABA/Routing No.: | 021 000 018 |
| Swift: | IRVTUS3N |
| Account Name: | JLCP |
| Account No.: | 890-073-0420 |
| Attention: | Jessica Berman (201) 761-7642 |
| Reference: | Chesapeake/ Eagle Ford Plaintiffs/Circelli transaction |

**SCHEDULE I:**

**PROOFS OF CLAIMS NUMBERS**

| CLAIM NAME | CLAIM NUMBER |
|---|---|
| CHRISTOPHER P GISE REV TRUST | 2901 |
| MARY K GISE 1999 REV TR | 2906 |
| C&M DIMMIT MINERALS | 2897 |
| CECIL WARD | 2900 |
| HEARNE HEIRS RANCH PARTNERS LP | 2923 |
| MCROREY RANCH MINERALS LP (BRISCO RANCH | 2928 |
| RALPH CORTEZ | 2911 |
| STANTON P BELL | 2913 |
| FRANKIE & JUDY LIMMER FAMILY LP | 2904 |
| MARY GATHINGS | 2971 |
| ELINOR FLORENCE ARTHUR | 2903 |
| KISTNER FAMILY LLC | 3556 |
| MCROREY INVESTMENTS LTD | 3413 |
| MCTL HOLDEN INVESTMENTS LTD | 3329 |
| SQUAREHEAD PROPERTIES INC | 2912 |
| MARY E HATFIELD | 2905 |
| PEGGY K BECK | 2910 |
| PEGGY K BECK TRUST, THE PEGGY K. BECK TRUST | 2908 |
| PEGGY BECK TTEE FOR BECK FAMILY TRUST | 2909 |
| DONNIE SEAY | 2902 |
| NANCY SEAY | 2907 |
| VICTORIA GRIFFIN | 2914 |
| B D GRIFFIN III | 2895 |
| CHARLES WILSON JR | 2917 |
| DANA G WILSON | 2921 |
| CMWW PARTNERS LTD (CMWW MGMT LLC AS GP - | 2920 |
| LITTLE BIT OF PARADISE LTD | 2927 |
| BOBBY LIMMER | 2896 |
| CAROLE J LIMMER | 2899 |
| ANDREW JOHNSON | 2893 |
| PATSY TODD SILVA | 2940 |
| MARIO DAVID SILVA | 2936 |
| BENITO A SILVA | 2929 |
| CARL WAYNE GEORGE | 2898 |
| BF PITMAN III | 2915 |
| ERNEST LEE HUGHES | 3353 |
| RICHARD ALAN GEORGE | 2952 |
| JENNIFER HUGHES WIGINGTON (CAROLYN ET AL | 2947 |
| KATHERINE FROST HARPER TRUST | 2934 |
| WILL MCGARRET HARPER TRUST | 2942 |
| LARRY AND JUDY VOTAW | 2950 |
| GEORGE T HENRICHSON | 2944 |
| LARRY W HENRICHSON | 2949 |
| LINDA SUE MICHAEL | 2951 |
| MARY KATHERINE MCKINNEY | 3427 |
| SARAH BOOKMAN BEESON | 3445 |
| JC LITTLE INVESTMENTS LP | 3385 |
| TRINIDAD MEDINA JR | 2966 |

