IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CHESAPEAKE ENERGY CORPORATION, *et al.*,[1] | § | Case No. 20-33233 (DRJ) |
| | § | |
| Reorganized Debtors. | § | (Jointly Administered) |
| | § | |
| | § | **Related to Docket Nos. 3348, 3359** |

**NOTICE OF HEARING OF (I) PA LESSORS' MOTION TO COMPEL
ARBITRATION, AND ALTERNATIVELY, FOR PERMISSIVE ABSTENTION,
AND (II) TYLER/MOWRY LESSORS' MOTION FOR PERMISSIVE ABSTENTION**

**PLEASE TAKE NOTICE** that on March 29, 2021, a group of Pennsylvania oil and gas lessors (the "PA Lessors") filed the *PA Lessors' Motion to Compel Arbitration, and Alternatively, for Permissive Abstention* [ECF No. 3348].

**PLEASE TAKE FURTHER NOTICE** that on March 30, 2021, a group of Pennsylvania oil and gas lessors (the "Tyler/Mowry Lessors") filed the *Tyler/Mowry Lessors' Motion for Permissive Abstention* [ECF No. 3359] (together with ECF No. 3348, the "Motions to Abstain").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motions to Abstain originally scheduled for July 21, 2021 at 2:00 p.m. (prevailing Central Time) has been rescheduled for **August 23, 2021 at 10:00 a.m. (prevailing Central Time)** before United States Bankruptcy Judge David R. Jones, Courtroom No. 400, 515 Rusk, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Chapter 11 Cases are available free of charge by visiting https://dm.epiq11.com/chesapeake or by calling U.S. toll free: (855) 907-2082; (U.S. toll-free) or +1 (503) 520-4448 (international), or by email at chesapeakeinfo@epiqglobal.com. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long distance charges. Once connected, you will be asked to enter the conference room number. Judge Jones conference room number is 205691. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Reorganized Debtor Chesapeake Energy Corporation's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

application. To connect, you should enter the meeting code "JudgeJones" in the GoToMeeting app or click the link on Judge Jones home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Jones. Under "Electronic Appearance" select "Click here to submit Electronic Appearance". Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that any exhibit offered by the Reorganized Debtors will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel to the Reorganized Debtors.

**PLEASE TAKE FURTHER NOTICE** that if any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2.

Houston, Texas
July 19, 2021

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| Kristhy M. Peguero (TX Bar No. 24102776) | Alexandra Schwarzman (admitted *pro hac vice*) |
| Veronica A. Polnick (TX Bar No. 24079148) | 300 North LaSalle Street |
| 1401 McKinney Street, Suite 1900 | Chicago, Illinois 60654 |
| Houston, Texas 77010 | Telephone:    (312) 862-2000 |
| Telephone:    (713) 752-4200 | Facsimile:    (312) 862-2200 |
| Facsimile:    (713) 752-4221 | Email:         patrick.nash@kirkland.com |
| Email:         mcavenaugh@jw.com |                    alexandra.schwarzman@kirkland.com |
|                    jwertz@jw.com | |
|                    kpeguero@jw.com | |
|                    vpolnick@jw.com | |
| *Co-Counsel to the Reorganized Debtors* | *Co-Counsel to the Reorganized Debtors* |

## Certificate of Service

      I certify that on the July 19, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      /s/ *Matthew D. Cavenaugh*
      Matthew D. Cavenaugh

29603051v.3