IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION, *et al.*,[1] | § § § | Case No. 20-33233 (DRJ) |
| Reorganized Debtors. | § § § | (Jointly Administered) |

**STIPULATION AND AGREED ORDER REGARDING POST-EFFECTIVE DATE CLAIMS ASSERTED BY THE PA LESSORS**

The above-captioned reorganized debtors (before the Effective Date[2] of their Plan, the "Debtors," and after the Effective Date of their Plan, the "Reorganized Debtors") and the PA Lessors[3] hereby enter into this stipulation and agreed order (this "Stipulation and Agreed Order") as follows:

WHEREAS, on June 28, 2020 (the "Petition Date"), the Debtors commenced chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Reorganized Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Order Confirming Fifth Amended Joint Chapter 11 Plan of Reorganization of Chesapeake Energy Corporation and Its Debtor Affiliates* [Docket No. 2915, Ex. A] (the "Plan") or the *PA Lessors' Motion to Compel Arbitration, and Alternatively, for Permissive Abstention* [Docket No. 3348] (the "PA Lessors Motion"), as applicable.

[3] The PA Lessors are: William R. Ruark and WLR Family Partnership; Sally Steele, Esquire, Herbert D. Steele and Leola B. Steele; Raynold W. Wilson, Judith A. Wilson, R&J Partners, L.P. and Cemetery Road Hunt Club, Inc.; Placewood Resource Management, L.L.C., Placewood Resources, L.P., Richard E. Place, Charlotte E. Place, the Richard E. Place Trust, the Charlotte E. Place Trust and Jesse C. Place

WHEREAS, on January 16, 2021, the Court entered the *Order Confirming Fifth Amended Joint Chapter 11 Plan of Reorganization of Chesapeake Energy Corporation and Its Debtor Affiliates* [Docket No. 2915] (the "Confirmation Order"), confirming, as modified therein, the Plan. On February 9, 2021, the Effective Date of the Plan occurred.

WHEREAS, on March 29, 2021, the PA Lessors filed the PA Lessors Motion seeking, in part, clarification that the Confirmation Order and Plan do not affect their post-Effective Date claims (if any).

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** as follows:

1. The PA Lessors may assert and proceed with any and all of their claims alleged to constitute post-Effective Date breaches of the Leases in their existing Arbitration Proceedings.

2. In the event the Reorganized Debtors object to the PA Lessors' proofs of claim or requests for administrative expenses, the parties are required to meet and confer on scheduling and logistical matters regarding any pre-Effective Date claims asserted by the PA Lessors.

3. Nothing in this Stipulation and Agreed Order shall be interpreted to impair in any way the rights of the PA Lessors to seek relief from the Court with respect to any pre-Effective Date claims, including but not limited to, by reasserting their Motion to Compel Arbitration or in the Alternative for Permissive Abstention, or Debtors' or Reorganized Debtors' rights to contest any such relief in the event the Reorganized Debtors object to the PA Lessors' proofs of claim or requests for administrative expenses.

4. Nothing in this Stipulation and Agreed Order shall be interpreted to impair in any way the rights, claims or defenses reserved under the Plan or Confirmation Order with regard to or on behalf of the Debtors, the Reorganized Debtors, and the PA Lessors, except to the extent inconsistent with the terms of this Stipulation and Agreed Order.

**IT IS SO ORDERED.**

Signed: _____, 2022
Houston, Texas

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

3

**STIPULATED AND AGREED TO THIS 28 DAY OF JANUARY, 2022:**

By: */s/ Daniel T. Donovan*
**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Kristhy M. Peguero (TX Bar No. 24102776)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:   (713) 752-4200
Facsimile:    (713) 752-4221
Email:         mcavenaugh@jw.com
                    jwertz@jw.com
                    kpeguero@jw.com
                    vpolnick@jw.com

*Co-Counsel to the Reorganized Debtors*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Patrick J. Nash, Jr., P.C. (admitted *pro hac vice* )
Alexandra Schwarzman (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         patrick.nash@kirkland.com
                    alexandra.schwarzman@kirkland.com

-and-

Daniel T. Donovan (admitted *pro hac vice*)
Alexandra I. Russell (admitted *pro hac vice*)
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:   (202) 389-5000
Facsimile:    (202) 389-5200
Email:         ddonovan@kirkland.com
                    alexandra.russell@kirkland.com

*Co-Counsel to the Reorganized Debtors*

By: */s/ Ira N. Richards*
**SCHNADER HARRISON SEGAL & LEWIS LLP**
Ira N. Richards (admitted *pro hac vice*)
Richard A. Barksay (admitted *pro hac vice*)
1600 Market Street
Suite 3600
Philadelphia, PA 19103-7286
Telephone: (215) 751-2000
Facsimile: (215) 751-2205
Email: irichards@schnader.com
rbarkasy@schnader.com

*Counsel to the PA Lessors*