IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CHESAPEAKE EXPLORATION, L.L.C.,[1] | § § § | Case No. 20-33239 (CML) |
| Reorganized Debtor. | § § § § | (Formerly Jointly Administered under Lead Case Chesapeake Energy Corporation, 20-33233) |
| | § | Re: Docket No. 3699, Case 20-33233 |

*United States Courts Southern District of Texas FILED AUG 01 2025 Nathan Ochsner, Clerk of Court*

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM AND APPLICATION FOR ADMINISTRATIVE CLAIM

1. On October 20, 2020, Proof of Claim 12951 was filed on behalf of Herbert and Leola Steele by Sally Steele, individually, as Power of Attorney, and Executrix of the Estates of Herbert D. and Leola B. Steele. The Proof of Claim was filed in the former lead case, Chesapeake Energy Corporation, 20-32333, in the amount of $121,125. The deadline to object to the Proof of Claim has not expired, and no objection to the Proof of Claim has been filed as of the date of this Notice.

2. On June 9, 2021, the PA Lessors, a group of Pennsylvania oil and gas lessors (the "PA Lessors")[2] filed the *PA Lessors' Request for Allowance and Payment of Administrative Claims* at Docket No. 3699 in the former lead case, Chesapeake Energy Corporation, 20-33233

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Reorganized Debtor Chesapeake Energy Corporation's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

[2] The PA Lessors are: William R. Ruark and WLR Family Partnership (together, the "Ruark Lessors"); Sally Steele, Esquire, Herbert D. Steele and Leola B. Steele (together, the "Steele Lessors"); Raynold W. Wilson, Judith A. Wilson, R&J Partners, L.P. and Cemetery Road Hunt Club, Inc. (together, the "Wilson Lessors"); Placewood Resource Management, L.L.C., Placewood Resources, L.P., Richard E. Place, Charlotte E. Place, the Richard E. Place Trust, the Charlotte E. Place Trust and Jesse C. Place (together, the "Place Lessors").

#125125011v1

2

(the "Application"). The deadline to object to the Application has not expired, and no objection to the Application has been filed as of the date of this Notice.

3. The Steele Lessors hereby withdraw Proof of Claim 12951 and the Application as to the Steele Lessors.

July 30, 2025

/s/ Ira Neil Richards
Ira Neil Richards (admitted *pro hac vice*)
Attorney for
Sally Steele
Individually, POA, and Executrix of Estates of
Herbert D. Steele and Leola B. Steele

#125125011v1

2