4141-9747-3071.1

| CLAIM NAME | CLAIM NUMBER |
|---|---|
| CYNTHIA MEDINA | 2953 |
| NHL INC | 2965 |
| LA BANDERA RANCH LP | 2961 |
| CIRILO CASTILLEJA | 3345 |
| LOUISE GEORGE MOSELEY | 2964 |
| LITTLE TRIPLE J MINERALS LP | 2962 |
| STEPHEN F WOOD | 3320 |
| JBGS MINERALS LP | 2955 |
| MCCARTY FAMILY TRUST | 2967 |
| L&J EXPLORATION LLC | 2960 |
| WILLIAM E HOOKER | 3303 |
| TESTAMENTARY TRUST CREATED UNDER THE | 3430 |
| TRUST FOR THE BENEFIT OF CAROL PLASSMANN | 3312 |
| BAILEY GST & NON-EXEMPT TRUSTS | 3337 |
| MAIN PLAZA CORP | 3467 |
| STRAUDER G NELSON III LIVING TRUST | 3316 |
| JEANNINE BARR | 2970 |
| WOMACK MINERAL HOLDINGS LTD | 3310 |
| ESTATE OF YALE SMITH JR | 3391 |
| CHARLOTTE GAY SNOWDEN | 2918 |
| MICHAEL RODNEY SNOWDEN | 2973 |
| JEFFORY GREEN SNOWDEN | 2957 |
| CLINTON MURPHY SNOWDEN | 2919 |
| CECIL TYE SNOWDEN | 2916 |
| ANTHONY RUSSELL SNOWDEN | 2894 |
| NORMA GARZA AS EXECUTOR OF THE ESTATE OF | 2974 |
| ESTATE OF MICKEY DARRELL SNOWDEN, DECD | 3448 |
| HB LANSFORD MINERALS LP | 2969 |
| JULIANNE (JUDY) WILSON SHEPHERD | 3442 |
| JULIANNE (JUDY) WILSON SHEPHERD | 3435 |
| JAMES L SHEPHERD | 2925 |
| FELICIA JO BOOKOUT | 2968 |
| RAFAEL IVY | 2976 |
| SANDRA IVY | 2978 |
| EPISCOPAL FOUNDATION OF TEXAS, THE | 2979 |
| ELIZABETH GRIFFIN NON-GST TRUST | 3421 |
| PATRICK B FROST, TTEE OF THE ESTATE OF | 3399 |
| PATRICK B FROST FBO MICHAEL GARRETT | 3417 |
| KEITH PROSK NON-GST TRUST | 3403 |
| NATALIE SMITH NON-GST TRUST | 3407 |
| LAMB MINERAL LP | 2935 |
| MARY LEE WEST MANUEL | 2937 |
| MILTON R WEST | 2939 |
| GEORGIA A STIEREN | 2922 |
| JENNIFER L STIEREN | 2926 |
| FRED GONZALEZ | 2931 |
| JOE E WEST | 2933 |
| DALE G WEST | 2930 |
| JANETTE HRUSKA COUCH | 2932 |
| GLORIA TAPIA | 2946 |
| JESSIE GONZALEZ | 2948 |
| MICHAEL A STIEREN | 2938 |

4141-9747-3071.1

| CLAIM NAME | CLAIM NUMBER |
|---|---|
| ESTATE OF ROBERT GONZALEZ CARE OF | 2943 |
| 7K INVESTMENTS LTD | 2891 |
| GEORGE WEIMER | 2945 |
| FRIO LA SALLE MINERALS LLC (1/3 WITH | 2954 |
| JACQUELINE GRAF | 2956 |
| KENNETH GRAF | 2959 |
| JULIA A CARBAJAL FAMILY TRUST | 2958 |
| LOUISE F JONES FAMILY TRUST | 2963 |
| ROBERT C JONES FAMILY TRUST | 2977 |
| CARLTON SCOTT RIGGS | 3341 |
| RIGGS ENERGY INC | 3325 |
| GEORGE TRIGO | 3369 |
| SHARON TRIGO GRANDCHILDRENS TRUST | 3324 |
| MARGIE TRIGO | 3475 |
| JEA LANDS LIMITED PARTNERSHIP (CRANE) | 2924 |
| VIRGIL CRANE JR | 2941 |
| IDA WORTHINGTON | 3373 |
| WAYNE AND OBIE EHLERT | 2980 |
| WYNE E EHLERT | 2992 |
| ALFREDO ZAMORA JR | 2892 |
| JEREMIAH B' JOSEPH | 3390 |
| LAURA B'JOSEPH | 3457 |
| PRESIDO RANCH LP | 2975 |
| MICHAEL & CARLA NAVARRO | 2972 |
| LOUIS AND YOLANDA ALLALA JR | 3461 |
| TRACY L RICO | 2991 |
| F S MORELLO LTD (FRANK MORELLO AS GP) | 3395 |
| YOLANDA A SANCHEZ | 2993 |
| ESTELLA A RUIZ | 3357 |
| ELIDA A LINARES | 2982 |
| ELVIRA VELASQUEZ | 2983 |
| THE FRIEDMAN FAMILY TRUST E | 3361 |
| BAYARD H FRIEDMAN SEPARATE SHARE TRUST | 3365 |
| JABCO LLP | 2984 |
| ELEANOR M STROMBERGER | 2981 |
| LARKIN MATTHEWS | 2985 |
| ROBERT T BUCHANAN, IND EXECUTOR | 2990 |
| ELIZABETH TURNER JONES | 3347 |
| MARY LEE J VIRDEN TRUST | 2988 |
| MARY LEE J VIRDEN | 2987 |
| MELISSA SUEANN SHAW TRUST | 2989 |
| NICHOLAS GORDON TRUST | 3386 |
| LUCY YERLY WALTERS LLC | 2986 |
| IRREV TRUST FBO LYDIA GORDON TRUST | 3378 |
| IRREV TRUST FBO AARON TOBIAS GORDON | 3383 |
| HANING FARM LLC | 13151 |
| KATHERINE NELSON HALL LIVING TRUST | 3453 |

4141-9747-3071.1